Philip Green (SBN 092389)
Law Offices of Green & Green
1000 4th Street, Suite 595
San Rafael, CA 94901

(415) 457-8300
phil@iplegal.com

Attorney for Plaintiff Alphaville Design, Inc.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHAVILLE DESIGN, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KNOLL, INC.<br><br>　　　　Defendant | Case No.: 07-cv-05569-MHP<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE FILE RESPONSE TO COMPLAINT |

THE PARTIES HEREBY STIPULATE THAT:

Whereas the complaint in this action was alleged Filed on November 2, 2007 and the Answer or other responsive pleadings would be due on December 15, 2007, there having been no prior requests for an extension,

Whereas the parties desire to cooperate in allowing time to file responsive pleadings, and allow time for pre-motion hearings and negotiations on issues of jurisdiction and venue to complete, in the case of <u>Knoll, Inc. vs. Danrick Commerce Group, L.L.C., Alphaville Designs, Inc et al.</u> Case

STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE FILE

RESPONSE TO COMPLAINT - 1

No. 07CV 7892 (SAS) pending in the Southern District of New York, may file their Responsive pleading or before January 15 2008.

Dated: November 30, 2007

By:

*[signature: Philip R. Green]*

Philip Green (Cal St Bar 092389),
Law Offices of Green & Green
1000 4th Street, Suite 595 San Rafael, CA 94901
(415) 457-8300
Attorney for Alphaville Designs, Inc.
David Lee and Peggy Lee.

Dated: Nov. 30, 2007
By:

*[signature: Marc P. Misthal]*

Marc P. Misthal
Gottleib, Rackman & Reisman PC
270 Madison Avenue
New york, NY 10016-0601
(212) 684-3900
Attorney for KNOLL, Inc.

IT IS HEREBY ORDERED that the parties' stipulation for an extension of time for Defendant to file responsive pleadings is approved.

Dated: 12/6/2007



_____
Marilyn H. Patel
United States District Judge

STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE FILE RESPONSE TO COMPLAINT - 2