# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

ALPHAVILLE DESIGN, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

KNOLL, INC.

**CV 07 5569 MHP**

TO: (Name and address of defendant)

KNOLL, INC. ; REGISTERED AGENT: THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE STREET
WILMINGTON, DE 19801

TELEPHONE: (302) 658-7581

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Philip Green (SBN 092389)
1000 4th Street, Suite 595
San Rafael, CA 94901

(415) 457-8300

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOV 1 - 2007

Richard W. Wieking
CLERK

DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | November 20, 2007 |

| Name of SERVER | TITLE |
|---|---|
| Dan Coffin | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other *(specify):*  By Express Mail to: George Gottleib, Esq.
GOTTLIEB, RACKMAN & REISMAN, P.C.
270 Madison Avenue, 8th Floor
New York, NY 10016

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   November 20, 2007
                    Date

*Signature of Server*

Dan Coffin

*Address of Server*
Law Offices of Green & Green
1000 4th Street, Suite 595
San Rafael, CA 94901

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure