Philip Green (SBN 092389)
Beverly R. Green (SBN 92388)
Law Offices of Green & Green
1000 4th Street, Suite 595
San Rafael, CA 94901

(415) 457-8300
phil@iplegal.com

Attorney for Plaintiff Alphaville Design, Inc.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHAVILLE DESIGN, INC.,<br>Plaintiff,<br>vs.<br>KNOLL, INC.<br>Defendant | **Case No.: 07-cv-05569-MHP**<br>Stipulation and Order For Continuance Of Case Management Conference<br>Date Originally Set: February 11, 2008 4:00 PM<br>New Date: March 17, 2008 4:00 PM |

THE PARTIES HEREBY STIPULATE THAT:

**Whereas** the complaint in this action was alleged Filed on November 2, 2007 and the Case Management Conference having been scheduled by Court Order for February 11, 2008, at 450 Golden Gate Ave., Courtroom 15, 18th Floor, San Francisco, California, there having been no prior requests for an extension of the Case Management Conference, and

**Whereas** Philip Green will be unavailable for the original time and date, and

**Whereas** the parties desire to cooperate in a continuance due to Philip Green's unavailability, it is hereby stipulated and agreed that the Case Management Conference may be continued to

March 17, 2008 at 4:00 pm.

Dated: December 21, 2007

By:

Philip Green (Cal St Bar 092389),
Law Offices of Green & Green
1000 4th Street, Suite 595
San Rafael, CA 94901
(415) 457-8300
Attorney for Alphaville Designs, Inc.

Dated: 12/21/2007
By:

Marc P. Misthal
Gottleib, Rackman & Reisman PC
270 Madison Avenue
New York, NY 10016-0601
(212) 684-3900
Attorney for Knoll, Inc.

IT IS HEREBY ORDERED that the parties' stipulation for a continuance of the date for the Case Management Conference be granted.

Dated:

Marilyn H. Patel
United States District Court Judge