1  Philip Green (SBN 092389)
   Beverly R. Green (SBN 92388)
   Law Offices of Green & Green
2  1000 4th Street, Suite 595
   San Rafael, CA 94901
3
   (415) 457-8300
4  phil@iplegal.com

5  Attorney for Plaintiff Alphaville Design, Inc.

6

7

8

9           UNITED STATES DISTRICT COURT FOR THE

10              NORTHERN DISTRICT OF CALIFORNIA

11

12

13 ALPHAVILLE DESIGN, INC.,          Case No.: 07-cv-05569-MHP

                                     Stipulation and Order For
14         Plaintiff,                Continuance Of
                                     Case Management Conference
15     vs.
                                     Date Originally Set: February 11, 2008 4:00 PM
16 KNOLL, INC.
                                     New Date: March 17, 2008 4:00 PM
17         Defendant

18 THE PARTIES HEREBY STIPULATE THAT:

19 **Whereas** the complaint in this action was alleged Filed on November 2, 2007 and the Case

20 Management Conference having been scheduled by Court Order for February 11, 2008, at 450

21 Golden Gate Ave., Courtroom 15, 18th Floor, San Francisco, California, there having been no

22 prior requests for an extension of the Case Management Conference, and

23 **Whereas** Philip Green will be unavailable for the original time and date, and

24 **Whereas** the parties desire to cooperate in a continuance due to Philip Green's unavailability, it

25 is hereby stipulated and agreed that the Case Management Conference may be continued to

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE - 1

1  March 17, 2008 at 4:00 pm.

2  Dated: December 21, 2007

3  By:

4  *Philip R. Green*

5  _____

6  Philip Green (Cal St Bar 092389),
   Law Offices of Green & Green
7  1000 4th Street, Suite 595
   San Rafael, CA 94901
8  (415) 457-8300
   Attorney for Alphaville Designs, Inc.

9  Dated: 12/21/2007

10 By:

11 *Marc P. Misthal*

12 _____
   Marc P. Misthal
13 Gottleib, Rackman & Reisman PC
   270 Madison Avenue
14 New York, NY 10016-0601
   (212) 684-3900
15 Attorney for Knoll, Inc.

16

17 IT IS HEREBY ORDERED that the parties' stipulation for a continuance of the date for the Case Management Conference be granted. and continued to March 17, 2008 at 4:00 p.m. The CMC

18 Statement shall be filed on or before March 10, 2008.

19 Dated: 1/7/2008

20

21

22 _____
   Marilyn H. Patel
23 United States District Court Judge



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

24

25

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE - 2