KARINEH KHACHATOURIAN (SBN 202634)
Email: karineh.khachatourian@bipc.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bryan.sinclair@bipc.com
JEFFREY M. RATINOFF (SBN 197241)
Email: jeffrey.ratinoff@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, California 94065-1418
Telephone: (650) 622-2300
Facsimile: (650) 622-2499

Attorneys for Defendant,
KNOLL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHAVILLE DESIGN, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KNOLL, INC., a Delaware corporation,<br><br>Defendant. | Case No. 07-CV-05569 MHP<br><br>**NOTICE OF APPEARANCE**<br><br>Judge: Honorable Marilyn H. Patel<br><br>Complaint filed: November 1, 2007<br>Trial Date: None set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Bryan J. Sinclair, of the law offices of Buchanan Ingersoll & Rooney LLP, hereby files this Notice of Appearance in the above-referenced action as counsel for Defendant KNOLL, INC. in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers be electronically served on the undersigned at bryan.sinclair@bipc.com.

Dated: January 7, 2008

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY LLP

/s/ Bryan J. Sinclair
By: BRYAN J. SINCLAIR
    Attorneys for Defendant,
    KNOLL, INC.

- 1 -

NOTICE OF APPEARANCE                                        Case No. 07-CV-05569 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the below named persons the following document electronically when I filed the below document electronically with the United States District Court, Northern District:

- NOTICE OF APPEARANCE OF BRYAN J. SINCLAIR

The following are those who are currently on the list to receive e-mail notices for this case:

- Philip R. Green
  phil@greenandgreen.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct.

Executed on January 7, 2008.

_____
Samantha Burde