**EXHIBIT 1**

1235 Water Street
East Greenville, PA 18041
Tel 215 679-1335
Fax 215 679-1013

**John M. Wilson**
Assistant General Counsel

CERTIFIED MAIL

August 15, 2007

Alphaville Design
1563 Solano Ave., #168
Berkeley, CA 94707

Re:  Trademark Infringement – Knoll, Inc.

Ladies and Gentlemen:



Knoll, Inc. is the owner of all rights, title and interest in and to certain designs of the well-known architect, Ludwig Mies van der Rohe.

Mies van der Rohe's designs known as the Barcelona Chair, Barcelona Stool, Barcelona Couch, Barcelona Table and Flat Brno Chair are all registered to Knoll, Inc. in the United States Patent and Trademark Office.  Copies of Knoll, Inc.'s trademark registrations are enclosed.

The Barcelona Chair, Barcelona Stool, Barcelona Couch, Barcelona Table and Flat Brno Chair have all been featured in numerous museums worldwide, have been offered for sale at retail stores for many years, and have been featured in numerous books and periodicals.  As a result, the furniture trade and the public have come to associate these designs with Knoll, Inc., and Knoll, Inc. has recognized trademark rights therein.

Knoll, Inc. is also the owner of the BARCELONA and KNOLL trademarks, which are both registered in the United States Patent and Trademark Office.  The BARCELONA mark has been widely used in connection with the advertising and sale of authorized reproductions of furniture designed by Ludwig Mies van der Rohe, and the furniture trade and the public have consequently come to associate that mark with such authorized reproductions.

Your company is advertising and selling unauthorized copies of the Barcelona Chair, Barcelona Ottoman, Barcelona Couch, Barcelona Table and Flat Brno Chair, as well as unauthorized derivative products such as the Barcelona Pavilion Day Bed and Barcelona Pavilion Bench under the following names: Mies Pavilion Lounge Chair, Mies Lounge Ottoman, Mies Day Bed, Mies Table, Mies Bench, Mies Brno Flat Chair, Mies Lounge Loveseat Mies Petite Day Bed, Mies Lounge Sofa and Pavilion Pony Chair.  Your company may also be inappropriately using the BARCELONA mark.  Printouts from your company's website are enclosed for your reference.

Your company's advertisement and sale of unauthorized copies and unauthorized derivatives of such products is likely to cause confusion among consumers as to the source of the Barcelona Chair and related products and harm our reputation for exclusivity.

August 15, 2007
Page 2

Specifically, your company's advertising and sale of unauthorized copies and derivatives of the above-mentioned products and use of the BARCELONA mark constitutes infringement of our trademarks, misrepresentations as to source or origin, and dilution and unfair competition, all in violation of the Trademark Law of the United States, 15 U.S.C. § 1051, et seq., and related common law.

Knoll, Inc. has also recorded its trademark registrations for the Barcelona Chair, Barcelona Stool, Barcelona Couch, Barcelona Table and Flat Brno Chair with the U.S. Customs Service. The importation of unauthorized copies of the Barcelona Chair, Barcelona Ottoman (Stool), Barcelona Couch, Barcelona Table and Flat Brno Chair, as well as unauthorized derivative products violates U.S. Customs Laws, and we have been assured by Customs that they will be on the look out for any counterfeit products in the form of these items.

Accordingly, we call upon your company to forthwith cease and desist from any act of trademark infringement and making misleading statements. Specifically, we demand that your company:

1) Immediately stop all use, promotion, display, distribution, offering for sale, sale and/or manufacture of any version of the Barcelona Chair, Barcelona Stool, Barcelona Couch, Barcelona Table and Flat Brno Chair; and

2) Immediately stop all use of the BARCELONA mark;

3) Immediately take steps to recall the infringing products; and

4) Forward to us documentation reflecting the manufacture and importation of the infringing items.

Knoll, Inc. views this matter with considerable concern. In view thereof, we expect your assurances, or that of your counsel, by 5:00 p.m. on August 22, 2007, that our demands set forth above will be met. Please be advised that unless we receive such assurances, Knoll, Inc. will take such steps as appropriate to protect its valuable trademark and trade dress rights. This includes, without limitation, notifying U.S. Customs Enforcement of your unauthorized conduct and request that U.S. Customs seize all unauthorized products upon their entry into the country.

This letter constitutes notice of Knoll, Inc.'s trademark rights and is written without waiver of any rights and remedies that Knoll, Inc. may assert to protect its intellectual property.

Very truly yours,

John M. Wilson

JMW:alp

Enclosures

cc:  Elizabeth Needle – w/out encl.
     Marc Misthal, Esq. – w/out encl.

**EXHIBIT 2**

Law Offices of

## Green & Green

Philip R. Green
Beverly Robin Green
Web Site : www.iplegal.com

*Courthouse Square*
1000 Fourth Street, Suite 595
San Rafael, California 94901-3136
Telephone: (415) 457-8300 • Fax: (415) 457-8757
E-Mail: phil@iplegal.com  •  bev@musiclawyer.com

SEP - 4 200

RECEIVE
SEP 0 7 2007
GOTTLIEB, RACKMAN & REISMAN, P.C.

San Francisco Office:
One Embarcadero Center
Suite 500
San Francisco, CA 94111

*Please Reply to San Rafael*

August 28, 2007

Privileged Settlement Communication under California Evidence Code section 1152 and
F.R.Evid. Rule 408

John M. Wilson
Assistant General Counsel
KNOLL
1235 Water Street
East Greenville PA 18041

Re: <u>Alpahville Design, Inc. and your Letter of August 15, 2007</u>

Dear Mr. Wilson:

This is in response to your letter to my client, Alphaville Design, Inc. In your letter you assert that my client is violating trade dress rights. This is not the case and though I assert and discuss in this letter why not, my client is willing to make changes to its and its retailer's advertising, labeling and sales approach to some of its lines of fine furniture in order to prevent confusion. There appears not to be any patent on the design and if there were it would have long ago expired. There is no copyright in the overall design registered that we can find and if there were it does not protect the product itself (*Sears v. Compco* doctrine). My client is willing to settle the matter with you because there may be a weak trade dress claim in the registered design because of my argument below. Even that claim limits Knoll's rights to the registered mark as a source identifier and not for its attempt to serve as a would-be patent, to protect the functional product.

We believe that laches would estop your company from prevailing in any forum since your company has not notified Alphaville heretofore and there has been as a result much prejudice to my client in terms of its going forth in business, expending money and finding and establishing relationships with the best makers for its furniture lines. Your company might consider licensing Alphaville Design, Inc. to make some of the lines you sell.

If you have evidence of actual confusion please let me know. We do not believe that there can be any likelihood of confusion on the part of the public that is shopping for my client's furniture. Firstly none of it uses the KNOLL mark or name. It is priced way below the similar items your

Intellectual Property - Entertainment - Business – Real Estate – Estates & Trusts

John M. Wilson
KNOLL
8/28/2007
Page 2

company makes and sells. Sophisticated and home-furnishings connoisseurs would know and not be confused. The average consumer in our case is shopping at retailers where they would know they are not buying an original because of, among other things, its pricing.

While I can understand your claims the law is not on your client's side.    Primarily Specifically, § 43 of the Lanham Act in a limited sense, provides that , "[a]ny person who, on or in connection with any goods or services ... uses in commerce any word, term, name, symbol, or device, or any combination thereof ... which ... is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin ... of his or her goods ... shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such act."

This is a limited protection for trade dress. One cannot skirt the Patent law or use Copyright to protect what is otherwise not protectable. See Ashley Furniture Industries, Inc. v. SanGiacomo N.A. Ltd., 187 F.3d 363, 51 U.S.P.Q.2d 1609 (4th Cir.(N.C.) Aug 10, 1999) (NO. 98-2228). In this case the 4th Circuit stated that it was not the product itself that was protectable but the labeling, sales pitch, advertising and other factors that can lead to confusion, not the product. The seminal case of trade dress is Two Pesos. There the trade dress of a product was defined as its "total image and overall appearance," including its "size, shape, color or color combinations, texture, graphics, or even particular sales techniques." _Two Pesos, Inc. v. Taco Cabana, Inc., 505 U.S. 763, 764 n. 1, 112 S.Ct. 2753, 120 L.Ed.2d 615 (1992)_ (quoting district court instruction).

_Ashley_ cited Two pesos also as follows, "The Supreme Court has explained that "[p]rotection of trade dress, no less than of trademarks, serves the Act's purpose." _Two Pesos, 505 U.S. at 774, 112 S.Ct. 2753._ That purpose is two-fold: § 43(a) seeks (1) "to secure to the owner of the mark the goodwill of his business" and (2) "to protect the ability of consumers to distinguish among competing producers." _Id._ (quoting _Park 'N Fly, Inc. v. Dollar Park & Fly, Inc., 469 U.S. 189, 198, 105 S.Ct. 658, 83 L.Ed.2d 582 (1985)_)."

This goal, Gilson suggests can be met even for similar goods, "...the Lanham Act will _only prevent the copying of nonfunctional product designs_ that have acquired a "secondary meaning" as a symbol of the manufacturer. Moreover, even if a patentable or copyrightable design - whether it be a lamp, the appearance of a pain-relief capsule or a cartoon character - has acquired secondary meaning, the _imitators may be able to show that confusion is unlikely because of prominent use of their own trademark or trade name, a disclaimer, or their own product design trade dress in the form of ornamentation or embellishments_. Such efforts are favorably viewed by the courts as evidence that the imitator was not trying to pass off his product as the original." _Gilson_, 1-2A Trademark Protection and Practice § 2A.10[3][d].

Further as to your claim that the catalog may not mention the original designer of the original "Barcelona" furniture, Knoll also does not produce original Barcelonas, but a licensed version. Just as Knoll has a license to mention its designer so the common law provides that right to my client. See Herman Miller, Inc. v. Palazzetti Imports and Exports, Inc., 270 F.3d 298, 2001-2 Trade Cases P 73,489, 60 U.S.P.Q.2d 1633 (6th Cir.(Mich.) Oct 22, 2001) where at "As a result,

John M. Wilson
KNOLL
8/28/2007
Page 3

Palazzetti is not allowed to exploit the identity of the Eameses commercially, but at the same time it can accurately identify the reproductions that it is entitled to produce." But for the Michigan right of publicity Palazzetti would have been able to also show the Emeses photographs and likenesses.

As an offer to compromise my client is willing to Immediately stop all use of the word Barcelona in the promotion, display, distribution, offering for sale, sale and/or manufacture of its furniture and stop use of the BARCELONA mark (1) change its advertising, including that done by its retailers to disclaim any originality of these items or that they are , (2) re-label all conflict furniture to be sure that its products are not confused with you're your company's, (3) stop itself and police its retailers to be sure they don't use the words "Barcelona" and (4) change its website and police those of its customers to your satisfaction.

Please call me at your earliest convenience to discuss this and in the mean time please let me know prior to your taking any further actions including, but not limited to, filing any complaint or attempting to contact US Customs, sending any notices to any of Alphaville Design, Inc. customers or other third parties due to your alleged claims.

Sincerely yours,
Law Offices of
GREEN & GREEN

Philip R. Green

PRG;hal
cc: Alphaville Design, Inc.

**EXHIBIT 3**

Alphaville Design, Inc. - Home

 

# ALPHAVILLE DESIGN

- **Home**
- **Services**
- **About Us**
- **Contact Us**
- **Details, Details, Details**

**FIVE DAYS LEFT!!!**

**HUGE Furniture Factory Clearance SALE!!!**

Alphaville Design presents its first Furniture Factory Clearance. With new products hitting the sales floor everyday, our warehouse is STILL bulging at the beams. We have incredibly low clearance prices. You will expect to find the greatest selection of modern and contemporary design furniture in this blowout event to begin 2008. Many of the items are subject to prior sale.

The sale will be taking place in our newly opened 18,000 sf Clearance Center at the location, days, and hours listed below:

41350 Christy Street (just north of Auto Mall Parkway off of I-880) in Fremont

Thursday, January 17 – 9:00 a.m. to 6:00 p.m.

Friday, January 18 – 9:00 a.m. to 6:00 p.m.

Saturday, January 19 – 9:00 a.m. to 6:00 p.m.

Sunday, January 20 – 11:00 a.m. to 4:00 p.m.

MONDAY, January 21 - 9:00 a.m. to 6:00 p.m.

With over 3,000 items in our clearance center, stock up on our classic modern collection or popular contemporary designs. We have many overstock items at values not seen before, starting with our club chairs at $50 each.

You can expect to receive great service, selection, and incredibly low prices which are 50% to 80% off of MSRP. Cash, Visa, Mastercard, Discover, and AMEX accepted. All Sales Final. No refunds or exchanges. Purchase early for best selection and bargains.



**INSPIRED DESIGNS FOR HOME, OFFICE & LIFESTYLE**

Alphaville Design brings to the modern design connoisseur fashionable furniture designs.  Collections from Alphaville Design reflect cool confidence through clean lines and contemporary sophistication.  They have inspired luxurious interior designs from living spaces to work areas to common spaces.

Beyond trendy fashion are the timeless pieces from Alphaville Design.



What We Do

Alphaville Design is a USA-based wholesaler and importer of modern, contemporary furniture.  We maintain an experienced team in China to manage production, design,

What's New?

**NOVEMBER 2007**

Effective November 26, Alphaville

[p]roducts with integrity, honesty, and values.
We strive to be among the best for each and every product.  We deliver tremendous value and savings without sacrificing quality or integrity.  Our products are found in television,  film, magazines, hotels, corporations, restaurants, and homes throughout America and many parts of the world.  Our products represent the stylish, sophisticated, and classic tastes of contemporary furniture enthusiasts and fans.

As wholesalers, we sell only to retailers and large design firms.  We service 100's of retailers.  We work with designers on major hotel, office and residential projects/ installations.  Although we started as a direct marketer/ seller with a business model inspired by DELL, we do not sell direct to the public at this time.

We have a 6,000 sf showroom in Las Vegas, www.lasvegasmarket.com.  In Los Angeles, you can find our furniture at H.D. Buttercup, www.HDButtercup.com, Manutailer Furniture Mart.  Whether your need is 1 piece or 1000's, we cordially invite you to contact us at info@alphavilledesign.com



Design office hours are as follows:

Monday thru Friday

7:00 a.m. to 11:30 a.m., 12:30 a.m. to 4:00 p.m.

Will Call pick-up hours are 8:00 a.m. to 11:00 a.m.

This change ensures that all of our employees are available to our customers, partners, and suppliers eight hours a day at the same time.

**John Kelly** joined AD as Inventory Analyst III.

We distributed our Fall Collections catalog and price list.

We also introduced our iStill line of products.  To order your copy, please email requests to info@alphavilledesign.com

**Liana Lopes** joined AD as Accounting Clerk III.  **Sarita Walker** joined AD as Receptionist and Customer Service Representative.  **Robert Simmons** joined AD as Materials Handler II.  **Ken Yeager** joined AD as Materials Handler II.  **Tyrone Griffin** joined AD as Materials Handler I.  Welcome to all of these individuals to the Alphaville Design family.

Alphaville Design to exhibit at the **92nd Annual International Hotel, Motel & Restaurant Show in New York.**

**OCTOBER 2007**
**Jonathan Barker**, Managing

Advisors LLC has joined AD as a member of the Board of Directors.  Jonathan will lead strategic business planning and supply chain initiatives for AD China.

We are proud to announce the release of a new 200-page catalog and lifestyle book featuring over 200 product introductions.

**Bryan Pakingan** joined AD as Inventory Analyst responsible for ensuring inventory data and information accuracy.   **Lester Laje** joined AD as Materials Handler in our expanding warehouse.

### SEPTEMBER 2007

Alphaville Design is growing.   **Tim Salaver** joined AD as VP, Operations and General Manager to oversee daily operations, leading our growth and global expansion.  **Dwight Jackson** also joined AD as Director, Sales and Marketing.  Both of these gentlemen bring over 60 years of business management and entreprenerial experience to Alphaville. **Darren Pang** joined AD as Customer Returns Coordinator responsible for overseeing our reverse logistics process.

### JULY 2007

Concluded a successful record-breaking order-writing July 2007 Las Vegas World Market Center tradeshow! New dealers added, including Top 100 members.
www.lasvegasmarket.com

### JUNE 2007

Completed relocation & expansion from 28,000 SF to 67,000 SF warehouse.  Room to grow!

### JANUARY 2007

Introduced new container-format wholesale price list, offering consolidation service from over 20 factories, leading to a dramatic increase in factory-direct container sales.

Copyright 2003-2008 Alphaville Design, Inc. All rights reserved.
Alphaville Design products are not manufactured by or affiliated with B&B Italia, Cassina, Charles and Ray Eames, Classicon, Fritz Hansen, Herman Miller, Isamu Noguchi Foundation, Knoll, or Le Corbusier.

Alphaville Design, Inc.
41460 Christy Street
Fremont, CA 94538
United States
ph: 510-770-8808
fax: 510-770-8801
info@alphavilledesign.com

**EXHIBIT 4**



**Search** [_____] [Go]

view cart

<u>Home</u> > Mies Pavilion Lounge Chair, Italian Leather

# Mies Pavilion Lounge Chair, Italian Leather



**Mies Pavilion Lounge Chair, Italian Leather**

Item#: BAR-SS-1CH

**Regular price: $2,000.00**    Sale price: $1,350.00

Colors: [ Black (Stock)   ▼ ]

[ Add to cart ]

## Product Description

Mies van der Rohe designed the Pavilion Lounge Chair and Ottoman for the German Pavilion at the International Exhibition of 1929 in Barcelona, Spain. Our Mies Pavilion Lounge Chair features opulent, sleek minimalist styling, a perfect blend of art and function. Make no mistake, our Pavilion chair is a high quality reproduction and not to be confused with the original Knoll Barcelona chair. Enjoy our new and improved Pavilion chair for many years to come. Please note that we offer a 1 year limited warranty against product and manufacturing defect. The normal lifespan of leather is approx. 5 years of normal use. The heavy duty frame might last a lifetime. Size: 30" w x 30" d x 31" h

11 KEY POINTS:

(1) 1/2" thick #304 High Nickel Solid Stainless Steel Flat Bar, polished to a brilliant proprietary 7-step mirror shine. Many of our competitors are using thin 3/8" thick #202 or #304 low nickel steel, which does not polish as brightly as our frames and may corrode or bend out of shape over time. Some of our competitors are chroming the frame, and Chinese chrome technique on a large chair is below par at this time. Also, many Italian and German factories are out-sourcing these frames to China, and sticking a Made in Italy or Germany label on their chair. Rest assured, that Alphaville Design's products are the highest quality that you can buy. They are one the best reproductions made in the world without compromise.

(2) Full Italian Leather is used on our cushions. No faux PU, PVC, "match", or split leathers. No Chinese leathers. The look, feel and hand of our supple Italian leathers are amazing and luxurious.

(3) Thick saddle leather is used in our suspension straps. Many of our competitors are using nylon belts, thin pig skins, recycled leathers, and low grades of saddle leather that will stretch and even mildew over time. And who wants to own a chair with moldy sagging straps? All of our straps are hand-pulled tautly one by one, and quality control tested to ensure longevity and consistency.

(4) Our frame bends and welding technique follow very closely to original Knoll Barcelona chair's design lines. The main difference is that our edges are slightly buffed out and fully deburred to remove the sharpness of the edges and corners. If you sat in a Knoll original or Chinese/Italian copy, you will know how sharp and painful the edges can be. We remove the bite while increasing safety and comfort.

(5) Seamless outside cushion corners are used like original Knoll Barcelona chair. Almost all competitors, except Knoll, Alivar and Alphaville, are cutting corners and putting seams on the corners. Longer pieces of leather are required to create the seamless corners.

(5) Our back cushion is less than 1" above back frame like the original. Most of the Chinese-made versions are either chunky thick with fat piping and fat buttons with lopsided oversize cushions or are too thin, flat and lifeless.

(7) Thin 4" cushions like the original Barcelona chair. Fire-rated high density foam.

(8) Back cushion designed with a slight curve, like the original Knoll Barcelona chair. No other China-made version offers this nuanced detail.

(9) Hidden double snap closures on back cushion, just like original Knoll Barcelona chair. No other factory in China is making it the way we do.

(10) Frames are stamped with hidden Alphaville Design marks for authenticity.

(11) Cushions are law labeled with Alphaville marks. Legal for sale in all 50 states, including California, New York, Illinois,

Massachusetts, Florida and Washington DC. Fire-rated foam costs more so our non-California competitors have a price edge on us. But our products can be sold in California and installed in many commercial projects without threat of recall action.

DELAYS Our modern classics factory is small and boutique-like, highly focused on quality and teamed with about 200 specially-trained craftspeople. Since are our products are carefully hand-made with rigorous quality control inspections and not mass produced, you may experience delayed delivery times due to high demand for our products. Alphaville Design supports the design enthusiast who requires a great quality chair at an attainable price, not a mass produced product at a budget price. Our factory is managed by a husband and wife team. He makes sure that every piece of metal is properly polished and welded. She makes sure that every leather cushion is correctly stuffed, cleaned, and conditioned before packing. Additionally, we have 23 Quality Control officers overseeing every production phase. We might be slow, but this is the sacrifice for quality. Alphaville Design's rejects are sold off to importers and retailers in China, the Middle East and Europe (UK, Italy, Denmark, etc.), and to other factories selling a lower quality product into the USA and Canada. Alphaville Design sells the cream of the crop, period.

SUBSTITUTIONS If one of our dealers substitute another manufacturer's product while claiming to have sold you our product, please inform us immediately so that we can take necessary actions to protect our brand. Our products are of very high quality and not always the cheapest, thus many retailers fear to sell our products and will show a lower cost copy instead. All over the internet and eBay, the etailer will show you a beautiful Knoll or Alphaville Design chair, but ship you something entirely different from another vendor. What you see is what you get from Alphaville Design.

TESTIMONIALS But don't take our word for it. See one of our customer testimonials below.

## Accessories



**Mies Pavilion Lounge Chair, Full Grain Black**
Product Description
Full grain, aniline-dyed leather has a sumptuously soft and supple hand.

Regular price: $2,500.00
Sale price: $1,650.00

BAR-SS-1CH-XFA-K

Color: [ BlackFullAniline ▼ ]

**Add to cart**



**Leather Swatches, Order Here**

**$1.50**
Swatch

Colors: [ Black ▼ ]

**Add to cart**



**Customer Testimonial**

Alphaville Design products can be purchased directly via this web store and over 400 dealers and designers throughout North, South and Central America. Additionally, our products are drop-shipped throughout Europe, Asia and the Middle East via several of our authorized independent web retailers.

Here is a customer testimony:

Jan. 19, 2007 Subject: Re: Request updated photo of Barcelona Pavilion chair…. To: sales@alphavilledesign.com

thanx david.

My wife and I could not be more pleased with the quality of the chairs or your customer service. both were positively superb. As you know, we thoroughly analyzed similar chairs from all vendors, including prestigious Knoll, and believe Alphaville's pavilion chairs with luxe leather to equal or exceed Knoll's $5100 buffed steel model, and they far exceed all other vendors' models in terms of quality of manufacture (absence of unsightly corner seams, true capisonne (sp?) piping, buffed stainless steel frame, etc). And they achieved the perfect balance of design aesthetic and comfort. They were more comfortable than the equally graceful but far more expensive Knoll model. Your chairs were precisely as advertised and are true works of art.

Moreover, your customer service far exceeds that of other furniture companies with which we have dealt or are currently

dealing with other kinds of purchases. We have given your company our highest recommendation to our friends (some of whom are decorators). Please feel free to use this endorsement as desired.

Signed,

Mostserene, Artists and Lovers of Design

On Jan 18, 2007, at 9:32 PM, sales@alphavilledesign.com wrote:

> Hi

> Just wanted to write a short note to follow up to see if our service and quality met your expectations. Hope all is well.

> Best,

> David

> *** Please reference above Ticket Case Number for faster service. ***

> ----- Original Message ----- > I don't think you oversold your product - your chairs are stainless versus chrome, and without seams on the front corners, similar to knoll. We went for the more expensive full grain aniline, which I'm sure will be fine. we went by your web description, which looked detailed. Your chairs cost more than other China-made chairs but for obvious reasons.

> I just wanted to give you feedback on your competition, to help you out. FYI, we also sat in J. Gonzales (another made in China product), which was comfortable but chrome, and without the piping around each square of leather, and the Knoll licensed version, which were NOT comfortable, probably due to the thinner cushions. And $5100 plus for the stainless model. these were in other stores in our area.

> On Nov 27, 2006, at 6:46 PM, sales@alphavilledesign.com wrote:

>> Thanks for the feedback. Gosh, despite our confidence in our chairs, I hope I didn't oversell or over-promise our product. It's not perfect, but fairly close. Yes, we know that La Difference sells chairs made by ChairTech of Canada. It is no where as nice as ours, yet ChairTech is bigger than we are and have better sales reps. We are a bit low key and not aggressive. We know we need to tell our story better. I think La Difference will come to our side in the near future for this product. >> Again, thanks for your feedback!

>> Best,

>> David

>> *** Please reference above Ticket Case Number for faster service. ***

>> ----- Original Message ----- >> excellent. I'll let you know when they arrive. We have some neighbors that are very interested in your line so you may end up getting more orders from my area. But like us, via your internet site.

>> By the way David, we stopped by the Richmond store La Difference and while the manager said they could order from Alphaville, they ONLY had Pavilion and other furniture ON THE FLOOR from one of your competitors - either cititech or urbantech of something like that. Also produced in China, allegedly to their specifications. The thing is, they were poorly executed, had seams on the corners, frame was chrome, and leather of a poor quality. Their version of Pavilion >> chair was $999 but worth like $200! And when I pointed out the differences in quality, the manager just did not seem to comprehend. But the store really pushed this unknown brand. So you may want to work on that outlet....

>> On Nov 27, 2006, at 12:32 PM, sales@alphavilledesign.com

wrote:

>>> Hello Mr. Murray

>>> Thanks for the order. I'm just back from my trip. It appears that your order is in our system and scheduled to ship this week. Happy holidays!

>>> Best,

>>> David

>>> *** Please reference above Ticket Case Number for faster service. ***

>>> ----- Original Message ----- >>> David, we ordered 2 pavilion chairs with black aniline leather under my wife - Jill Murray - name. Thank you much for your assistance. Forgot to reference the AVD number though on our order so would appreciate you making sure it goes well. thanks again.

>>> On Nov 6, 2006, at 4:26 PM, sales@alphavilledesign.com wrote:

>>>> The back of the back cushion is one piece of leather. the bottom of the seat cushion has a square panel of fabric for air bleeding,similar to Knoll's chair. Also, I did a better search of our database and found more dealers:

>>>> Z Light & Furniture >>>> 5620 General Washington Drive >>>> Alexandria VA 22312 >>>> 703-941-5042

>>>> Note: Many dealers do not carry our products exclusively. If you want Alphaville Design's version, you may need to specify that.

>>>> Best,

>>>> David

>>>> *** Please reference above Ticket Case Number for faster service. >>>> ***

>>>> ----- Original Message ----- >>>> thank you very much. excellent photos. Since the Adobe store is not currently open and Richmond is several hours away, I wonder if at your convenience, someone could unsnap and look behind one of the upright (back) cushions and tell me if the rear piece of leather is one piece or seamed and, if seamed, if the seams are visible through the support straps. That is my final question. I very much appreciate your help.

>>>> On Nov 6, 2006, at 1:41 PM, sales@alphavilledesign.com wrote:

>>>>> We are in the process of updating our image library. Here are some images from a recent trade that may answer most of your questions. Try La Difference in Richmond, VA.

>>>>> Best,

>>>>> David

>>>>> *** Please reference above Ticket Case Number for faster service. >>>>> ***

>>>>> ----- Original Message ----- >>>>> We are shopping for 2 black aniline leather Barcelona chairs and decision is between Alphaville and Knoll (chrome plate as their buffed steel is ridiculously expensive). Your current photo appears to be dated and does not reflect seamless corners and curved back cushion indicated in your "10 points to consider'

>>>>> As this purchase will be expensive, we want to have all information before making our decision. Obviously, we would strongly lean toward Alphaville if it looked enough like original.

Not exact, but close would be good.

>>>>> Any additional info, such as,Is frame exact lines of
original or does it deviate slightly for copyright reasons? And, is
back portion of upright cushion seamed and if so, does it show
through the straps (or do the straps hide any seams?) would be
helpful. BUT MOST IMPORTANT would be updated photo showing
seamless corners and curved upright cushion.

>>>>> Thank you very much. Our email is MOSTSERENE@
>>>>> PS: Is there a Alphaville dealer near Alexandria VA

**HOME**  |  **ABOUT US**  |  **PRIVACY POLICY**  |  **SEND EMAIL**  |  **SITE MAP**  |  **VIEW CART**



Copyright 2006 Your store name here. All rights reserved.

**EXHIBIT 5**

**Int. Cl.: 20**

**Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50**

**United States Patent and Trademark Office**

Reg. No. 2,893,025

Registered Oct. 12, 2004

## TRADEMARK
### PRINCIPAL REGISTER



KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

   FOR: CHAIRS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

   FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

THE MARK CONSISTS OF A CONFIGURATION OF A CHAIR WITH A METAL FRAME AND LEATHER CUSHIONS.

   SEC. 2(F).

   SER. NO. 76-556,817, FILED 10-22-2003.

JAMES A. RAUEN, EXAMINING ATTORNEY

**EXHIBIT 6**

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

Reg. No. 2,894,977

## United States Patent and Trademark Office

Registered Oct. 19, 2004

## TRADEMARK
### PRINCIPAL REGISTER



KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

   FOR: STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

   FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

THE MARK CONSISTS OF A CONFIGURATION OF A STOOL WITH A METAL FRAME SUPPORTING A LEATHER CUSHION.

   SEC. 2(F).

   SER. NO. 76-556,816, FILED 10-22-2003.

JAMES A. RAUEN, EXAMINING ATTORNEY

**EXHIBIT 7**

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**Reg. No. 2,894,980**

## United States Patent and Trademark Office

Registered Oct. 19, 2004

## TRADEMARK
### PRINCIPAL REGISTER



KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

   FOR: COUCHES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

   FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

   THE MARK CONSISTS OF A CONFIGURATION OF A COUCH WITH A METAL FRAME SUPPORTING A LEATHER CUSHION.

   SEC. 2(F).

   SER. NO. 76-556,824, FILED 10-22-2003.

   THEODORE MCBRIDE, EXAMINING ATTORNEY

**EXHIBIT 8**

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

Reg. No. 2,894,979

## United States Patent and Trademark Office

Registered Oct. 19, 2004

## TRADEMARK
### PRINCIPAL REGISTER



KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

   FOR: TABLES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

   FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

   THE MARK CONSISTS OF A CONFIGURATION OF A TABLE WITH A METAL BASE AND A GLASS TOP.

   SEC. 2(F).

   SER. NO. 76-556,821, FILED 10-22-2003.

   JAMES A. RAUEN, EXAMINING ATTORNEY

**EXHIBIT 9**

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. **2,894,978**

Registered Oct. 19, 2004

## TRADEMARK
### PRINCIPAL REGISTER



KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

    FOR: CHAIRS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

    FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

    THE MARK CONSISTS OF A CONFIGURATION OF A CHAIR WITH A FLAT METAL FRAME SUPPORTING A CUSHION.

    SEC. 2(F).

    SER. NO. 76-556,819, FILED 10-22-2003.

JAMES A. RAUEN, EXAMINING ATTORNEY

**EXHIBIT 10**

# United States Patent Office

**772,313**
Registered June 30, 1964

## PRINCIPAL REGISTER
## Trademark

Ser. No. 177,235, filed Sept. 18, 1963

# BARCELONA

Drexel Enterprises, Inc. (Delaware corporation)
1690 English St.
High Point, N.C.

For: LIVING ROOM, BEDROOM, AND DINING ROOM FURNITURE, AND OCCASIONAL TABLES AND CHAIRS, in CLASS 32.

First use Oct. 19, 1962; in commerce Feb. 27, 1963.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jan 12 04:04:42 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ]  OR  Jump  to record: [          ]  **Record 80 out of 91**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **BARCELONA** |
| **Goods and Services** | IC 020. US 032. G & S: LIVING ROOM, BEDROOM, AND DINING ROOM FURNITURE, AND OCCASIONAL TABLES AND CHAIRS. FIRST USE: 19621019. FIRST USE IN COMMERCE: 19630227 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72177235 |
| **Filing Date** | September 18, 1963 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0772313 |
| **Registration Date** | June 30, 1964 |
| **Owner** | (REGISTRANT) DREXEL ENTERPRISES, INC. CORPORATION DELAWARE 1690 ENGLISH ST. HIGH POINT NORTH CAROLINA |
| | (LAST LISTED OWNER) KNOLL INC. CORPORATION DELAWARE 1235 WATER STREET EAST GREENVILLE PENNSYLVANIA 18041 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | CARLA J. VRSANSKY |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECTION 8(10-YR) 20040904. |
| **Renewal** | 2ND RENEWAL 20040904 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT 11**




Secure 24/7 Online Ordering     Home | About Us | Shipping | Privacy | Help

**SHOP BY CATEGORY:**
> Modern Classics
> Designer Chairs
> Sofas + Loveseats
> Tables + Benches

**SHOP BY DESIGNER:**
> Le Corbusier
> Mies van der Rohe
> Marcel Breuer
> Eileen Gray
> George Nelson

**VIEW CART/CHECKOUT**



**FREE SHIPPING**


Always FREE SHIPPING!

*Continental 48 States


Secure Server
Protected by...
SSL

We Proudly Accept:



## "Looking For Useful Information On Mies Pavilion Chairs?"

## Discover EXACTLY What Is True Quality When Comparison Shopping.

At ModernCollections.com, our goal is to provide you with as much information possible so you can make an informed decision. We will share with you our knowledge of what's available in the marketplace and the characteristics to look for when shopping for the famous Mies Pavilion Chairs.

**So, what makes us different?** With hundreds of retailers selling these chairs online ranging from $500 to $7000, it's difficult to know what you're *really* getting and what makes one retailer a better buying choice over the other. We have made this process easier by comparing our Mies Pavilion Chair features with a top manufacturer like Knoll.

## Read How Our Chairs Compare to the Knoll "Barcelona Chair":

Our Mies Pavilion chair features premium grade 304 bar stock stainless steel for the frame. Single piece construction ensures long-term durability. Frame is shaped, welded and hand-buffed to mirror finish.

Our frames are buffed slightly on the edges to remove sharpness (safety).

Knoll does not have seams at two front corners of their seat cushions or top corners of the back cushions. We have recently revised our cushions to be constructed the same way for a more authentic appearance.

Knolls uses thinner padding and has a slight curve to it. The back of the seat cushion is lower giving you a slightly more recline position. Our chair uses 4" thick cushions and has a more ergonomic seat angle for better lumbar support and easier position to get up from.

We use the Capitonné technique which uses individual tabbed squares of leather cut from a single hide and sewn, welted and tufted by hand. Each line is a "pipe" not just stitching.

We use a total of 17 heavy saddle Italian leather straps ensuring durability and support. All straps are made to match specified upholstery color.

Knoll uses 34 stainless screws to secure straps to steel frame. We follow the same method using 34 stainless rivets to prevent the leather straps from loosening over time.

Finally, our cushions are premium quality, highly resilient urethane foam with Dacron polyester fiberfill to match that of Knoll.

## A Picture Is Worth A Thousand Words, Right?

Yes...they can be if they represent the actual products you will receive. You've seen them on Ebay and other retailers selling Barcelona chairs for under $600. Some are even selling the chair with ottoman set at this price. We are all for getting a good deal. However, **buyer beware...many are using the bait and switch tactic** to get you to purchase. The pictures you see are not the same products you will be receiving. When shopping around, ask to see if they offer more detail pictures of their product and check for any discrepancies between the product pictures.

**For you to feel comfortable with your purchase, we offer you in depth details of our Mies Van der Rohe furniture by providing high quality pictures taken from our own studio. Click on each picture below:**



## Where Is It Made...The Most Important Question?

Although this is a popular question, it is not the most important question to ask. We believe **how the product is made is actually more important** in deciding what type of quality you will receive. Many retailers justify their high prices claiming "Made in Italy". Although this may serve the ego, it does little to guarantee a quality product.

Our Mies Pavilion chairs are imported from Asia using the most respectable modern classics manufacturer in the country. Although there are many cheap Asian knock offs flooding the market, we are NOT one of them. **Customers have often compared our quality to that of DWR.** In many cases, our chairs are comparable if not better than many of those coming out of Italy.

We specialize in Modern Classics and require our furniture to be made with strict quality control using the latest in technology and highest grade materials. We have simply moved production from Italy to keep prices low and offer **better value for our customers**. Genuine Italian leather is used since this is still the highest grade leather available.

## We Respect The Smart Consumer

We know you have many choices when choosing who to buy from. Even if you don't buy from us, we hope that you can use our information provided to make a well informed decision. After all, price alone shouldn't be the only deciding factor. Quality is MOST important so you can proudly display your furniture in your home or office. **We are not the cheapest retailer. However, our commitment to excellence and detail will provide you a quality product not found with most other retailers.**

## Your Complete Satisfaction Is Our Top Priority

We guarantee you'll love our Mies Pavilion Chair & Ottoman. In fact, we are so confident on the quality of our products, we offer a 30-day no-hassle money-back guarantee. **We won't even charge your credit card until your order ships and no restocking fees** (for non-custom orders).

Compare this to other retailers who charge first and ship 6 to 8 weeks later. We can only offer this type of guarantee based on the positive feedback we've received from customers with our products. **Free shipping is included with no minimum purchase.**

## Click Here To See Our Mies Van der Rohe Furniture

Disclaimer: The Mies Pavilion Series are not part of the "Barcelona Collection". It is not made by the Knoll company and ModernCollections.com is not affilated with Knoll.

bauhaus furniture  |  modern chairs  |  modern furniture  |  bauhaus sofa  |  mid century modern tables
le corbusier  |  mies van der rohe  |  marcel breuer  |  eileen gray  |  george nelson  |  site map  |  contact us

© 2004-2006 Modern Collections - All rights reserved.





Items in your Cart: 0
Current Subtotal: $0.00

Clear Cart   Click to Checkout   View Cart

Secure 24/7 Online Ordering     Home | About Us | Shipping | Privacy | Help

**SHOP BY CATEGORY:**
> Modern Classics
> Designer Chairs
> Sofas + Loveseats
> Tables + Benches

**SHOP BY DESIGNER:**
> Le Corbusier
> Mies van der Rohe
> Marcel Breuer
> Eileen Gray
> George Nelson

**VIEW CART/CHECKOUT**



FREE SHIPPING

Always FREE SHIPPING!

*Continental 48 States



Secure Server
Protected by...
SSL

We Proudly Accept:



VISA   MasterCard



SECURED BY
GeoTrust
click to verify
19-Nov-07 14:14 GMT

Modern Classics Furniture >



**View More Images**
**Email this to a friend**

### Mies Pavilion Lounge Chair

| Retail: | Sale: | Qty |
|---|---|---|
| $1,900.00 | $899.00 | 1 |

  add to cart

### Product Options

Select Leather Color:

*** Top Grain ***

### Detailed Description

**We are committed on offering you the highest quality reproduction** available in the market at the most affordable pricing. Our Mies Pavilion chairs exude quality and excellence comparable to high-end retailers. You no longer have to pay the high markups to receive a premium quality Mies Pavilion chair. Click Here for More Information on Mies Van der Rohe Furniture

Compare our chair features:

- Highly polished #304 stainless steel frame for a brilliant lustre - not chrome surface coating which may chip and flake over time
- 12mm thick heavy gauge solid core steel used on frame for maximum strength
- X-Frame is a single-piece construction for smooth clean lines - no bolts or screws
- 17 heavy saddle leather straps secured to steel frame by stainless rivets for durability and strong support. (not offered in low quality reproductions)
- Back cushion lines up close to top of seat frame for a true authentic appearance
- Ultra-supple Italian leather seat cushions with 1.8 density foam and dacron for plush comfort and firm support
- Each button is manually encased with leather and tufted straight through the cushions
- Individual squares of leather are cut from a single hide and sewn, welted and tufted by hand using the capitonné technique for volume and depth

- Completely hand made by highly skilled craftsmen with emphasis on quality craftsmanship
- 5 year warranty against manufacturer defects on frame

**Compare at $2000 or more sold by other retailers. Free shipping included.**

Disclaimer: This is not the Barcelona chair. It is not made by the Knoll company and ModernCollections.com is not affiliated with Knoll.

Available Leathers - Click for Larger View:



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Designer:** Mies van der Rohe

**Materials:** Polished stainless steel frame (rust and chip resistant). Protected aniline-dyed Italian leather. Saddle leather straps.

**Availability:** Stock colors usually ships out in 3 to 5 days. We can Custom make additional colors that will take 6 to 8 Weeks for delivery.

**Dimensions (inches):**
: 31 H 30 W 30 D

**Shipping:** This item direct-ships via freight from the manufacturer's warehouse.

**Projects:** Contact us for special discounts on large volume office, hotel, and retail chain store projects.

**Free Shipping**
On all orders, no hidden fees at checkout

**No up-front charges, no deposits**
We won't charge your card until your order ships (*non-custom orders)

**Satisfaction Guaranteed**
30-day no-hassle returns on most items and no restocking fees

**Excellent Service**
See what our customers are saying

**Safe and Secure Ordering**
All sensitive information is encrypted when transmitted

**Privacy Protection**
We will never sell, rent or loan your information

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

We offer attractive **Modern furniture** and **Contemporary furniture** for residential and commercial spaces. Others who liked the Mies Pavilion Lounge Chair was also interested in these related products:



Click for Details
**Mies Petit Day Bed**
Retail: $2,400.00
**Sale: $1,324.00**



Click for Details
**Mies Pavilion Coffee Table**
Retail: $1,100.00
**Sale: $699.00**



Click for Details
**Mies Pavilion Chair and Ottoman Set**
Retail: $2,500.00
**Sale: $1,235.00**

modern classics furniture | modern chairs | modern furniture | sofas & loveseats | modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us
furniture resources

Affordable contemporary modern furniture for your home and office
© 2004 - 2007 Modern Collections - All rights reserved.





Items in your Cart: 0
Current Subtotal: $0.00



Clear | Click to | View
Cart | Checkout | Cart

**Secure 24/7 Online Ordering**

Home | About Us | Shipping | Privacy | Help

**SHOP BY CATEGORY:**
> Modern Classics
> Designer Chairs
> Sofas + Loveseats
> Tables + Benches

**SHOP BY DESIGNER:**
> Le Corbusier
> Mies van der Rohe
> Marcel Breuer
> Eileen Gray
> George Nelson

**VIEW CART/CHECKOUT**



FREE SHIPPING

Always FREE SHIPPING!

*Continental 48 States



Secure Server
*Protected by...*
SSL

We Proudly Accept:





SECURED BY
GeoTrust
click to verify
19-Nov-07 14:19 GMT





**Email this to a friend**

### Mies Petit Day Bed

FREE Shipping Included!

| Retail: | Sale: | Qty |
|---|---|---|
| $2,400.00 | $1,324.00 | 1 |

add to cart

### Product Options

Select Leather Color:
Black (in-stock)

Select Wood Finish:
Medium Walnut

Add Additional Pillow (matching color)
No Thanks

### Detailed Description

Our Petit Day Bed inspired by Mies Van Der Rohe, is a high quality reproduction. This 72" x 33" petit version is excellent for smaller spaces. The Italian leather is hand selected, piped, tufted and individually sewn by expert leather craftsmen. Our leather offers a more supple feel over many of the other modern classics furniture in the market. The cushion is suspended upon a network of leather saddle straps fixed to a solid hardwood frame to provide you with incredible comfort and support. A removable bolster pillow stretches across the width of the daybed and is secured in place by straps. Polished stainless steel legs add to the beauty of this modern classic design. Add this daybed to your living room, office, or den for an unique look and a place to relax.

Available Leathers - Click for Larger View:



Disclaimer: This product is not part of the "Barcelona Collection". It is not made by the Knoll company and ModernCollections.com is not affilated with Knoll.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Designer:** Mies van der Rohe

**Materials:** Solid hardwood frame in medium walnut, rosewood or black finish. Premium stainless steel legs, 3 step hand polished to a smooth flawless mirror shine (will not chip or rust). Protected aniline-dyed Italian leather. Saddle leather straps.

**Free Shipping**
On all orders, no hidden fees at checkout

**No up-front charges, no deposits**
We won't charge your card until your order ships (*non-custom orders)

**Satisfaction Guaranteed**
30-day no-hassle returns on most items and

**Availability:** Usually ships in 3 to 5 days for black leather on medium walnut wood finish. All other leather and frame colors can be custom made to order and will take 6 to 8 weeks for delivery.

**Dimensions (inches):**
: 16 H 33 W 72 L

**Shipping:** This item direct-ships via freight from the manufacturer's warehouse.

**Projects:** Contact us for special discounts on large volume office, hotel, and retail chain store projects.

no restocking fees

**Excellent Service**
See what our customers are saying

**Safe and Secure Ordering**
All sensitive information is encrypted when transmitted

**Privacy Protection**
We will never sell, rent or loan your information

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

We offer attractive **Modern furniture** and **Contemporary furniture** for residential and commercial spaces. Others who liked the Mies Petit Day Bed was also interested in these related products:



Click for Details
**Mies Pavilion Lounge Chair**
Retail: $1,900.00
**Sale: $899.00**



Click for Details
**Mies Pavilion Coffee Table**
Retail: $1,100.00
**Sale: $699.00**



Click for Details
**Eileen Gray Table**
Retail: $350.00
**Sale: $189.00**

modern classics furniture | modern chairs | modern furniture | sofas & loveseats | modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us
furniture resources

Affordable contemporary modern furniture for your home and office
© 2004 - 2007 Modern Collections - All rights reserved.





Items in your Cart: 0
Current Subtotal: $0.00

**Clear** **Click to** **View**
**Cart** **Checkout** **Cart**

Secure 24/7 Online Ordering            Home | About Us | Shipping | Privacy | Help

**SHOP BY CATEGORY:**
> Modern Classics
> Designer Chairs
> Sofas + Loveseats
> Tables + Benches

**SHOP BY DESIGNER:**
> Le Corbusier
> Mies van der Rohe
> Marcel Breuer
> Eileen Gray
> George Nelson

**VIEW CART/CHECKOUT**

**FREE SHIPPING**

Always **FREE** **SHIPPING!**

*Continental 48 States

**Secure Server**
*Protected by...*
**SSL**

**We Proudly Accept:**
VISA MasterCard



SECURED BY
**GeoTrust**
click to verify
19-Nov-07 14:19 GMT



Email this to a friend

**Mies Pavilion Coffee Table**

Modern Furniture w/ FREE Shipping

Retail:          **Sale:**          **Qty**

~~$1,100.00~~     **$699.00**      [ 1 ]     🛒 **add to cart**

Product Options

Select Options:

[ 12mm Glass Top                    ▼ ]

Detailed Description

The Mies Pavilion coffee table appeals to the true minimalist. It displays the pure compositional structure that epitomizes modern architecture. Top is 1/2" (12mm) thick tempered safety glass. Base is premium grade #304 stainless steel. The frame is polished to a mirror finish and will not rust or chip. Single piece base construction ensures long term durability. This modern classic table combined with our Mies Pavilion chairs will add a sophisticated look the your room.

Disclaimer: This product is not the "Barcelona Table". It is not made by the Knoll company and ModernCollections.com is not affilated with Knoll.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Designer:** Mies van der Rohe

**Materials:** Polished #304 Stainless steel frame, 1/2" (12mm) tempered glass

**Availability:** Usually ships in 3 to 5 business days.

**Dimensions (inches):**
: 18 H 40 W 40 L

**Shipping:** This item direct-ships via freight from the manufacturer's warehouse.

**Projects:** Contact us for special discounts on large volume office, hotel, and retail chain store projects.

**Free Shipping**
On all orders, no hidden fees at checkout

**No up-front charges, no deposits**
We won't charge your card until your order ships (*non-custom orders)

**Satisfaction Guaranteed**
30-day no-hassle returns on most items and no restocking fees

**Excellent Service**
See what our customers are saying

**Safe and Secure Ordering**
All sensitive information is encrypted when transmitted

**Privacy Protection**

We will never sell, rent or loan your information

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

We offer attractive **Modern furniture** and **Contemporary furniture** for residential and commercial spaces. Others who liked the Mies Pavilion Coffee Table was also interested in these related products:







Click for Details          Click for Details          Click for Details
**Mies van der Rohe**      **Mies Pavilion Chair**    **Mies Pavilion Loveseat**
**Daybed**                 **and Ottoman Set**        Retail: $4,000.00
Retail: $2,500.00          Retail: $2,500.00          **Sale: $1,639.00**
**Sale: $1,499.00**        **Sale: $1,235.00**

modern classics furniture | modern chairs | modern furniture | sofas & loveseats | modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us
furniture resources

Affordable contemporary modern furniture for your home and office
© 2004 - 2007 Modern Collections - All rights reserved.



**MODERN**
**Collections.com**



Items in your Cart: 0
Current Subtotal: $0.00



**Clear**   **Click to**   **View**
**Cart**   **Checkout**   **Cart**

Secure 24/7 Online Ordering     Home | About Us | Shipping | Privacy | Help

**SHOP BY CATEGORY:**
> Modern Classics
> Designer Chairs
> Sofas + Loveseats
> Tables + Benches

**SHOP BY DESIGNER:**
> Le Corbusier
> Mies van der Rohe
> Marcel Breuer
> Eileen Gray
> George Nelson

**VIEW CART/CHECKOUT**



**FREE SHIPPING**


Always
FREE
SHIPPING!

*Continental 48 States


Secure Server
*Protected by...*
SSL

**We Proudly Accept:**





SECURED BY
GeoTrust
click to verify
19-Nov-07 14:19 GMT



**View More Images**
**Email this to a friend**

**Mies Pavilion Chair and Ottoman Set**

| Retail: | Sale: | Qty |
|---|---|---|
| ~~$2,500.00~~ | $1,235.00 | 1 |



 add to cart

**Product Options**

Select Leather Color:

Black (stocked) ▾

**Detailed Description**

**We are committed on offering you the highest quality reproduction** available in the market at the most affordable pricing. Our Mies Pavilion chairs exude quality and excellence comparable to high-end retailers. You no longer have to pay the high markups to receive a premium quality Pavilion chair. Click Here for More Information on Mies Van der Rohe Furniture

Compare our chair features:

- Highly polished #304 stainless steel frame for a brilliant lustre - not chrome surface coating which may chip and flake over time
- 12mm thick heavy gauge solid core steel used on frame for maximum strength
- X-Frame is a single-piece construction for smooth clean lines - no bolts or screws
- 17 heavy saddle leather straps secured to steel frame by stainless rivets for durability and strong support. (not offered in low quality reproductions)
- Back cushion lines up close to top of seat frame for a true authentic appearance
- Ultra-supple Italian leather seat cushions with 1.8 density foam and dacron for plush comfort and firm support
- Each button is manually encased with leather and tufted straight through the cushions
- Individual squares of leather are cut from a single hide and sewn, welted and tufted by hand using the capitonné technique for volume and depth
- Completely hand made by highly skilled craftsmen with emphasis on quality craftsmanship
- 5 year warranty against manufacturer defects on frame

Disclaimer: This is not the Barcelona chair. It is not made by the Knoll company and ModernCollections.com is not affilated with Knoll.

Available Leathers - Click for Larger View:

**Designer:** Mies van der Rohe

**Materials:** Polished stainless steel frame (rust and chip resistant). Protected aniline-dyed Italian leather. Saddle leather straps.

**Availability:** Stock colors usually ships out in 3 to 5 days. We can Custom make additional colors that will take 6 to 8 Weeks for delivery.

**Dimensions (inches):**
Chair: 31 H 30 W 30 D
Ottoman: 16 H 24 W 22 D

**Shipping:** This item direct-ships via freight from the manufacturer's warehouse.

**Projects:** Contact us for special discounts on large volume office, hotel, and retail chain store projects.

**Free Shipping**
On all orders, no hidden fees at checkout

**No up-front charges, no deposits**
We won't charge your card until your order ships (*non-custom orders)

**Satisfaction Guaranteed**
30-day no-hassle returns on most items and no restocking fees

**Excellent Service**
See what our customers are saying

**Safe and Secure Ordering**
All sensitive information is encrypted when transmitted

**Privacy Protection**
We will never sell, rent or loan your information

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

We offer attractive **Modern furniture** and **Contemporary furniture** for residential and commercial spaces. Others who liked the Mies Pavilion Chair and Ottoman Set was also interested in these related products:



Click for Details
**Eileen Gray Table**
Retail: $350.00
**Sale: $189.00**



Click for Details
**Mies Pavilion Loveseat**
Retail: $4,000.00
**Sale: $1,639.00**



Click for Details
**Mies van der Rohe Daybed**
Retail: $2,500.00
**Sale: $1,499.00**

modern classics furniture | modern chairs | modern furniture | sofas & loveseats | modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us
furniture resources

Affordable contemporary modern furniture for your home and office
© 2004 - 2007 Modern Collections - All rights reserved.


**MODERN Collections.com**



Items in your Cart: 0
Current Subtotal: $0.00


**Clear Cart**   **Click to Checkout**   **View Cart**

Secure 24/7 Online Ordering      Home | About Us | Shipping | Privacy | Help

**SHOP BY CATEGORY:**
> Modern Classics
> Designer Chairs
> Sofas + Loveseats
> Tables + Benches

**SHOP BY DESIGNER:**
> Le Corbusier
> Mies van der Rohe
> Marcel Breuer
> Eileen Gray
> George Nelson

**VIEW CART/CHECKOUT**


**FREE SHIPPING**

Always **FREE SHIPPING!**
*Continental 48 States


**Secure Server**
*Protected by...*
**SSL**

**We Proudly Accept:**


VISA   MasterCard


SECURED BY
**GeoTrust**
click to verify
19-Nov-07 14:19 GMT



**Email this to a friend**

**Mies Pavilion Loveseat**

| Retail: | Sale: | Qty |
|---|---|---|
| $4,000.00 | $1,639.00 | 1 |

 **add to cart**

Product Options

Select Leather Color:

Black (stocked)

Detailed Description

The Pavilion Loveseat inspired by Mies van der Rohe offers the same famous scissor base design as our Pavilion lounge chairs. The sturdy frame is made of ultra-premium #304 Stainless Steel polished to a mirror finish. Extra care went into assuring all welds and joints are completely smooth.

The upholstery used for the loveseat is a soft high grade Aniline Protected Italian leather, which provides you comfort and long lasting quality. Our leather offers a more supple feel over many of the other modern classics furniture in the market. Each leather square is hand stitched with raised piping to prevent curling. Our cushions are layered using three types of highly resilient foam to provide the perfect comfort and support.

Available Leathers - Click for Larger View:

Disclaimer: This product is not part of the "Barcelona Collection". It is not made by the Knoll company and ModernCollections.com is not affilated with Knoll.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Designer:** Mies van der Rohe

**Materials:** Polished stainless steel frame (rust and chip resistant). Protected aniline-dyed Italian leather. Saddle leather straps.

**Free Shipping**
On all orders, no hidden fees at checkout

**No up-front charges, no deposits**
We won't charge your card until your order ships

**Availability:** Stock colors usually ships out in 3 to 5 days. We can Custom make additional colors that will take 6 to 8 Weeks for delivery.

**Dimensions (inches):**
: 31 H 30 W 59 L

**Shipping:** This item direct-ships via freight from the manufacturer's warehouse.

**Projects:** Contact us for special discounts on large volume office, hotel, and retail chain store projects.

(*non-custom orders)

**Satisfaction Guaranteed**
30-day no-hassle returns on most items and no restocking fees

**Excellent Service**
See what our customers are saying

**Safe and Secure Ordering**
All sensitive information is encrypted when transmitted

**Privacy Protection**
We will never sell, rent or loan your information

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

We offer attractive **Modern furniture** and **Contemporary furniture** for residential and commercial spaces. Others who liked the Mies Pavilion Loveseat was also interested in these related products:



Click for Details
**Mies Pavilion Chair and Ottoman Set**
Retail: ~~$2,500.00~~
**Sale: $1,235.00**



Click for Details
**Mies Pavilion Sofa**
Retail: ~~$5,000.00~~
**Sale: $1,979.00**



Click for Details
**Mies van der Rohe Daybed**
Retail: ~~$2,500.00~~
**Sale: $1,499.00**

modern classics furniture | modern chairs | modern furniture | sofas & loveseats | modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us
furniture resources

Affordable contemporary modern furniture for your home and office
© 2004 - 2007 Modern Collections - All rights reserved.



**MODERN**
**Collections.com**



Items in your Cart: 0
Current Subtotal: $0.00

**Clear**   **Click to**   **View**
Cart    Checkout    Cart

Secure 24/7 Online Ordering      Home  |  About Us  |  Shipping  |  Privacy  |  Help

**SHOP BY CATEGORY:**
> Modern Classics
> Designer Chairs
> Sofas + Loveseats
> Tables + Benches

**SHOP BY DESIGNER:**
> Le Corbusier
> Mies van der Rohe
> Marcel Breuer
> Eileen Gray
> George Nelson

**VIEW CART/CHECKOUT**



**FREE SHIPPING**



Always
FREE
SHIPPING!

*Continental 48 States



Secure Server
*Protected by...*
**SSL**

**We Proudly Accept:**







SECURED BY
**GeoTrust**
click to verify
19-Nov-07 14:19 GMT



**Email this to a friend**

**Mies Pavilion Sofa**

| Retail: | Sale: | Qty |
|---|---|---|
| ~~$5,000.00~~ | $1,979.00 | 1 |



add to cart

**Product Options**

Select Leather Color:

Black (stocked)

**Detailed Description**

The Pavilion Sofa inspired by Mies offers the same famous scissor base design as our Mies Pavilion chairs. The sturdy frame is made of ultra-premium #304 Stainless Steel polished to a mirror finish. Extra care went into assuring all welds and joints are completely smooth.

The upholstery used for the chair is a soft high grade Aniline Protected Italian leather, which provides you comfort and long lasting quality. Our leather offers a more supple feel over many of the other modern classics furniture in the market. Each leather square is hand stitched with raised piping to prevent curling. Our cushions are layered using three types of highly resilient foam to provide the perfect comfort and support.

Available Leathers - Click for Larger View:

Disclaimer: This product is not part of the "Barcelona Collection". It is not made by the Knoll company and ModernCollections.com is not afillated with Knoll.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Designer:** Mies van der Rohe

**Materials:** Polished stainless steel frame (rust and chip resistant). Protected aniline-dyed Italian leather. Saddle leather straps.

**Availability:** Stock colors usually ships out in 3 to 5 days. We can Custom make additional colors that will take 6 to 8 Weeks for delivery.

**Free Shipping**
On all orders, no hidden fees at checkout

**No up-front charges, no deposits**
We won't charge your card until your order ships (*non-custom orders)

**Satisfaction Guaranteed**
30-day no-hassle returns on most items and no restocking fees

**Dimensions (inches):**
: 31 H 30 W 71 L

**Shipping:** This item direct-ships via freight from the manufacturer's warehouse.

**Projects:** Contact us for special discounts on large volume office, hotel, and retail chain store projects.

**Excellent Service**
See what our customers are saying

**Safe and Secure Ordering**
All sensitive information is encrypted when transmitted

**Privacy Protection**
We will never sell, rent or loan your information

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

We offer attractive Modern furniture and Contemporary furniture for residential and commercial spaces. Others who liked the Mies Pavilion Sofa was also interested in these related products:



Click for Details
**Mies Pavilion Ottoman**
Retail: $600.00
**Sale: $399.00**



Click for Details
**Mies Petit Day Bed**
Retail: $2,400.00
**Sale: $1,324.00**



Click for Details
**Mies Pavilion Coffee Table**
Retail: $1,100.00
**Sale: $699.00**

modern classics furniture | modern chairs | modern furniture | sofas & loveseats | modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us
furniture resources

Affordable contemporary modern furniture for your home and office
© 2004 - 2007 Modern Collections - All rights reserved.




Items in your Cart: 0
Current Subtotal: $0.00

Clear **Click to** View
Cart **Checkout** Cart

Secure 24/7 Online Ordering      Home | About Us | Shipping | Privacy | Help



**SHOP BY CATEGORY:**
> Modern Classics
> Designer Chairs
> Sofas + Loveseats
> Tables + Benches

**SHOP BY DESIGNER:**
> Le Corbusier
> Mies van der Rohe
> Marcel Breuer
> Eileen Gray
> George Nelson

**VIEW CART/CHECKOUT**



FREE SHIPPING

Always
FREE
SHIPPING!

*Continental 48 States



Secure Server
*Protected by...*
SSL

We Proudly Accept:







SECURED BY
GeoTrust
click to verify
19-Nov-07 14:19 GMT

Mies van der Rohe Furniture >



**Email this to a friend**

## Mies Lounge Bench

Modern Furniture w/ FREE Shipping

| | Retail: | Sale: | Qty |
|---|---|---|---|
| | ~~$1,400.00~~ | $795.00 | 1 |

 add to cart

## Product Options

Select Leather Color:

Black (stock) ▼

Select Wood Finish:

Medium Walnut ▼

Upgrade to 3 Seater:

- - Not Selected - - ▼

## Detailed Description

Our Mies 2 seater bench is a high quality reproduction. The Italian leather is hand selected, piped, tufted and individually sewn by expert leather craftsmen. Our leather offers a more supple feel over many of the other modern classics furniture in the market. The cushion is suspended upon a network of leather saddle straps fixed to a solid hardwood frame to provide you with incredible comfort and support. Polished stainless steel legs add to the beauty of this modern classic design. Add this modern classic bench to your entry way, office, waiting area, or bedroom. Optional 3 seater upgrade available.

Available Leathers - Click for Larger View:

Disclaimer: This product is not part of the "Barcelona Collection". It is not made by the Knoll company and ModernCollections.com is not affilated with Knoll.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Designer:** Mies van der Rohe

**Materials:** Solid hardwood frame in medium walnut finish. Premium stainless steel legs, 3 step hand polished to a smooth flawless mirror shine (will not chip or rust). Protected aniline-dyed Italian leather. Saddle leather

**Free Shipping**
On all orders, no hidden fees at checkout

**No up-front charges, no deposits**
We won't charge your card until your order ships (*non-custom orders)

straps.

**Availability:** Usually ships in 3 to 5 business days for black leather on medium walnut wood finish. All other leather and frame colors can be custom made to order and will take 8 to 10 weeks for delivery.

**Dimensions (inches):**
2 Seater: 16 H 19 W 52 L
3 Seater: 16 H 19 W 78 L

**Shipping:** This item direct-ships via freight from the manufacturer's warehouse.

**Projects:** Contact us for special discounts on large volume office, hotel, and retail chain store projects.

**Satisfaction Guaranteed**
30-day no-hassle returns on most items and no restocking fees

**Excellent Service**
See what our customers are saying

**Safe and Secure Ordering**
All sensitive information is encrypted when transmitted

**Privacy Protection**
We will never sell, rent or loan your information

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

We offer attractive **Modern furniture** and **Contemporary furniture** for residential and commercial spaces. Others who liked the Mies Lounge Bench was also interested in these related products:



Click for Details
**Mies Pavilion Chair and Ottoman Set**
Retail: $2,500.00
**Sale: $1,235.00**



Click for Details
**Mies Petit Day Bed**
Retail: $2,400.00
**Sale: $1,324.00**



Click for Details
**Mies Pavilion Sofa**
Retail: $5,000.00
**Sale: $1,979.00**

modern classics furniture | modern chairs | modern furniture | sofas & loveseats | modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us
furniture resources

Affordable contemporary modern furniture for your home and office
© 2004 - 2007 Modern Collections - All rights reserved.



**MODERN**
**Collections.com**



Items in your Cart: 0
Current Subtotal: $0.00

Clear   Click to   View
Cart   Checkout   Cart

Secure 24/7 Online Ordering     Home  |  About Us  |  Shipping  |  Privacy  |  Help

**SHOP BY CATEGORY:**
> Modern Classics
> Designer Chairs
> Sofas + Loveseats
> Tables + Benches

**SHOP BY DESIGNER:**
> Le Corbusier
> Mies van der Rohe
> Marcel Breuer
> Eileen Gray
> George Nelson

**VIEW CART/CHECKOUT**



FREE SHIPPING

Always
FREE
SHIPPING!

*Continental 48 States



Secure Server
*Protected by...*
**SSL**

We Proudly Accept:





SECURED BY
GeoTrust
click to verify
19-Nov-07 14:19 GMT



**Email this to a friend**

**Canti Chair**

| | Retail: | Sale: | Qty |
|---|---|---|---|
| | ~~$1,400.00~~ | $745.00 | 1 |

add to cart

**Product Options**

Select Leather Color:

Black (stocked) ▼

**Detailed Description**

The Canti Chair inspired by Mies van der Rohe is a masterpiece with the elegance well designed for both residential and office use. The Italian leather we use on this piece is a ultra supple high end material manufactured in Europe. This top grain leather is aniline dyed and turned in drums to soften it. A finish coat is added to protect the hide against stains and fading. The result is an ultra-supple seating surface and the high-end quality you're looking for.

This is a true Full Leather Classic flat chair with an armrest made of #304 Stainless steel polished to a smooth mirror shine. Beautiful design and stunning lines makes this chair the perfect addition to your modern collection.

**Compare at $1350 sold by other retailers. Free shipping included.**

Available Leathers - Click for Larger View:



Disclaimer: This product is not part of the "Barcelona Collection". It is not made by the Knoll company and ModernCollections.com is not affilated with Knoll.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Designer:** Mies van der Rohe

**Materials:** Polished #304 Stainless steel frame, Top

**Free Shipping**
On all orders, no hidden fees at checkout

Grain Aniline-dyed Protected Italian leather

**Availability:** Stock colors usually ships out in 3 to 5 days. We can Custom make additional colors that will take 6 to 8 Weeks for delivery.

**Dimensions (inches):**
31.5 H 23.5 W 23 D (18" seat height, 25.5" arm height)

**Shipping:** This item direct-ships via freight from the manufacturer's warehouse.

**Projects:** Contact us for special discounts on large volume office, hotel, and retail chain store projects.

**No up-front charges, no deposits**
We won't charge your card until your order ships (*non-custom orders)

**Satisfaction Guaranteed**
30-day no-hassle returns on most items and no restocking fees

**Excellent Service**
See what our customers are saying

**Safe and Secure Ordering**
All sensitive information is encrypted when transmitted

**Privacy Protection**
We will never sell, rent or loan your information

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**We offer attractive Modern furniture and Contemporary furniture for residential and commercial spaces. Others who liked the Canti Chair was also interested in these related products:**



Click for Details
**Eileen Gray Table**
Retail: $350.00
**Sale: $189.00**



Click for Details
**Mies Petit Day Bed**
Retail: $2,400.00
**Sale: $1,324.00**



Click for Details
**Mies Lounge Bench**
Retail: $1,400.00
**Sale: $795.00**

modern classics furniture | modern chairs | modern furniture | sofas & loveseats | modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us
furniture resources

Affordable contemporary modern furniture for your home and office
© 2004 - 2007 Modern Collections - All rights reserved.





Items in your Cart: 0
Current Subtotal: $0.00

Clear   Click to   View
Cart    Checkout   Cart

Secure 24/7 Online Ordering          Home | About Us | Shipping | Privacy | Help

**SHOP BY CATEGORY:**
> Modern Classics
> Designer Chairs
> Sofas + Loveseats
> Tables + Benches

**SHOP BY DESIGNER:**
> Le Corbusier
> Mies van der Rohe
> Marcel Breuer
> Eileen Gray
> George Nelson

**VIEW CART/CHECKOUT**















**Email this to a friend**

## Mies Pavilion End Table

Retail:         Sale:         Qty

$790.00         $439.00        [1]          **add to cart**

## Detailed Description

The Mies Pavilion end table appeals to the true minimalist. It displays the pure compositional structure that epitomizes modern architecture. Top is 1/2" (12mm) thick tempered safety glass. Base is premium grade #304 stainless steel. The frame is polished to a mirror finish and will not rust or chip. Single piece base construction ensures long term durability. This modern classic table combined with our Mies Pavilion chairs will add a sophisticated look the your room.

Disclaimer: This product is not the "Barcelona Table". It is not made by the Knoll company and ModernCollections.com is not affilated with Knoll.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Designer:** Mies van der Rohe

**Materials:** Polished #304 Stainless steel frame, 1/2" (12mm) tempered glass

**Availability:** Usually ships in 3 to 5 business days.

**Dimensions (inches):**
: 18 H 20 W 20 L

**Shipping:** This item direct-ships via freight from the manufacturer's warehouse.

**Projects:** Contact us for special discounts on large volume office, hotel, and retail chain store projects.

**Free Shipping**
On all orders, no hidden fees at checkout

**No up-front charges, no deposits**
We won't charge your card until your order ships (*non-custom orders)

**Satisfaction Guaranteed**
30-day no-hassle returns on most items and no restocking fees

**Excellent Service**
See what our customers are saying

**Safe and Secure Ordering**
All sensitive information is encrypted when transmitted

**Privacy Protection**
We will never sell, rent or loan your information

We offer attractive **Modern furniture** and **Contemporary furniture** for residential and commercial spaces. Others who liked the Mies Pavilion End Table was also interested in these related products:



Click for Details
**Mies van der Rohe Daybed**
Retail: $2,500.00
**Sale: $1,499.00**



Click for Details
**Mies Pavilion Chair and Ottoman Set**
Retail: $2,500.00
**Sale: $1,235.00**



Click for Details
**Mies Pavilion Loveseat**
Retail: $4,000.00
**Sale: $1,639.00**

modern classics furniture | modern chairs | modern furniture | sofas & loveseats | modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us
furniture resources

Affordable contemporary modern furniture for your home and office
© 2004 - 2007 Modern Collections - All rights reserved.