1  BRYAN J. SINCLAIR (SBN 205885)
   Email: bryan.sinclair@bipc.com
2  KARINEH KHACHATOURIAN (SBN 202634)
   Email: karineh.khachatourian@bipc.com
3  BUCHANAN INGERSOLL & ROONEY LLP
   333 Twin Dolphin Drive, Suite 700
4  Redwood Shores, California  94065-1418
   Telephone:  (650) 622-2300
5  Facsimile:   (650) 622-2499

6  GEORGE GOTTLIEB (TO BE ADMITTED *PRO HAC VICE*)
   Email: ggottlieb@grr.com
7  MARC P. MISTHAL (TO BE ADMITTED *PRO HAC VICE*)
   Email: mmisthal@grr.com
8  GOTTLIEB RACKMAN & REISMAN, P.C.
   270 Madison Avenue
9  New York, NY  10016-0601
   Telephone:  (212) 684-3900
10 Facsimile:   (212) 684-3999

11 Attorneys for Defendant/Counterclaim-Plaintiff,
   KNOLL, INC.

12

13                    UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15 ALPHAVILLE DESIGN, INC., a Delaware          Case No. 07-CV-05569 MHP
   corporation,
16                                              **KNOLL, INC.'S CERTIFICATE OF**
                         Plaintiff,             **INTERESTED PARTIES [CIV. L. R. 3-16]**
17        vs.
                                                Judge: Honorable Marilyn H. Patel
18 KNOLL, INC., a Delaware corporation,
                                                Complaint filed:    November 1, 2007
19                       Defendant.             Trial Date:         None set

20 KNOLL, INC., a Delaware corporation,

21                       Counterclaim-Plaintiff,

22        vs.

23 ALPHAVILLE DESIGN, INC., a Delaware
   Corporation, DAVID LEE, PEGGY LEE,
24 DANRICK COMMERCE GROUP, LLC a/k/a
   MODERNCOLLECTIONS.COM, DANNY
25 LOUIE, and DOES A-Z, Retailers for
   Alphaville Design, Inc.,
26
27                       Counterclaim-Defendants.

28

---

KNOLL'S CERT OF INTERESTED PARTIES          Case No. 07-CV-05569 MHP

1      TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

2  CALIFORNIA:

3      Pursuant to Civil Local Rule 3-16, the undersigned counsel of record for Defendant and

4  Counterclaim-Plaintiff Knoll, Inc. certifies that the following listed persons and entities (i) have a

5  financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a

6  non-financial interest in that subject matter or in a party that could be substantially affected by the

7  outcome of the proceeding:

| **Person/Entity** | **Relationship/Interest** |
|---|---|
| Knoll, Inc. | Defendant and Counterclaim-Plaintiff. |

      This certification is made to enable the Court to evaluate possible disqualification or recusal.

Dated: January 15, 2008        BUCHANAN INGERSOLL & ROONEY LLP

/s/ Karineh Khachatourian

By: Karineh Khachatourian
     Attorneys for Defendant/Counterclaim-Plaintiff,
     KNOLL, INC.

*OF COUNSEL*

GEORGE GOTTLIEB
(TO BE ADMITTED *PRO HAC VICE*)
MARC P. MISTHAL
(TO BE ADMITTED *PRO HAC VICE*)
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY  10016-0601
Telephone:  (212) 684-3900
Facsimile:  (212) 684-3999

Attorneys for Defendant/Counterclaim-Plaintiff,
KNOLL, INC.

#1033486-v1

KNOLL'S CERT OF INTERESTED PARTIES        Case No. 07-CV-05569 MHP