```
 1  KARINEH KHACHATOURIAN (SBN 202634)
    Email: karineh.khachatourian@bipc.com
 2  BRYAN J. SINCLAIR (SBN 205885)
    Email: bryan.sinclair@bipc.com
 3  JEFFREY M. RATINOFF (SBN 197241)
    Email: jeffrey.ratinoff@bipc.com
 4  BUCHANAN INGERSOLL & ROONEY LLP
    333 Twin Dolphin Drive, Suite 700
 5  Redwood Shores, California 94065-1418
    Telephone: (650) 622-2300
 6  Facsimile:  (650) 622-2499

 7  GEORGE GOTTLIEB (TO BE ADMITTED PRO HAC VICE)
    Email: ggottlieb@grr.com
 8  MARC P. MISTHAL (TO BE ADMITTED PRO HAC VICE)
    Email: mmisthal@grr.com
 9  GOTTLIEB RACKMAN & REISMAN, P.C.
    270 Madison Avenue
10  New York, NY 10016-0601
    Telephone: (212) 684-3900
11  Facsimile:  (212) 684-3999

12  Attorneys for Defendant,
    KNOLL, INC.
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHAVILLE DESIGN, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>KNOLL, INC., a Delaware corporation,<br><br>          Defendant. | Case No. 07-CV-05569 MHP<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Judge: Honorable Marilyn H. Patel<br><br>Complaint filed: November 1, 2007<br>Trial Date: None set |

Marc P. Misthal, an active member in good standing of the bar of the States of New York and New Jersey; the United States District Courts: Southern and Eastern Districts of New York and all New Jersey Federal Courts; the First Circuit Court of Appeals and the Second Circuit Court of Appeals, whose business address and telephone number (particular court to which applicant is admitted) is, GOTTLIEB RACKMAN & REISMAN, P.C., 270 Madison Avenue, New York, NY 10016-0601, Telephone: (212) 684-3900, Facsimile: (212) 684-3999, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice*

1 | basis, representing Defendant Knoll, Inc.;

2 |     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
3 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
4 | *vice*. Service of papers upon and communication with co-counsel designated in the application will
5 | constitute notice to the party. All future filings in this action are subject to the requirements
6 | contained in General Order No. 45, *Electronic Case Filing*.
7 | Dated: January 17, 2008

_____
Honorable Marilyn H. Patel
UNITED STATES DISTRICT JUDGE

#1032956-v1      - 2 -
ORDER GRANTING APP. FOR ADMIN. OF ATTNY *PRO HAC VICE*     Case No. 07-CV-05569 MHP