Philip Green (CalBN 92389)
Beverly R. Green (CalBN 92388)
Law Offices of Green & Green
1000 4th Street, Suite 595
San Rafael, CA 94901
(415) 457-8300
phil@iplegal.com

Attorneys for Plaintiff Alphaville Design, Inc.
David Lee and Peggy Lee

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHAVILLE DESIGN, INC. a Delaware corporation , <br><br> Plaintiff, <br><br> vs. <br><br> KNOLL, INC. a Delaware corporation , <br><br> Defendant | Case No.: 07-cv-05569-MHP <br><br> **STIPULATION FOR EXTENSION OF TIME TO PLEAD** |
| KNOLL, INC. a Delaware corporation, <br><br> Counterclaim-Plaintiff <br><br> vs. <br><br> ALPHAVILLE DESIGN, INC., DAVID LEE, PEGGY LEE, DANRICK COMMERCE GROUP, L.L.C., aka DANNY LOUIE and DOES A-Z, Retailers for Alphaville Design, Inc. <br><br> Counterclaim-Defendants. | |

THE PARTIES HEREBY STIPULATE THAT: Whereas the Counterclaims of Knoll, Inc in this action was Filed on January 15, 2008 and served by mail January 22, 2008, and the

**STIPULATION FOR EXTENSION OF TIME TO PLEAD**
Case No.: 07-cv-05569-MHP - 1 -

1  Answer or other responsive pleadings would be due on February 15, 2008, there having been no
2  prior requests for an extension, and
3      Whereas the parties desire to cooperate in allowing time to file responsive pleadings, to
4  allow time for negotiation and due to the absence and unavailability of counsel for Alphaville,
5  David Lee and Peggy Lee in February due to his attendance at the Grammy's it is hereby
6  stipulated that Alphaville Design, Inc. David Lee and Peggy Lee may file their Responsive
7  pleading or before February 22, 2008.

Dated: February 3, 2008
By:

*[signature: Philip R. Green]*

Philip Green (Cal St Bar 092389),
Law Offices of Green & Green
Attorney for Alphaville Designs, Inc.
David Lee and Peggy Lee.

Dated: February 4, 2008
By:

*[signature]*

Karineh Khachatourian attorney for
KNOLL, Inc.

IT IS HEREBY ORDERED that the parties' stipulation for an extension of time for Defendant to file responsive pleadings is approved.

Dated: 2/6/2008

_____
Hon. Marilyn H. Patel, Judge

*[Court seal: IT IS SO ORDERED — Judge Marilyn H. Patel — United States District Court, Northern District of California]*

STIPULATION FOR EXTENSION OF TIME TO PLEAD
Case No.: 07-cv-05569-MHP - 2 -