UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALPHAVILLE DESIGN, INC.,

           Plaintiff(s),

    v.

KNOLL, INC.,

           Defendant(s).
_____/

Case No. 07-CV-05569 MHP

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/20/08

                                                  _____, VP & General
                                                  Knoll, Inc.     Counsel
                                                  [Party]

Dated: 2/20/2008

                                                  _____
                                                  [Counsel]

                                                  Knoll, Inc.