1  KARINEH KHACHATOURIAN (SBN 202634)
   Email: karineh.khachatourian@bipc.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bryan.sinclair@bipc.com
3  BUCHANAN INGERSOLL & ROONEY LLP
   333 Twin Dolphin Drive, Suite 700
4  Redwood Shores, California 94065-1418
   Telephone: (650) 622-2300
5  Facsimile:  (650) 622-2499

6  GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
   Email: ggottlieb@grr.com
7  MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
   Email: mmisthal@grr.com
8  GOTTLIEB RACKMAN & REISMAN, P.C.
   270 Madison Avenue
9  New York, NY 10016-0601
   Telephone: (212) 684-3900
10 Facsimile:  (212) 684-3999

11 Attorneys for Defendant/Counterclaim-Plaintiff,
   KNOLL, INC.

12

13                     UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  ALPHAVILLE DESIGN, INC., a Delaware corporation, | Case No. 07-CV-05569 MHP |
| 16              Plaintiff, | **DECLARATION OF KARINEH KHACHATOURIAN IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| 17       vs. | |
| 18  KNOLL, INC., a Delaware corporation, | |
| 19              Defendant. | |
| 20  KNOLL, INC., a Delaware corporation, | **[Civil L.R. 3-12 and 7-11]** |
| 21              Counterclaim-Plaintiff, | Judge: Honorable Marilyn H. Patel |
| 22       vs. | Complaint filed: November 1, 2007<br>Trial Date: None set |
| 23  ALPHAVILLE DESIGN, INC., a Delaware Corporation, DAVID LEE, PEGGY LEE, DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM, DANNY LOUIE, and DOES A-Z, Retailers for Alphaville Design, Inc., | |
| 24 | |
| 25 | |
| 26 | |
| 27              Counterclaim-Defendants. | |

28

I, Karineh Khachatourian, declare:

1. I am an attorney licensed to practice law before all courts in the State of California, and the United States District Court for the Northern District of California (hereinafter "Court"). I am special counsel with Buchanan Ingersoll & Rooney ("Buchanan") in both its San Diego and Silicon Valley offices. I act as local counsel for Defendant and Counterclaim-Plaintiff Knoll, Inc. ("Knoll") in this litigation, along with Gottlieb Rackman & Reisman, P.C., who is lead counsel, and we are both attorneys of record for Knoll. As special counsel and the attorney in charge of this matter at Buchanan, I am familiar with both California cases involving Knoll and Alphaville Design, Inc. If called upon to testify as to the matters set forth herein, I could and would competently testify thereto as the matters set forth herein are personally known to me to be true. I have personal knowledge of the matters set forth herein except as to those matters set forth on information and belief, and as to those I am informed and believe them to be true and could and would competently testify thereto. I submit this declaration in support of Knoll's Miscellaneous Administrative Request to Consider Whether Cases Should be Related.

2. On September 7, 2007, Knoll Inc. instituted a trademark infringement action against Moderncollections.com, Danny Louie, and Lisa Kiul in the United States District Court for the Southern District of New York. Attached hereto as Exhibit A is a true and correct copy of Knoll's First Amended Complaint for Trademark Infringement and Related Causes. The complaint alleged, inter alia, infringement of trademarks 2,893,025; 2,894,977; 2,894,980; 2,894,979 and 2,894,978.

3. I am informed and believe that Alphaville, while exploring the possibility of settlement with Knoll, filed an action against Knoll for declaratory relief of invalidity and non-infringement of the trademarks subject to the New York Action (hereinafter referred to "this Action" and "the Alphaville Action").

4. I am informed and believe that the Court in the New York Action suggested that the parties agree to transfer the action to or Knoll re-file the action in the Northern District of California because the majority of the defendants reside in that jurisdiction and venue.

5. I am informed and believe that based on the Court in the New York Action's suggestion, Knoll dismissed the New York Action without prejudice with the intent of re-filing in

- 1 -

DECL OF KHACHATOURIAN ISO MISC. ADMINISTRATIVE REQ. TO CONSIDER
WHETHER CASES SHOULD BE RELATED                              Case No. 07-CV-05569 MHP

the United States District Court for the Northern District of California and that all parties involved agreed that the New York Action should be consolidated into the Alphaville Action.

     6.     On January 15, 2008, Knoll reasserted its causes of action asserting against Alphaville in the New York Action as counterclaims in this Action.  *See* Docket No. 14.  Knoll also asserted similar trademark infringement claims against the Lees, Danrick, and Louie that it previously asserted in the New York Action as counterclaims in this Action.

     7.     On January 22, 2008, I contacted Philip Green of the Law Offices of Green & Green, counsel for Alphaville, to confirm whether he would accept service on behalf of the Lees, Danrick and Louie.  Mr. Green accepted service on behalf of the Lees since they were principals of Alphaville and stated he would not challenge the counterclaim on procedural grounds with respect to the Lees as he agreed they should be part of the same action.  However, Mr. Green stated that Neil Smith represented Danrick and Louie, as he did previously in the New York action and I would need to contact him.

     8.     On January 22, 2008, I contacted Neil Smith to inquire whether he represented Danrick and Louie and whether he would accept service on their behalf.  Mr. Smith advised me that he did not know and would get back to me.

     9.     On January 23, 2008, I sent Mr. Smith an email requesting that he confirm whether he was authorized to accept service on behalf of Danrick and Louie.  Mr. Smith did not respond to that email.  Attached hereto as Exhibit B is a true and correct copy of the email that I sent to Mr. Smith.

     10.     Since I did not hear from Mr. Smith, to preserve its rights against Danrick and Louie, on February 1, 2008, Knoll filed a separate action against Danrick and Louie in the Northern District for California, Case No. CV-08-0778 MHP (hereinafter referred to as "the Danrick Action"), wherein Knoll reasserted claims that were substantially similar to those originally brought in the New York Action and those asserted as counterclaims in this Action.

     11.     After the Danrick Action was filed and served on the corporate defendant, Mr. Smith called me to inquire why Knoll filed another lawsuit and whether the cases could be on the same track.  I explained that by filing an action in California, Alphaville made it procedurally difficult for

1 Knoll to name the Lees, Danrick, and Louie and advised that the clerk of the court would not issue a
2 summons for his clients without a separate action. It was my impression after the call that we had
3 agreed that the Danrick and Alphaville Actions should proceed as one case and sent him a
4 stipulation for his review and execution. Attached hereto as Exhibit C is a true and correct copy of
5 the email dated February 8, 2008 that I sent to Mr. Smith and the Stipulation and [Proposed] Order
6 Joining Non-Party Counter-Defendants and for Issuance of Summons attachment. Despite every
7 attempt to resolve this matter informally, as of the filing of this motion, Mr. Smith has refused to
8 execute the stipulation or provide redline comments.

9     12. Attached hereto as Exhibit D is a true and correct copy of the Stipulation and Order
10 for Continuance of Case Management Conference which was filed January 7, 2008.

11     13. Attached hereto as Exhibit E is a true and correct copy of the Order Setting Initial
12 Case Management Conference and ADR Deadlines in the Danrick Action which was filed February
13 1, 2008.

14     I declare under penalty of perjury under the laws of the State of California that the foregoing
15 is true and correct and that this declaration was executed in Redwood Shores, California.

16 Dated: February 22, 2008

                     /s/ Karineh Khachatourian
17                      Karineh Khachatourian

28 #1034992-v1

DECL OF KHACHATOURIAN ISO MISC. ADMINISTRATIVE REQ. TO CONSIDER
WHETHER CASES SHOULD BE RELATED     Case No. 07-CV-05569 MHP