1  KARINEH KHACHATOURIAN (SBN 202634)
   Email: karineh.khachatourian@bipc.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bryan.sinclair@bipc.com
3  BUCHANAN INGERSOLL & ROONEY LLP
   333 Twin Dolphin Drive, Suite 700
4  Redwood Shores, California 94065-1418
   Telephone: (650) 622-2300
5  Facsimile: (650) 622-2499

6  GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
   Email: ggottlieb@grr.com
7  MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
   Email: mmisthal@grr.com
8  GOTTLIEB RACKMAN & REISMAN, P.C.
   270 Madison Avenue
9  New York, NY 10016-0601
   Telephone: (212) 684-3900
10 Facsimile: (212) 684-3999

11 Attorneys for Defendant and Counterclaimant,
   KNOLL, INC.
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

| 15 | ALPHAVILLE DESIGN, INC., a Delaware corporation, | Case No. 07-CV-05569 MHP |
|----|--------------------------------------------------|--------------------------|
| 16 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 17 | vs. | Judge: Honorable Marilyn H. Patel |
| 18 | KNOLL, INC., a Delaware corporation, | Complaint filed: November 1, 2007 |
| 19 | Defendant. | Trial Date: None set |
| 20 | KNOLL, INC., a Delaware corporation, | |
| 21 | Counterclaimant, | |
| 22 | vs. | |
| 23 | ALPHAVILLE DESIGN, INC., a Delaware Corporation, DAVID LEE, PEGGY LEE, DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM, DANNY LOUIE, and DOES A-Z, Retailers for Alphaville Design, Inc., | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | Counter-Defendants. | |

28

**CERTIFICATE OF SERVICE**

I am over eighteen years of age, not a party in this action, and employed in the County of San Mateo, State of California, at Buchanan Ingersoll & Rooney LLP, 333 Twin Dolphin Drive, Suite 700, Redwood Shores, CA 94065-1418. On February 22, 2008, I served the following documents:

- **KNOLL INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO CONSIDER WHETHER CASES SHOULD BE RELATED**

- **DECLARATION OF KARINEH KHACHATOURIAN IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST TO CONSIDER WHETHER CASES SHOULD BE RELATED**

- **[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Manual Notice List and CERTIFICATE OF SERVICE VIA U.S. MAIL:

I am readily familiar with Buchanan Ingersoll & Rooney LLP's practice for collecting, processing and mailing correspondence and pleadings. Such correspondence and pleadings are deposited on the same day with the United States Postal Service in the ordinary course of business. I therefore had a copy of the document(s) listed above placed in a separate envelope for each addressee named hereafter, addressed to each such addressee, respectively, as follows:

Neil A. Smith, Esq.
Sheppard Mullin
Four Embarcadero Center
San Francisco, CA. 94111

George Gottlieb (Admitted *pro hac vice*)
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY 10016-060

Marc P. Misthal (Admitted *pro hac vice*)
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY 10016-060

I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made and that this declaration was executed on February 22, 2008, at

1  Redwood Shores, California.  I declare under penalty of perjury under the laws of the State of
2  California, and the United States of America, that the foregoing is true and correct.

4  Executed on February 22, 2008          *[signature]*
                                          Samantha Burde