Philip Green (CalBN 92389)
Beverly R. Green (CalBN 92388)
Law Offices of Green & Green
1000 4th Street, Suite 595
San Rafael, CA 94901
(415) 457-8300
phil@iplegal.com

Attorneys for Plaintiff Alphaville Design, Inc.
David Lee and Peggy Lee

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHAVILLE DESIGN, INC. a Delaware corporation , <br><br> Plaintiff, <br><br> vs. <br><br> KNOLL, INC. a Delaware corporation , <br><br> Defendant | Case No.: 07-cv-05569-MHP <br><br> **ADR CERTIFICATION OF** <br><br> **ALPHAVILLE DESIGN, INC., DAVID LEE and PEGGY LEE, and COUNSEL** <br><br> [ LR 16-8(b), L ADR R. 3-5(b)] |

KNOLL, INC. a Delaware corporation,

    Counterclaim-Plaintiff

    vs.

ALPHAVILLE DESIGN, INC., DAVID LEE and PEGGY LEE,

    Counterclaim-Defendants.

DANRICK COMMERCE GROUP, L.L.C., aka DANNY LOUIE and DOES A-Z, Retailers for Alphaville Design, Inc.,

    Third Party Defendant.

Pursuant to Civil L.R. (Local Court Rule) 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California on the Court's ADR Internet site www.adr.cand.uscourts.gov.;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available Dispute Resolution options.

Dated: February 22, 2008

Philip R. Green, Attorney for:

Alphaville Design, Inc. By:

David Lee, as President of Alphaville Design, Inc.

David Lee, individually

Peggy Lee, individually

;