1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   NEIL A. SMITH, Cal. Bar No. 63777
3  NATHANIEL BRUNO, Cal. Bar No. 228118
   Four Embarcadero Center, 17th Floor
4  San Francisco, California  94111-4106
   Telephone:    415-434-9100
5  Facsimile:    415-434-3947
   E-mail:        nsmith@smrh.com
6                 nbruno@smrh.com

7  Specially Appearing for Purported Counterclaim-
   Defendants DANRICK COMMERCE GROUP, LLC
8  a/k/a MODERNCOLLECTIONS.COM and DANNY
   LOUIE

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13  ALPHAVILLE DESIGN, INC., a Delaware          Case No. 07-CV-05569-MHP
    corporation,
14                                               NOTICE OF FILING OF RESPONSE IN
                                                 CASE NO. 08-CV-0778-MHP BY DANRICK
15               Plaintiff,                      COMMERCE GROUP, LLC AND DANNY
         vs.                                     LOUIE TO KNOLL, INC.'S
16                                               ADMINISTRATIVE REQUEST TO RELATE
    KNOLL, INC., a Delaware corporation,         CASES
17
18               Defendant.                      Honorable Marilyn Hall Patel
                                                 United States District Judge
19  KNOLL, INC., a Delaware corporation,

20               Counterclaim-Plaintiff,

21       vs.

22
    ALPHAVILLE DESIGN, INC., a Delaware
23  Corporation, DAVID LEE, PEGGY LEE,
    DANRICK COMMERCE GROUP, LLC a/k/a
24  MODERNCOLLECTIONS.COM, DANNY
    LOUIE, and DOES A-Z, Retailers for
25  Alphaville Design, Inc.,

26               Counterclaim-Defendants.

27

28
                                            -1-
   W02-WEST:6NB1\400728248.1                 NOTICE OF FILING OF RESPONSE IN CASE NO. 08-
                                             CV-0778-MHP BY DANRICK COMMERCE GROUP,
   Case No. 07-CV-05569-MHP                  LLC AND DANNY LOUIE TO KNOLL, INC.'S
                                             ADMINISTRATIVE REQUEST TO RELATE CASES

1    TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR

2    COUNSEL OF RECORD:

3        Purported Counterclaim-Defendants DANRICK COMMERCE GROUP, LLC a/k/a

4    MODERNCOLLECTIONS.COM ("Danrick") and DANNY LOUIE ("Louie") make this special

5    appearance solely for the purpose of notifying the Court and the parties to this action that they

6    have today filed a document entitled "STATEMENT OF IMPROPERLY INCLUDED

7    COUNTERCLAIM DEFENDANTS IN FIRST NORTHERN DISTRICT OF CALIFORNIA

8    CASE (No. 07-CV-05569-MHP) AND DEFENDANTS IN SECOND NORTHERN DISTRICT

9    OF CALIFORNIA CASE (No. 08-CV-0778-MHP) [DANRICK COMMERCE GROUP, LLC

10    AND DANNY LOUIE] IN RESPONSE TO ADMINISTRATIVE REQUEST TO RELATE

11    CASES" as well as a Proposed Order thereon, as Docket Nos. 12-13 in Case No. 08-CV-0778-

12    MHP.

13        Knoll, Inc. filed its Administrative Request to relate cases in both this action and

14    Case No. 08-CV-0778-MHP.  Although Danrick and Louie have been named by Knoll, Inc. as

15    Counterclaim-Defendants in this action, they are <u>not</u> hereby entering an appearance in this action,

16    and reserve all their rights to take whatever action they deem necessary and/or appropriate, and

17    simply provide this notice so the Court and the parties are aware of their filings in Case No. 08-

18    CV-0778-MHP and so that the issues can be considered together all at once.

19    DATED:  February 27, 2008

20                        Respectfully submitted,

21                        SHEPPARD MULLIN RICHTER & HAMPTON LLP

22

23                        By  /s/ Neil A. Smith

24                            NEIL A. SMITH
                            NATHANIEL BRUNO

25

26                        Specially Appearing for Purported Counterclaim-
                        Defendants DANRICK COMMERCE GROUP, LLC a/k/a
                        MODERNCOLLECTIONS.COM and DANNY LOUIE

27

28                                    -2-

W02-WEST:6NB1\400728248.1

Case No. 07-CV-05569-MHP

NOTICE OF FILING OF RESPONSE IN CASE NO. 08-
CV-0778-MHP BY DANRICK COMMERCE GROUP,
LLC AND DANNY LOUIE TO KNOLL, INC.'S
ADMINISTRATIVE REQUEST TO RELATE CASES