Philip Green (CalBN 92389)
Beverly R. Green (CalBN 92388)
Law Offices of Green & Green
1000 4th Street, Suite 595
San Rafael, CA 94901
(415) 457-8300
phil@iplegal.com

Attorneys for Plaintiff Alphaville Design, Inc.
David Lee and Peggy Lee

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHAVILLE DESIGN, INC. a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KNOLL, INC. a Delaware corporation, <br><br> Defendant <br><br> KNOLL, INC. a Delaware corporation, <br><br> Counterclaim-Plaintiff <br><br> vs. <br><br> ALPHAVILLE DESIGN, INC., DAVID LEE and PEGGY LEE, <br><br> Counterclaim-Defendants. <br><br> DANRICK COMMERCE GROUP, L.L.C., aka DANNY LOUIE and DOES A-Z, Retailers for Alphaville Design, Inc., <br><br> Third Party Defendant. | Case No.: 07-CV-05569-MHP <br><br> **REPLY STATEMENT OF ALPHAVILLE DESIGN, INC. and DAVID LEE and PEGGY LEE IN RE: KNOLL INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> [Civil L.R. 3-12 and 7-11] <br><br> **Judge: Honorable Marilyn H. Patel** <br><br> **Complaint filed: November 1, 2007** <br><br> **Trial Date: None set** |

Plaintiff and Counterclaim-Defendants ALPHAVILLE DESIGN, INC. and DAVID LEE and PEGGY LEE (herein collectively "Alphaville") do not in principal object to the consolidation and coordinated tracking of this case according to the Case Management Schedule that will be established, with the case *Knoll, Inc. v. Danrick Commerce Group, L.L.C. et al*, No. CV-08-0778 MHP.

Alphaville makes this Statement regarding its allegations relating to consolidation of the case of *Knoll, Inc. v. Danrick Commerce Group, L.L.C. et al*, No. CV-08-0778 MHP, to object to certain allegations of "facts" Knoll made in its Administrative Request that are not accurate.

### I. Alphaville Properly Filed Declaratory Relief Action

In its Administrative Request, the Knoll attorney Karineh Khachatourian states that it was allegedly "underhanded" for Alphaville to file its Declaratory Relief Action, at Page 2, Lines 11-16.

Alphaville et al., state that it was Knoll that acted underhanded and created a severe emergency when, on August 15, 2007 Knoll wrote a C&D letter to Alphaville. Alphaville responded by a letter to KNOLL attorney John M. Wilson Assistant General Counsel, on or about August 27, 2007 wherein Alphaville requested, "please let me know prior to your taking any further actions including, but not limited to, filing any complaint or attempting to contact US Customs, sending any notices to any of Alphaville Design, Inc. customers or other third parties due to your alleged claims."

On September 7 2007 Knoll filed *Knoll, Inc. v. Danrick et al.* in New York in the First Danrick Action, (Case No. 07CV 7892 (SAS)), now dismissed. Danrick is a customer of Alphaville. This placed immense pressure on Alphaville to prepare and file the Declaratory Relief Action as it appeared that Knoll was out to sue all of Alphaville's customers without

notice. As far as Alphaville believed, Knoll's actions could have a detrimental effect on the value of the company, its customers and investors who may learn of the potential lawsuit. Alphaville and Knoll certainly have a case of actual controversy and the filing of *Danrick* was an explicit threat showing its attitude. Alphaville filed because it was obvious that along with the *Danrick* filing in New York, Knoll was not going to settle or negotiate but destroy all of Alphaville's customer relations. Alphaville did not intend to nor did it in any way mislead Knoll into believing that their dispute could be resolved amicably. It was patently obvious that this could not be done since Knoll refused to change its position from demands to completely cease selling the furniture at issue.

## II. Service of David Lee and Peggy Lee

Knoll also states incorrectly that "…7. Counsel for Alphaville, accepted service on behalf of the Lees since they were principals of Alphaville." What Alphaville counsel told Ms. Khachatourian was that he represented David Lee and Peggy Lee as well as Alphaville Design, Inc. and that as a courtesy his firm would accept service; NOT that the Lees were principals of Alphaville.

Respectfully submitted.

Dated: February 27, 2008

*Philip R. Green*

_____

Philip R. Green, Attorney for: Alphaville and David and Peggy Lee