1  Philip Green (CalBN 92389)
   Beverly R. Green (CalBN 92388)
   Law Offices of Green & Green
2  1000 4th Street, Suite 595
   San Rafael, CA 94901
3  (415) 457-8300
   phil@iplegal.com
4
   Attorneys for Plaintiff Alphaville Design, Inc.
5  David Lee and Peggy Lee

6

7                    UNITED STATES DISTRICT COURT FOR THE

8                        NORTHERN DISTRICT OF CALIFORNIA

9                             SAN FRANCISCO DIVISION

10

| | |
|---|---|
| 11  ALPHAVILLE DESIGN, INC. a Delaware | **Case No.:  07-cv-05569-MHP** |
| 12  corporation , | **NOTICE OF FILING OF RESPONSE BY ALPHAVILLE DESIGN, INC. and DAVID LEE and PEGGY LEE  TO KNOLL, INC.'S ADMINISTRATIVE REQUEST TO RELATE CASE to CASE NO. 08-CV-0778-MHP** |
| 13              Plaintiff, | |
| 14       vs. | |
| 15  KNOLL, INC. a Delaware corporation , | |
| 16              Defendant | |
| 17  KNOLL, INC. a Delaware corporation, | **Judge: Honorable Marilyn H. Patel** |
| 18              Counterclaim-Plaintiff | **Complaint filed: November 1, 2007** |
| 19       vs. | **Trial Date: None set** |
| 20  ALPHAVILLE DESIGN, INC., DAVID LEE and PEGGY LEE, | |
| 21              Counterclaim-Defendants. | |
| 22  DANRICK COMMERCE GROUP, L.L.C., aka DANNY LOUIE and DOES A-Z, Retailers for | |
| 23  Alphaville Design, Inc., | |
| 24              (Erroneously sued as) Third Party | |
| 25              Defendant.. | |

| Case No.:  07-cv-05569-MHP | NOTICE OF FILING OF RESPONSE BY ALPHAVILLE DESIGN, INC. TO KNOLL, INC.'S ADMINISTRATIVE REQUEST Re: CASE NO. 08-CV-0778-MHP |
|---|---|

- 1 -

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff and Counterclaim-Defendants ALPHAVILLE DESIGN, INC. and DAVID LEE and PEGGY LEE HEREBY NOTIFY THE COURT and the parties to this action that they have filed a document entitled "**REPLY STATEMENT OF ALPHAVILLE DESIGN, INC. AND DAVID LEE and PEGGY LEE IN RE: KNOLL INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO CONSIDER WHETHER CASES SHOULD BE RELATED"  to Case No. 08-CV-0778-MHP.**

Knoll, Inc. filed its Administrative Request to relate cases in both this action and Case No. 08-CV-0778-MHP.

DATED:  February 27, 2008

    Respectfully submitted,

_____
Philip R. Green, Attorney for:

| Case No.: 07-cv-05569-MHP | NOTICE OF FILING OF RESPONSE BY ALPHAVILLE DESIGN, INC. TO KNOLL, INC.'S ADMINISTRATIVE REQUEST Re: CASE NO. 08-CV-0778-MHP |
|---|---|

- 2 -