1  financial interest in that subject matter or in a party that could be substantially affected by the outcome
2  of the proceeding:

| Person/Entity | Relationship/Interest |
|---|---|
| Knoll, Inc. | Defendant and Counterclaimant |

This certification is made to enable the Court to evaluate possible disqualification or recusal.

***Alphaville's Statement***

Pursuant to Civil Local Rule 3-16, the undersigned counsel of record for Plaintiff Alphaville Design, Inc. Knoll, Inc. certifies that the following listed persons and entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding:

Alphaville Design, Inc., David Lee and Peggy Lee

***The Lee's Statement***

Pursuant to Civil Local Rule 3-16, the undersigned counsel of record for Plaintiff Alphaville Design, Inc. and Counterclaim-Defendants David Lee and Peggy Lee certifies that the following listed persons and entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding:

David Lee and Peggy Lee

**20.  Other Matters**

There are no other matters that the parties need to bring to the Court's attention with respect to facilitating the just, speedy and inexpensive disposition of this matter.

Dated:  March 10, 2008          BUCHANAN INGERSOLL & ROONEY LLP

                                By: KARINEH KHACHATOURIAN
                                Attorneys for Defendant and Counterclaimant,
                                KNOLL, INC.

                                OF COUNSEL:
                                GEORGE GOTTLIEB (admitted *pro hac vice*)
                                Email: ggottlieb@grr.com
                                MARC P. MISTHAL (admitted *pro hac vice*)