**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: March 17, 2008

Case No.   C 07-5569  MHP                Judge: MARILYN H. PATEL

Title: ALPHAVILLE DESIGN INC -v- KNOLL INC

Attorneys:  Plf: Phillip Green
            Dft: Bryan Sinclair, Karineh Khachetorian

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Underlying claim of filing of separate case; Matter referred to a Magistrate Judge for Mediation/Settlement, to be completed within the next 90 days;

A further status conference set for 7/21/2008 at 3:00 pm, with a joint supplemental status report to be filed one week prior to the conference;

Motions for Summary Judgment re Invalidity/Validity to be heard not later than 2:00 pm on 10/20/2008;

Counter-defendants Danrick Commerce and Danny Louie stricken from 07-5569 MHP;