KARINEH KHACHATOURIAN (SBN 202634)
Email: karineh.khachatourian@bipc.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bryan.sinclair@bipc.com
JEFFREY M. RATINOFF (SBN 197241)
Email: jeffrey.ratinoff@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, California 94065-1418
Telephone: (650) 622-2300
Facsimile: (650) 622-2499

GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
Email: ggottlieb@grr.com
MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
Email: mmisthal@grr.com
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY 10016-0601
Telephone: (212) 684-3900
Facsimile: (212) 684-3999

Attorneys for Plaintiff and Counter-Defendant,
KNOLL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNOLL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM, DANNY LOUIE, and DOES A-Z, Retailers for Alphaville Design, Inc.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Related Case No. 08-CV-0778-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING ACTION**<br><br>Judge: Honorable Marilyn H. Patel<br><br>Complaint filed:   February 1, 2008<br>Trial Date:           None set |

[Caption continued on following page.]

| | |
|---|---|
| ALPHAVILLE DESIGN, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>KNOLL, INC., a Delaware corporation,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Related Case No. 07-CV-05569 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING ACTION**<br><br>Judge: Honorable Marilyn H. Patel<br><br>Complaint filed:  November 1, 2007<br>Trial Date:        None set |

STIPULATION AND [PROPOSED] ORDER STAYING ACTION; Case No. 08-CV-0778-MHP

## STIPULATION

WHEREAS, on November 1, 2007, ALPHAVILLE DESIGN, INC. ("Alphaville") filed an action against KNOLL, INC. ("Knoll")for declaratory relief of invalidity and non-infringement of certain trademarks owned by Knoll ("the Knoll Trademarks"), Northern District Related Case No. 07-CV-05569 MHP (hereinafter referred to as "the Alphaville Action").

WHEREAS, on February 1, 2008, Knoll filed suit for trademark infringement, unfair competition and related claims against Defendants DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM ("Danrick ") and DANNY LOUIE ("Louie"), Northern District Related Case No. CV-08-0778 MHP, wherein Knoll's claims were based on the same trademarks at issue in the Alphaville Action (hereinafter referred to as "the Danrick Action").

WHEREAS, on February 28, 2008, the Court deemed the Alphaville Action and the Danrick Action to be related cases pursuant to Civil Local Rule 3-12.

WHEREAS, counsel for the parties in the Danrick Action agree that, because of the challenge to the validity of the Knoll Trademarks by the plaintiff in the Alphaville Action, which are also at issue in this Action, and the Court's suggestion at the case management conference that a motion for summary judgment be filed on the issue of validity in the Alphaville Action, that the Danrick Action be stayed and all dates and deadlines related thereto be tolled accordingly.

WHEREAS, since the outcome of issues concerning validity of the Knoll Trademarks in the Alphaville Action may affect the outcome of this Action, a stay is in the interests of judicial economy and will conserve the resources of the parties and the Court.

ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY STIPULATE THAT:

(1)     All proceedings in the action entitled, *Knoll, Inc. v. Danrick Commerce Group, LLC a/k/a ModernCollections.com, Danny Louie et al.*, Northern District Related Case No. 08-CV-0778-MHP are hereby stayed until fourteen (14) days after final disposition of the action entitled *Alphaville Design, Inc. v. Knoll, Inc.*, Northern District Related Case No. 07-CV-05569 MHP, or settlement thereof, which ever occurs first.

(2)     All dates and deadlines set by the laws of the United States, the laws of the State of

California, the common law, the Federal Rules of Civil Procedure, the Local Rules and the General Orders of the Northern District of California, and the Orders of this Court are hereby tolled for a period equivalent to the length of the stay to the action entitled, *Knoll, Inc. v. Danrick Commerce Group, LLC a/k/a ModernCollections.com, Danny Louie et al.*, Northern District Related Case No. 08-CV-0778-MHP.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 17, 2008    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: Neil A. Smith
Nathaniel Bruno
Attorneys for Defendants,
DANRICK COMMERCE GROUP, LLC. a/k/a MODERNCOLLECTIONS.COM, and DANNY LOUIE

Dated: April 17, 2008    BUCHANAN INGERSOLL & ROONEY LLP

By: Karineh Khachatourian
Bryan J. Sinclair
Jeffrey M. Ratinoff

Attorneys for Plaintiff,
KNOLL, INC.

*OF COUNSEL*

GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
Email: ggottlieb@grr.com
MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
Email: mmisthal@grr.com
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY 10016-0601
Telephone: (212) 684-3900
Facsimile: (212) 684-3999

Attorneys for Defendant and Counterclaimant,
KNOLL, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: __4/21_____, 2008

_____
THE HONORABLE MARILYN H. PATEL
FEDERAL DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]*

#1038335-v3

- 3 -

STIPULATION AND [PROPOSED] ORDER STAYING ACTION; Case No. 08-CV-0778-MHP