1  KARINEH KHACHATOURIAN (SBN 202634)
   Email: karineh.khachatourian@bipc.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bryan.sinclair@bipc.com
3  JEFFREY M. RATINOFF (SBN 197241)
   Email: jeffrey.ratinoff@bipc.com
4  BUCHANAN INGERSOLL & ROONEY LLP
   333 Twin Dolphin Drive, Suite 700
5  Redwood Shores, California  94065-1418
   Telephone:  (650) 622-2300
6  Facsimile:  (650) 622-2499

7  GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
   Email: ggottlieb@grr.com
8  MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
   Email: mmisthal@grr.com
9  GOTTLIEB RACKMAN & REISMAN, P.C.
   270 Madison Avenue
10 New York, NY  10016-0601
   Telephone:  (212) 684-3900
11 Facsimile:  (212) 684-3999

12 Attorneys for Plaintiff and Counter-Defendant,
   KNOLL, INC.
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16 | KNOLL, INC., a Delaware corporation, | Related Case No. 08-CV-0778-MHP |
|---|---|
17 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER STAYING ACTION** |
18 | vs. | |
19 | DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM, DANNY | Judge: Honorable Marilyn H. Patel |
20 | LOUIE, and DOES A-Z, Retailers for Alphaville Design, Inc., | Complaint filed:     February 1, 2008 |
21 | | Trial Date:           None set |
22 | Defendants. | |
23 | AND RELATED COUNTERCLAIMS. | |

24 [Caption continued on following page.]

25

26

27

28

STIPULATION AND [PROPOSED] ORDER STAYING ACTION; Case No. 08-CV-0778-MHP

| | |
|---|---|
| 1 ALPHAVILLE DESIGN, INC., a Delaware corporation,<br><br>2               Plaintiff,<br><br>3    vs.<br><br>4 KNOLL, INC., a Delaware corporation,<br><br>5              Defendant.<br><br>6 <br>7 AND RELATED COUNTERCLAIMS. | Related Case No. 07-CV-05569 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING ACTION**<br><br>Judge: Honorable Marilyn H. Patel<br><br>Complaint filed:    November 1, 2007<br>Trial Date:        None set |

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULALTION AND [PROPOSED] ORDER STAYING ACTION; Case No. 08-CV-0778-MHP

**STIPULATION**

1

2    WHEREAS, on November 1, 2007, ALPHAVILLE DESIGN, INC. ("Alphaville") filed an

3 action against KNOLL, INC. ("Knoll")for declaratory relief of invalidity and non-infringement of

4 certain trademarks owned by Knoll ("the Knoll Trademarks"), Northern District Related Case No.

5 07-CV-05569 MHP (hereinafter referred to as "the Alphaville Action").

6    WHEREAS, on February 1, 2008, Knoll filed suit for trademark infringement, unfair

7 competition and related claims against Defendants DANRICK COMMERCE GROUP, LLC a/k/a

8 MODERNCOLLECTIONS.COM ("Danrick ") and DANNY LOUIE ("Louie"), Northern District

9 Related Case No. CV-08-0778 MHP, wherein Knoll's claims were based on the same trademarks at

10 issue in the Alphaville Action (hereinafter referred to as "the Danrick Action").

11    WHEREAS, on February 28, 2008, the Court deemed the Alphaville Action and the Danrick

12 Action to be related cases pursuant to Civil Local Rule 3-12.

13    WHEREAS, counsel for the parties in the Danrick Action agree that, because of the

14 challenge to the validity of the Knoll Trademarks by the plaintiff in the Alphaville Action, which

15 are also at issue in this Action, and the Court's suggestion at the case management conference that a

16 motion for summary judgment be filed on the issue of validity in the Alphaville Action, that the

17 Danrick Action be stayed and all dates and deadlines related thereto be tolled accordingly.

18    WHEREAS, since the outcome of issues concerning validity of the Knoll Trademarks in the

19 Alphaville Action may affect the outcome of this Action, a stay is in the interests of judicial

20 economy and will conserve the resources of the parties and the Court.

21    ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY

22 STIPULATE THAT:

23    (1)    All proceedings in the action entitled, *Knoll, Inc. v. Danrick Commerce Group, LLC*

24 *a/k/a ModernCollections.com, Danny Louie et al.*, Northern District Related Case No. 08-CV-0778-

25 MHP are hereby stayed until fourteen (14) days after final disposition of the action entitled

26 *Alphaville Design, Inc. v. Knoll, Inc.*, Northern District Related Case No. 07-CV-05569 MHP, or

27 settlement thereof, which ever occurs first.

28    (2)    All dates and deadlines set by the laws of the United States, the laws of the State of

- 1 -

STIPULATION AND [PROPOSED] ORDER STAYING ACTION; Case No. 08-CV-0778-MHP

California, the common law, the Federal Rules of Civil Procedure, the Local Rules and the General

Orders of the Northern District of California, and the Orders of this Court are hereby tolled for a

period equivalent to the length of the stay to the action entitled, *Knoll, Inc. v. Danrick Commerce*

*Group, LLC a/k/a ModernCollections.com, Danny Louie et al.*, Northern District Related Case No.

08-CV-0778-MHP.

   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  April 17, 2008          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:  Neil A. Smith
     Nathaniel Bruno
     Attorneys for Defendants,
     DANRICK COMMERCE GROUP, LLC. a/k/a
     MODERNCOLLECTIONS.COM, and DANNY
     LOUIE

Dated:  April 17, 2008          BUCHANAN INGERSOLL & ROONEY LLP

By:  Karineh Khachatourian
     Bryan J. Sinclair
     Jeffrey M. Ratinoff

     Attorneys for Plaintiff,
     KNOLL, INC.

*OF COUNSEL*

GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
Email: ggottlieb@grr.com
MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
Email: mmisthal@grr.com
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY  10016-0601
Telephone:  (212) 684-3900
Facsimile:  (212) 684-3999

Attorneys for Defendant and Counterclaimant,
KNOLL, INC.

STIPULATION AND [PROPOSED] ORDER STAYING ACTION; Case No. 08-CV-0778-MHP

1

## ORDER

2       PURSUANT TO STIPULATION, IT IS SO ORDERED,

3

4

5   Dated: __4/21_____, 2008

6                                           
    THE HON_____TEL
7   FEDERAL _____

8                                    Judge Marilyn H. Patel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   #1038335-v3

STIPULATION AND [PROPOSED] ORDER STAYING ACTION; Case No. 08-CV-0778-MHP