1  KARINEH KHACHATOURIAN (SBN 202634)
   Email: kkhachatourian@mintz.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
   1400 Page Mill Road
4  Palo Alto, CA 94304-1124
   Telephone: (650) 251-7700
5  Facsimile:  (650) 251-7739

6  GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
   Email: ggottlieb@grr.com
7  MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
   Email: mmisthal@grr.com
8  GOTTLIEB RACKMAN & REISMAN, P.C.
   270 Madison Avenue
9  New York, NY 10016-0601
   Telephone: (212) 684-3900
10 Facsimile:  (212) 684-3999

11 Attorneys for Defendant and Counterclaimant,
   KNOLL, INC.
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15 | ALPHAVILLE DESIGN, INC., a Delaware | Case No. 07-CV-05569 MHP
   | corporation,                        |
16 |                                     | **NOTICE OF SUBSTITUTION OF**
   |              Plaintiff,             | **COUNSEL FOR KNOLL, INC. AND**
17 |      vs.                            | **[PROPOSED] ORDER**
   |                                     |
18 | KNOLL, INC., a Delaware corporation,| Judge: Honorable Marilyn H. Patel
   |                                     |
19 |              Defendant.             | Complaint filed:  November 1, 2007
   |                                     | Trial Date:       None set
20 |                                     |
21 | AND RELATED COUNTERCLAIMS.          |

Knoll, Inc. ("Knoll") hereby files this Notice of Substitution of Counsel and [Proposed] Order substituting counsel for Buchanan Ingersoll & Rooney LLP as Knoll's counsel of record in this matter. Knoll's substituted counsel are attorneys:

> KARINEH KHACHATOURIAN (SBN 202634)
> Email: kkhachatourian@mintz.com
> BRYAN J. SINCLAIR (SBN 205885)
> Email: bsinclair@mintz.com
> JEFFREY M. RATINOFF (SBN 197241)
> Email: jratinoff@mintz.com
> MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
> 1400 Page Mill Road
> Palo Alto, CA 94304-1124
> Telephone: (650) 251-7700
> Facsimile: (650) 251-7739

Dated: April 29, 2008

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY LLP

By: /s/ KARINEH KHACHATOURIAN
Attorneys for Defendant and Counterclaimant,
KNOLL, INC. in re 07-CV-05569 MHP, and

Attorneys for Plaintiff,
KNOLL, INC. in re 08-CV-0778 MHP

*OF COUNSEL:*

GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
Email: ggottlieb@grr.com
MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
Email: mmisthal@grr.com
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY 10016-0601
Telephone: (212) 684-3900
Facsimile: (212) 684-3999

Buchanan Ingersoll & Rooney LLP consents to the above substitution of counsel.

Dated: April 29, 2008

BUCHANAN INGERSOLL & ROONEY LLP

By: /s/

///
///

- 1 -
NOTICE OF SUBSTITUTION OF COUNSEL FOR KNOLL, INC. AND [PROPOSED] ORDER
Case No. 07-CV-05569 MHP

1  Knoll, Inc. consents to the above substitution of counsel.

2  Dated: April 29, 2008           KNOLL, INC.

3                                  */s/ Michael A. Pollner*

4                                  By: Michael A. Pollner,
                                        Vice President, General Counsel and Secretary

5

6  **IT IS SO ORDERED.**

7

8

9  Dated:           , 2008         _____
                                    THE MARILYN H. PATEL
10                                  JUDGE OF THE UNITED STATES DISTRICT COURT