1  KARINEH KHACHATOURIAN (SBN 202634)
   Email: kkhachatourian@mintz.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
   1400 Page Mill Road
4  Palo Alto, CA 94304-1124
   Telephone: (650) 251-7700
5  Facsimile: (650) 251-7739

6  GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
   Email: ggottlieb@grr.com
7  MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
   Email: mmisthal@grr.com
8  GOTTLIEB RACKMAN & REISMAN, P.C.
   270 Madison Avenue
9  New York, NY 10016-0601
   Telephone: (212) 684-3900
10 Facsimile: (212) 684-3999

11 Attorneys for Defendant and Counterclaimant,
   KNOLL, INC.
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15 | ALPHAVILLE DESIGN, INC., a Delaware | Case No. 07-CV-05569 MHP
    corporation,
16 |                                    | **NOTICE OF SUBSTITUTION OF**
                   Plaintiff,             **COUNSEL FOR KNOLL, INC. AND**
17 |     vs.                            | [PROPOSED] **ORDER**

18 | KNOLL, INC., a Delaware corporation, | Judge: Honorable Marilyn H. Patel
19 |              Defendant.             | Complaint filed: November 1, 2007
20 |                                     | Trial Date:      None set

21 | AND RELATED COUNTERCLAIMS.

Knoll, Inc. ("Knoll") hereby files this Notice of Substitution of Counsel and [Proposed] Order substituting counsel for Buchanan Ingersoll & Rooney LLP as Knoll's counsel of record in this matter. Knoll's substituted counsel are attorneys:

> KARINEH KHACHATOURIAN (SBN 202634)
> Email: kkhachatourian@mintz.com
> BRYAN J. SINCLAIR (SBN 205885)
> Email: bsinclair@mintz.com
> JEFFREY M. RATINOFF (SBN 197241)
> Email: jratinoff@mintz.com
> MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
> 1400 Page Mill Road
> Palo Alto, CA 94304-1124
> Telephone: (650) 251-7700
> Facsimile:  (650) 251-7739

Dated: April 29, 2008

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY LLP

By: _____
KARINEH KHACHATOURIAN
Attorneys for Defendant and Counterclaimant,
KNOLL, INC. in re 07-CV-05569 MHP, and

Attorneys for Plaintiff,
KNOLL, INC. in re 08-CV-0778 MHP

*OF COUNSEL:*

GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
Email: ggottlieb@grr.com
MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
Email: mmisthal@grr.com
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY 10016-0601
Telephone: (212) 684-3900
Facsimile:  (212) 684-3999

Buchanan Ingersoll & Rooney LLP consents to the above substitution of counsel.

Dated: April 29, 2008

BUCHANAN INGERSOLL & ROONEY LLP

By: _____

///
///

1  Knoll, Inc. consents to the above substitution of counsel.

2  Dated: April 29, 2008                    KNOLL, INC.

3                                           */s/ Michael A. Pollner*

4                                           By: Michael A. Pollner,
                                                 Vice President, General Counsel and Secretary

5

6  **IT IS SO ORDERED.**

7

8

9  Dated: 4/30, 2008

10                                          THE MARILYN
                                            JUDGE OF THE UNITED STATES DISTRICT COURT

   *IT IS SO ORDERED*
   */s/ Marilyn H. Patel*
   Judge Marilyn H. Patel