1  KARINEH KHACHATOURIAN (SBN 202634)
   Email: kkhachatourian@mintz.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY
   AND POPEO P.C.
4  1400 Page Mill Road
   Palo Alto, California  94304
5  Telephone:  (650) 251-7700
   Facsimile:   (650) 251-7739
6

7  GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
   Email: ggottlieb@grr.com
8  MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
   Email: mmisthal@grr.com
9  GOTTLIEB RACKMAN & REISMAN, P.C.
   270 Madison Avenue
10 New York, NY  10016-0601
   Telephone:  (212) 684-3900
11 Facsimile:   (212) 684-3999

12 Attorneys for Defendant and Counterclaimant,
   KNOLL, INC.
13

14                     **UNITED STATES DISTRICT COURT**

15                     **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 16  ALPHAVILLE DESIGN, INC., a Delaware corporation, | Case No. 07-CV-05569 MHP |
| 17                  Plaintiff, | **[PROPOSED] ORDER GRANTING KNOLL, INC.'S MOTION FOR ORDER ON DISCOVERY RE: STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION** |
| 18        vs. | |
| 19  KNOLL, INC., a Delaware corporation, | |
| 20                  Defendant. | |
| 21 | Date:  July 14, 2008<br>Time:  2:00 p.m.<br>Room:  Courtroom 15, 18th Floor<br>Judge:  Honorable Marilyn H. Patel |
| 22  AND RELATED COUNTERCLAIMS. | |
| 23 | Complaint filed:    November 1, 2007<br>Trial Date:             None set |
| 24 | |

25
26
27
28

ORDER GRANTING KNOLL'S MTN FOR ORDER ON DISCOVERY RE STIPULATED
PROTECTIVE ORDER                                              Case No. 07-CV-05569 MHP

1  On July 14, 2008 the Court held a Discovery Conference to resolve the parties' dispute
2  presented in Defendant and Counterclaimant Knoll, Inc.'s ("Knoll") Motion For Order On
3  Discovery Issues Re: A Stipulated Protective Order Regarding Confidential Information
4  ("Motion").

5  The parties are in dispute as to the drafting of a Protective Order Regarding Confidential
6  Information in this litigation.  The dispute presented to the Court is specifically whether Michael A.
7  Pollner, Vice President, General Counsel & Secretary of Knoll shall be designated by Knoll as a
8  person who may have access to information identified as "Confidential" or "Highly Confidential -
9  Attorney's Eyes Only" under the terms of the proposed protective order.

10  Having considered Knoll's Motion, the opposing and responsive papers, and good cause
11  appearing therefore,

12  **IT IS HEREBY ORDERED** that

13  Michael A. Pollner shall be given access to information designated by Alphaville as
14  "Confidential" and "Confidential - For Counsel Only" after a stipulated protective order is
15  presented to the Court by the parties and entered as an order, and after Mr. Pollner agrees to be
16  bound by said order by executing Exhibit A.

17

18  Dated:  July ___, 2008

19

20  THE HONORABLE MARILYN H. PATEL
    UNITED STATES DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28  4345538v.1

- 1 -

ORDER GRANTING KNOLL'S MTN FOR ORDER ON DISCOVERY RE STIPULATED
PROTECTIVE ORDER                                            Case No. 07-CV-05569 MHP