SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
P. CRAIG CARDON, Cal. Bar No. 168646
NICOLE M. LEE, Cal. Bar No. 222344
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:        nsmith@smrh.com
               ccardon@smrh.com
               nlee@smrh.com

Philip Green (CalBN 92389)
Beverly R. Green (CalBN 92388)
Law Offices of Green & Green
1000 4th Street, Suite 595
San Rafael, CA 94901
(415) 457-8300
E-mail:        phil@iplegal.com

Attorneys for Plaintiff/Counterclaim-Defendant
ALPHAVILLE DESIGN, INC. and Counterclaim-Defendants DAVID LEE and PEGGY LEE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHAVILLE DESIGN, INC. a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KNOLL, INC. a Delaware corporation, <br><br> Defendant | Case No.: 07-cv-05569-MHP <br><br> NOTICE OF APPEARANCE OF NEIL A. SMITH, P. CRAIG CARDON, AND NICOLE M. LEE <br><br> Honorable Marilyn Hall Patel <br> United States District Judge |
| KNOLL, INC. a Delaware corporation, <br><br> Counterclaim-Plaintiff <br><br> vs. <br><br> ALPHAVILLE DESIGN, INC., DAVID LEE and PEGGY LEE, <br><br> Counterclaim-Defendants. | |

-1-

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following attorneys are additional counsel of record for Plaintiff/Counterclaim-Defendant ALPHAVILLE DESIGN, INC. ("Alphaville") and Counterclaim-Defendants DAVID LEE ("D. Lee"), and PEGGY LEE ("P. Lee"):

1.     Neil A. Smith (Cal. Bar No. 63777) of Sheppard Mullin Richter & Hampton LLP, Four Embarcadero Center, 17th Floor, San Francisco, California  94111, Telephone: 415-434-9100, Fax: 415-434-3947, nsmith@smrh.com;

2.     P. Craig Cardon (Cal. Bar No. 168646) of Sheppard Mullin Richter & Hampton LLP, Four Embarcadero Center, 17th Floor, San Francisco, California  94111, Telephone: 415-434-9100, Fax: 415-434-3947, ccardon@smrh.com; and

3.     Nicole M. Lee (Cal. Bar No. 222344) of Sheppard Mullin Richter & Hampton LLP, Four Embarcadero Center, 17th Floor, San Francisco, California  94111, Telephone: 415-434-9100, Fax: 415-434-3947, nlee@smrh.com.

DATED:  June 20, 2008

Respectfully submitted,

SHEPPARD MULLIN RICHTER & HAMPTON LLP


By  /s/ Neil A. Smith
NEIL A. SMITH
P. CRAIG CARDON
NICOLE M. LEE

Attorneys for Plaintiff/Counterclaim-Defendant ALPHAVILLE DESIGN, INC. and Counterclaim-Defendants DAVID LEE and PEGGY LEE