**In the United States District Court
for the Northern District of California**

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**         July 1, 2008

**Court Reporter:**     Not Recorded

**Case No.:**     C-07-5569 MHP (EMC)

**Case Name:**    Alphaville Design, Inc. v. Knoll, Inc.

**Counsel:**
**Plf:**   Neil A. Smith                              **Def:**   Karineh Khachatourian
       Philip R. Green
       Beverly Robin Green


**Outcome of Settlement Conference:**

|         |                    |
|---------|--------------------|
| _____  | Settled            |
| _____  | Partial settlement |
|   X     | Did not settle     |
| _____  | Other:             |

**Notes:** Court to contact parties re further settlement discussions.  No Further Settlement Conference currently scheduled.

**Time:** 3.5 hours


                                              _____/s/_____
                                              Leni Doyle, Deputy Clerk


cc:    EMC, MHP