KARINEH KHACHATOURIAN (SBN 202634)
Email: kkhachatourian@mintz.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bsinclair@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
1400 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 251-7700
Facsimile: (650) 251-7739

GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
Email: ggottlieb@grr.com
MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
Email: mmisthal@grr.com
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY 10016-0601
Telephone: (212) 684-3900
Facsimile: (212) 684-3999

Attorneys for Defendant and Counterclaimant,
KNOLL, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALPHAVILLE DESIGN, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KNOLL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 07-CV-05569 MHP<br><br>**KNOLL, INC.'S NOTICE RE FAILURE TO FILE TIMELY JOINT SUPPLEMENTAL STATUS REPORT**<br><br>Judge: Honorable Marilyn H. Patel<br><br>Complaint filed:　November 1, 2007<br>Trial Date:　　　　None set |

1  PLEASE TAKE NOTICE that the parties are unable to file their joint supplemental status
2  report ("the report") pursuant to this Court's Civil Pretrial Minutes filed March 18, 2008, due to
3  technical difficulties - i.e. a corrupt document.  The parties intended to file the statement today but
4  despite our best efforts, Alphaville, the Lees and Knoll have been unable to do so.  Alphaville's and
5  Lees' counsel have been advised of this notice and consent.  The parties sincerely apologize for any
6  inconvenience this may cause the Court.  Alphaville, the Lees, and Knoll will work together to get a
7  supplemental statement on file as soon as possible.

Dated: July 14, 2008                    MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

/s/ Karineh Khachatourian
By:   KARINEH KHACHATOURIAN
      Attorneys for Defendant and Counterclaimant,
      KNOLL, INC.

*OF COUNSEL:*

GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
Email: ggottlieb@grr.com
MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
Email: mmisthal@grr.com
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY  10016-0601
Telephone:  (212) 684-3900
Facsimile:  (212) 684-3999

4379828v.1

- 1 -
KNOLL'S NTC RE FAILURE TO FILE TIMELY JOINT SUPPLEMENTAL STATUS REPORT
Case No. 07-CV-05569 MHP