KARINEH KHACHATOURIAN (SBN 202634)
Email: kkhachatourian@mintz.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bsinclair@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
1400 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 251-7700
Facsimile: (650) 251-7739

GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
Email: ggottlieb@grr.com
MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
Email: mmisthal@grr.com
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY 10016-0601
Telephone: (212) 684-3900
Facsimile: (212) 684-3999

Attorneys for Defendant and Counterclaimant,
KNOLL, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALPHAVILLE DESIGN, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>KNOLL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 07-CV-05569 MHP<br><br>**DECLARATION OF KARINEH KHACHATOURIAN IN SUPPORT OF KNOLL, INC.'S MOTION TO STRIKE PLAINTIFF AND COUNTERCLAIM DEFENDANTS' SECOND, THIRD, SIXTH, EIGHTH AND NINTH AFFIRMATIVE DEFENSES**<br><br>Date:   August 18, 2008<br>Time:   2:00 p.m.<br>Room:  Courtroom 15, 18th Floor<br>Judge:  Honorable Marilyn H. Patel<br><br>Complaint filed:   November 1, 2007<br>Trial Date:            None set |

DECL. OF KHACHATOURIAN ISO KNOLL'S MTN TO STRIKE PLAINTIFF AND COUNTERCLAIM DEFENDANTS' AFFIRMATIVE DEFENSES   Case No. 07-CV-05569 MHP

I, Karineh Khachatourian, declare:

1. I am an attorney licensed to practice law before all courts in the State of California, and the United States District Court for the Northern District of California. I am a member of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ("Mintz Levin") in its Palo Alto, CA office and I, along with lawyers at Gottlieb, Rackman & Reisman, are attorneys of record for Defendant and Counterclaimant Knoll, Inc. ("Knoll"). I submit this declaration in support of Knoll's Motion to Strike Plaintiff and Counter Defendants' Second, Third, Sixth, Eighth and Ninth Affirmative Defenses, which is filed concurrently herewith.

2. I have personal knowledge of the matters set forth herein except as to those matters set forth on information and belief, and as to those I am informed and believe them to be true and could and would competently testify thereto. In making this declaration, it is not my intention, nor the intention of Knoll, to waive the attorney-client privilege, the attorney-work product immunity, or any other applicable privilege.

3. Knoll first raised issues surrounding the affirmative defenses on or about May 12, 2008. Attached hereto as Exhibit A is a true and correct copy of a letter dated May 12, 2008 from myself to Philip Green ("Mr. Green") outlining Knoll's objections to Plaintiff and Counterclaim Defendants' Alphaville Design, Inc., David Lee and Peggy Lee's ("Alphaville") Second, Third, Sixth, Eighth and Ninth Affirmative Defenses.

4. Rather than respond to Knoll's request, Mr. Green asked for an extension to respond no earlier than June 5, 2008 because several officers of his clients were out of the country until the end of May. Attached hereto as Exhibit B is a true and correct copy of an email dated May 14, 2008 from Mr. Green to myself in response to Exhibit A, wherein Mr. Green requests an extension of time to confer with Alphaville.

5. Attached hereto as Exhibit C is a true and correct copy of an email dated May 16, 2008 from myself to Mr. Green in response to Exhibit B, wherein I advise Mr. Green that we will agree to an extension up to May 28, 2008. I conveyed to Mr. Green that given modern technology, I found it hard to believe that he could not confer with his clients before May 28, 2008.

6. Attached hereto as Exhibit D is a true and correct copy of an email dated May 29,

- 1 -

DECL. OF KHACHATOURIAN ISO KNOLL'S MTN TO STRIKE PLAINTIFF AND COUNTERCLAIM DEFENDANTS' AFFIRMATIVE DEFENSES   Case No. 07-CV-05569 MHP

2008 from Mr. Green advising me that he has not been able to speak with his client in detail regarding Exhibit A. In that email, Mr. Green stated that "we are inclined to agree to some of it, need to confirm with client, again, who is on only a blackberry."

7. Attached hereto as Exhibit E is a true and correct copy of an email dated June 4, 2008 from myself to Mr. Green reminding him that the affirmative defense issues are still outstanding.

8. Attached hereto as Exhibit F is a true and correct copy of a facsimile from Mr. Green to myself, enclosing a letter dated June 11, 2008 ("the June 11, 2008 letter") in response to Exhibit A, almost a month after the issue was initially made. In that letter, Defendants agreed to amend their answer and withdraw the Second and Third Defenses and withdraw any reference to antitrust in its Eighth Defense.

9. Attached hereto as Exhibit G is a true and correct copy of an email dated June 11, 2008 from myself to Mr. Green in response to the June 11, 2008 letter. In that email, I specifically request a time frame to expect an amended answer which Mr. Green agreed to in the June 11, 2008 letter. As of the filing of this declaration, I have not received a response from Mr. Green.

10. Attached hereto as Exhibit H is a true and correct copy of a letter dated July 3, 2008 from myself to Mr. Green, formally responding to the June 11, 2008 letter, and asking that an amended pleading be filed on July 9, 2008. As of the filing of this declaration, I have not received a response to my July 3, 2008 letter or seen the filing of an amended pleading.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: July 14, 2008    /s/ Karineh Khachatourian
                        KARINEH KHACHATOURIAN

4377469v.1

- 2 -
DECL. OF KHACHATOURIAN ISO KNOLL'S MTN TO STRIKE PLAINTIFF AND COUNTERCLAIM DEFENDANTS' AFFIRMATIVE DEFENSES   Case No. 07-CV-05569 MHP