1  KARINEH KHACHATOURIAN (SBN 202634)
   Email: kkhachatourian@mintz.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY
   AND POPEO P.C.
4  1400 Page Mill Road
   Palo Alto, California  94304
5  Telephone:  (650) 251-7700
   Facsimile:   (650) 251-7739
6

7  GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
   Email: ggottlieb@grr.com
8  MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
   Email: mmisthal@grr.com
9  GOTTLIEB RACKMAN & REISMAN, P.C.
   270 Madison Avenue
10 New York, NY  10016-0601
   Telephone:  (212) 684-3900
11 Facsimile:   (212) 684-3999

12 Attorneys for Defendant and Counterclaimant,
   KNOLL, INC.
13

14                     **UNITED STATES DISTRICT COURT**

15                     **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALPHAVILLE DESIGN, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>KNOLL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>――――――――――――――――――<br>AND RELATED COUNTERCLAIMS. | Case No. 07-CV-05569 MHP<br><br>**[PROPOSED] ORDER GRANTING KNOLL, INC.'S MOTION TO STRIKE PLAINTIFF AND COUNTERCLAIM DEFENDANTS' SECOND, THIRD, SIXTH, EIGHTH AND NINTH AFFIRMATIVE DEFENSES**<br><br>Date:   August 18, 2008<br>Time:   2:00 p.m.<br>Room:   Courtroom 15, 18th Floor<br>Judge:  Honorable Marilyn H. Patel<br><br>Complaint filed:   November 1, 2007<br>Trial Date:         None set |

On August 18, 2008 the Court held a hearing on Defendant and Counterclaimant Knoll, Inc.'s ("Knoll") Rule 12(f) Motion For Order Striking Plaintiff and Counterclaim Defendants Alphaville Design, Inc., ("Alphaville") Peggy Lee and David Lee's ("the Lees'") Second, Third, Sixth, Eighth and Ninth Affirmative Defenses in its Answer to Counterclaims ("Motion").

The Court, having considered Knoll's Motion, the opposing and responsive papers, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that

Knoll's Motion to Strike is GRANTED, because Alphaville and the Lees failed to plead their Second, Third, Sixth, Eighth and Ninth Affirmative Defenses in its Answer to Counterclaims with the specificity required by Rules 8 and 9 of the Federal Rules of Civil Procedure and applicable case law.

**ACCORDINGLY, IT IS HEREBY ORDERED** that

1.   Alphaville and the Lees' Second Affirmative Defense at page 11, line 22 through page 12, line 12 is hereby stricken;

2.   Alphaville and the Lees' Third Affirmative Defense at page 12, lines 13 through 17 is hereby stricken;

3.   Alphaville and the Lees' Sixth Affirmative Defense at page 13, line 22 through page 14, line 11 is hereby stricken;

4.   Alphaville and the Lees' Eighth Affirmative Defense at page 20, lines 11 through 17 is hereby stricken; and

5.   Alphaville and the Lees' Ninth Affirmative Defense at page 20, line 18 through page 21, line 6 is hereby stricken.

**IS IT SO ORDERED.**

Dated: August ___, 2008

THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT COURT JUDGE

#4378456v1

- 1 -

[PROPOSED] ORDER GRANTING KNOLL'S MTN TO STRIKE PLAINTIFF AND COUNTERCLAIM DEFENDANTS' AFFIRMATIVE DEFENSES   Case No. 07-CV-05569 MHP