**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: July 21, 2008

Case No.   C 07-5569  MHP            Judge: MARILYN H. PATEL

Title: ALPHAVILLE DESIGN INC -v- KNOLL INC

Attorneys:  Plf: Phillip Green, Neil Smith, Beverly Green
            Dft: Bryan Sinclair, Karineh Khachetorian

Deputy Clerk:  Anthony Bowser   Court Reporter: Belle Ball

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Motions for Summary Judgment re Invalidity/Validity to be re-noticed for not later than 2:00 pm on 11/17/2008 pursuant to request by counsel; Briefing stipulation, Protective order to be submitted;