KARINEH KHACHATOURIAN (SBN 202634)
Email: kkhachatourian@mintz.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bsinclair@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
1400 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 251-7700
Facsimile: (650) 251-7739

GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
Email: ggottlieb@grr.com
MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
Email: mmisthal@grr.com
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY 10016-0601
Telephone: (212) 684-3900
Facsimile: (212) 684-3999

Attorneys for Defendant and Counterclaimant,
KNOLL, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHAVILLE DESIGN, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KNOLL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 07-CV-05569 MHP<br><br>**KNOLL, INC.'S NOTICE OF SERVICE OF CUSTOMS LETTER**<br><br>Judge: Honorable Marilyn H. Patel<br><br>Complaint filed: November 1, 2007<br>Trial Date: None set |

1  PLEASE TAKE NOTICE that on July 23, 2008, Defendant and Counterclaimant Knoll, Inc. ("Knoll") delivered a letter to the Department of Homeland Security, Bureau of Customs and Border Protection, Office of Regulations & Rulings, Intellectual Property Branch ("Customs Letter") via electronic mail and facsimile.

The Customs Letter was sent via electronic mail at 9:09 a.m. Pacific Daylight Time. Counsel for Plaintiffs and Counter Defendants Alphaville Designs, Inc., Peggy Lee and David Lee were included on the electronic mail transmission ("e-mail"), a true and correct copy of which is attached hereto as Exhibit A.

The Customs Letter was also sent via facsimile at 12:06 p.m. Eastern Daylight Time, 9:06 a.m. Pacific Daylight Time. A true and correct facsimile transmission confirmation showing delivery at 12:27 p.m. Eastern Daylight Time is attached hereto as Exhibit B.

Dated: July 23, 2008

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

/s/ Karineh Khachatourian
By:  KARINEH KHACHATOURIAN
     Attorneys for Defendant and Counterclaimant,
     KNOLL, INC.

OF COUNSEL:
GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
Email: ggottlieb@grr.com
MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
Email: mmisthal@grr.com
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY 10016-0601
Telephone: (212) 684-3900
Facsimile: (212) 684-3999

#4387596v1

# EXHIBIT A

| | |
|---|---|
| **From:** | Marc Misthal [mmisthal@grr.com] |
| **Sent:** | Wednesday, July 23, 2008 9:09 AM |
| **To:** | iprr.questions@dhs.gov |
| **Cc:** | Khachatourian, Karineh; Sinclair, Bryan; phil@greenandgreen.com; Neil Smith; George Gottlieb; Pierre; Burde, Samantha |
| **Subject:** | Knoll, Inc.--Customs Recordals |
| **Importance:** | High |
| **Attachments:** | Alphaville DJ Complaint filed in CA.pdf; Answer and Counterclaims.pdf; Ans_of_Alphaville_Design__Inc__David_Lee__and_Peggy_Lee_to_the_Counter_Claims_of_Kn< 7-23-2008 Customs Letter.pdf |

Dear Sir and/or Madam,
    Please see the attached correspondence regarding trademark registrations that Knoll, Inc. has recorded with Customs.

Very truly yours,

Marc P. Misthal
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY 10016-0601
(212) 684-3900
(212) 684-3999 (Fax)
Direct e-mail address: mmisthal@grr.com

This message is intended solely for the use of the
Addressee and may contain information that is
PRIVILEGED and CONFIDENTIAL. If you are not the
intended recipient, you are hereby notified that
any dissemination of this communication is
strictly prohibited. If you have received this
communication in error, please erase all copies of
the message and its attachments and notify us
immediately. Thank You.

7/23/2008

**EXHIBIT B**

```
*************** -COMM. JOURNAL- ******************** DATE JUL-23-2008 ***** TIME 12:27 ********


        MODE = TRANSMISSION                    START=JUL-23 12:06    END=JUL-23 12:27

           FILE NO.=871

    STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.   PAGES    DURATION

      001     OK       &         912025728744            065      00:12:34



    ********************************** -         - **** -              - ********
```