Philip Green, CalBN 92389
Beverly R. Green, CalBN 92388
Law Offices of Green & Green
1000 4th Street, Suite 595
San Rafael, CA 94901
Telephone: 415-457-8300
phil@iplegal.com

Attorneys for Plaintiff/Counterclaim-Defendant Alphaville Design, Inc.
And Counterclaim-Defendants David Lee and Peggy Lee

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
NEIL A. SMITH, CalBN 63777
P. CRAIG CARDON, CalBN 168646
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947
nsmith@sheppardmullin.com

Attorneys for Plaintiff/Counterclaim Defendant
Alphaville Design, Inc.

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALPHAVILLE DESIGN, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KNOLL, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 07-cv-05569-MHP<br><br>**DECLARATION OF PHILIP GREEN IN OPPOSITION KNOLL, INC.'S MOTION TO STRIKE PLAINTIFF AN COUNTERCLAIM DEFENDANTS' SECOND, THIRD, SIXTH, EIGHTH AND NINTH AFFIRMATIVE DEFENSES** |
| KNOLL, INC., a Delaware corporation,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>ALPHAVILLE DESIGN, INC., DAVID LEE and PEGGY LEE,<br><br>Counterclaim-Defendants. | Date: August 18, 2008<br>Time: 2:00 p.m.<br>Courtroom: Courtroom 15, 18th Floor<br>Judge: Honorable Marilyn H. Patel<br><br>[Complaint filed: November 1, 2007] |

I, Philip Green, declare:

1. I am an attorney at the Law Offices of Green & Green and am one of the attorneys for Alphaville Design, Inc.("Alphaville"), David Lee and Peggy Lee in this matter. I make this declaration based upon my own personal knowledge and if called to testify could and would competently testify as to the matters stated herein.

2. All of the documents attached as exhibits to this declaration were received by email at my computer at Law Offices of Green & Green.

3. Exhibit 1 attached hereto is a true and correct copy of a letter I received from Karineh Khachatourian, counsel for Knoll, Inc. in this matter, on or about May 12, 2008. This is the first time the issues in it were raised.

4. Knoll's Set One Interrogatories were served on Alphaville on April 24, 2008 and Knoll's First Set of Request for Production of Documents were served Alphaville on or about May 14, 2008. These caused delays in responding to Knoll's May 12 letter. The letter did not seem urgent since we had no trial date and it appeared negotiable.

5. A true and correct copy of a letter I sent, on behalf of Alphaville, to Karineh Khachatourian on or about June 11, 2008 in response to her May 12, 2008 letter is attached hereto as Exhibit 2. I offered in the June 11, 2008 letter to strike Alphaville's and the Lee's Second and Third Affirmative Defenses.

6. Exhibit 3 attached hereto is a true and correct copy of a letter from Karineh Khachatourian to me dated July 3, 2008, sent in response to my letter of June 11. I had believed prior to the filing of the motion to strike by Knoll that we would discuss or meet and confer regarding Knoll's objections to Alphaville's and the Lee's Sixth, Eighth and Ninth Affirmative Defenses.

| W02-WEST:FHM\400964855.1 | Declaration of Green in Support of Opposition to Motion to Strike |
|---|---|

7. On July 27, 2008, I contacted Karineh Khachatourian via email and requested that she stay or continue the hearing of Knoll's motion to strike so the parties could further negotiate and potentially resolve Knoll's concerns regarding Alphaville's and the Lee's affirmative defenses. Also on July 27, 2008, Ms. Khachatourian responded via email that she would not agree to a stay or continuance of the hearing of the motion to strike.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct except for those matters stated in on information and belief, and as to those matters, I believe them to be true.

Executed this 28th day of July 2008 in San Rafael, CA

*Philip R. Green*
_____
Philip R. Green, Attorney for: Alphaville Design, Inc. and David Lee and Peggy Lee

W02-WEST:FHM\400964855.1 | Declaration of Green in Support of Opposition to Motion to Strike