Philip Green (CalBN 92389)
Beverly R. Green (CalBN 92388)
Law Offices of Green & Green
1000 4th Street, Suite 595
San Rafael, CA 94901
(415) 457-8300
phil@iplegal.com

Attorneys for Plaintiff Alphaville Design, Inc.
David Lee and Peggy Lee

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHAVILLE DESIGN, INC. a Delaware corporation , <br><br> Plaintiff, <br><br> vs. <br><br> KNOLL, INC. a Delaware corporation , <br><br> Defendant <br> KNOLL, INC. a Delaware corporation, Counterclaim-Plaintiff <br> vs. <br> ALPHAVILLE DESIGN, INC., DAVID LEE and PEGGY LEE, Counterclaim-Defendants. | Case No.:  07-cv-05569-MHP <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, the undersigned being first duly sworn, depose and state that I am over eighteen years of age, not a party in this action, and employed in the County of Marin, State of California, at Law Offices of Green & Green 1000 4th Street, Suite 595 San Rafael, CA 94901. I am readily familiar with the practice of this office for collection and processing of correspondence for **U.S. and Electronic Mail** and they are deposited that same day in the ordinary course of business.

On July 28, 2008  I served the following document(s):

---

Case No.:  07-cv-05569-MHP      **ALPHAVILLE CERTIFICATE OF SERVICE**

- 1 -

| | |
|---|---|
| **ALPHAVILLE DESIGN, INC.'S OPPOSITION TO MOTION TO STRIKE PLAINTIFF AND COUNTERCLAIM DEFENDANTS' SECOND, THIRD, SIXTH, EIGHTH AND NINTH AFFIRMATIVE DEFENSES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** | **DECLARATION OF PHILIP GREEN IN OPPOSITION KNOLL, INC.'S MOTION TO STRIKE PLAINTIFF AND COUNTERCLAIM DEFENDANTS' SECOND, THIRD, SIXTH, EIGHTH AND NINTH AFFIRMATIVE DEFENSES AND EXHIBITS.** |

on all parties in this action, as addressed below,

| | |
|---|---|
| Karineh Khachatourian<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC<br>1400 Page Mill Road<br>Palo Alto, CA 94304 | Neil A. Smith, Esq.<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center 17th Floor<br>San Francisco, CA  94111 |

George Gottleib, Esq.
GOTTLIEB, RACKMAN & REISMAN, P.C.
270 Madison Avenue, 8th Floor
New York, NY 10016

by causing a true copy thereof to be distributed on the date executed below, as follows:

**[ ] BY MAIL**: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[ ] BY HAND DELIVERY:** I caused such envelope, to be hand delivered to the stated parties.

**[ ] VIA FACSIMILE**: I caused such document to be transmitted via telefacsimile to the stated parties at their respective facsimile numbers.  Upon completion of the said facsimile transmission, the transmitting machine issued a transmission report showing

| Case No.:  07-cv-05569-MHP | **ALPHAVILLE CERTIFICATE OF SERVICE** |
|---|---|

- 2 -

1  the transmission was complete and without error.  A copy of the said transmission
2  report is attached hereto.
3  **[ ] VIA EXPRESS CARRIER**: I caused such document to be collected by an agent for
4  United Parcel Service, Federal Express, DHL or Other: Tracking No.:_____ to
5  be delivered to the office of the stated parties.
6  **[ X]  BY EMAIL** as a PDF attachment to the following address(es):

| KKhachatourian@mintz.com | nsmith@sheppardmullin.com | ggottlieb@grr.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 28, 2008, at San Rafael, California.

_____

Philip Green

Law Offices of Green & Green

Case No.:  07-cv-05569-MHP                **ALPHAVILLE CERTIFICATE OF SERVICE**

- 3 -