1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

| ALPHAVILLE DESIGN, INC., a Delaware corporation, | Case No. 07-CV-05569 MHP |

11

Plaintiff,

**[PROPOSED] ORDER GRANTING KNOLL, INC.'S MISCELLANEOUS ADMINISTRATIVE MOTION, REQUESTING STATUS CONFERENCE**

12

vs.

13

KNOLL, INC., a Delaware corporation,

14

Defendant.

15

AND RELATED COUNTERCLAIMS.

Judge:   Honorable Marilyn H. Patel

16

Complaint filed:     November 1, 2007
Trial Date:          None set

17

18

19

20

21

22

23

24

25

26

27

28

1    Having considered Defendant and Counterclaimant Knoll, Inc.'s ("Knoll") Administrative

2  Motion Requesting Status Conference, Or In The Alternative, Leave To File A Motion To Compel

3  ("Motion") pursuant to Civil L.R. 7-11, and any opposition thereto, and good cause appearing

4  therefore,

5      **IT IS HEREBY ORDERED:**

6      1. _____ The Court will hold a telephonic Status Conference on _____

7  ___, ____ at __:__ __.  Knoll is directed to have all participating counsel for all parties on the line

8  prior to calling chambers.

9      **OR**

10     2. _____ The Court GRANTS Knoll's application for leave to file a motion to

11  compel on shortened time.  Said motion shall be filed on _____ to be heard on

12  _____ with any opposition to be filed _____and any reply to be filed _____ unless

13  otherwise ordered by the Court.

14     **IS IT SO ORDERED.**

15  Dated:  August ___, 2008

16

17                                          THE HONORABLE MARILYN H. PATEL
                                            UNITED STATES DISTRICT COURT JUDGE
18

19

20

21

22

23

24

25

26

27

28     #4400607v1

- 1 -

[PROPOSED] ORDER GRANTING KNOLL'S MISC. ADMINISTRATIVE MTN.
REQUESTING STATUS CONFERENCE                    Case No. 07-CV-05569 MHP