1  Philip Green (CalBN 92389)
   Beverly R. Green (CalBN 92388)
2  Law Offices of Green & Green
   1000 4th Street, Suite 595
3  San Rafael, CA 94901
   (415) 457-8300
4  phil@iplegal.com

5  Attorneys for Plaintiff/Counterclaim-Defendant Alphaville Design, Inc.
   and Counterclaim-Defendants David Lee and Peggy Lee
6
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
7    A Limited Liability Partnership
     Including Professional Corporations
8  NEIL A. SMITH, CalBN 63777
   P. CRAIG CARDON, CalBN 168646
9  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
10 Telephone:    415-434-9100
   Facsimile:    415-434-3947
11 nsmith@sheppardmullin.com

12 Attorneys for Plaintiff/Counterclaim Defendant
   Alphaville Design, Inc.
13

14                   UNITED STATES DISTRICT COURT FOR THE

15                     NORTHERN DISTRICT OF CALIFORNIA

16                          SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHAVILLE DESIGN, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KNOLL, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 07-cv-05569-MHP<br><br>**DECLARATION OF NEIL SMITH IN SUPPORT OF MOTION FOR PROTECTIVE ORDER AND TO STAY RESPONSES TO REQUESTS FOR ADMISSION** |
| KNOLL, INC., a Delaware corporation,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>ALPHAVILLE DESIGN, INC., DAVID LEE and PEGGY LEE,<br><br>Counterclaim-Defendants. | Date:    September 15, 2008<br>Time:    2:00 p.m.<br>Dept.:    Courtroom 15, 18th Floor<br>Judge:   Hon. Marilyn Hall Patel<br><br>[Complaint Filed: November 1, 2007] |

-1-

1  I, Neil Smith declare:

2  1.  I am an attorney at the law firm of Sheppard, Mullin, Richter & Hampton, LLP and am one of the attorneys for Alphaville Design, Inc.("Alphaville") in this matter. I make this declaration based upon my own personal knowledge and, if called to testify, could and would competently testify as to the matters stated herein.

3  2.  A true and correct copy of pertinent pages of the Transcript of Proceedings of the July 21, 2008 Case Management Conference in this case are attached hereto as Exhibit 1.

4  3.  On July 31, 2008, Karineh Khachatourian, counsel for Knoll, Inc. ("Knoll") in this action, notified me via email that should would unavailable until August 5, 2008. In her absence, I and Philip Green, co-counsel for Alphaville in this action, were advised to contact Ms. Khachatourian's co-counsel, Marc P. Misthal of the law firm of Gottlieb, Rackman & Reisman. On August 1, 2008, I and Philip Green contacted Marc Misthal via telephone.

5  4.  At that time, I requested that Knoll agree to reduce the number of requests for admission for which Knoll sought responses via its second set of requests for admission to Alphaville. I suggested that Knoll reduce the number of requests for admission to 100-200 requests. Mr. Misthal refused to agree to any reduction in the total number of requests for admission to Alphaville and, instead, referred to the suggestion made by his co-counsel, Karineh Khachatourian, in her July 31, 2008 email to Philip Green, which is attached as Exhibit 3 to the Declaration of Philip Green filed herewith.

6  5.  Since Ms. Khachatourian's suggestion was that Alphaville respond to 250 of the pending requests for admission by August 11, 2008 and respond to the remaining approximately 250 pending requests within two weeks thereafer, I then requested that Alphaville be permitted to respond to the requests in phases, with the deadlines for responses covered by most of the phases to occur after the Court's hearing of the parties' motions for summary judgment on the trademark validity issues in the case. The motions for summary judgment are to be submitted in October 2008 and the Court is to hear the motions in November 2008. Again, Mr. Misthal would not agree to this request and, instead, indicated the only compromise on the table as to the pending requests for admission was that contained in Ms. Khachatourian's July 31, 2008 email.

-2-

W02-WEST:FHM\400982249.1
Case No. 07-CV-05569 MHP

SMITH DECL. IN SUPPORT OF MOTION FOR PROTECTIVE ORDER AND TO STAY REQUESTS FOR ADMISSION

6. At that time, I advised Mr. Misthal that Alphaville would, of necessity, be required to file a motion for protective order to have this issue resolved by the Court.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct except for those matters stated in on information and belief, and as to those matters, I believe them to be true.

Executed this 8th day of August 2008 in New York, New York.

/s/
_____
Neil A. Smith

# EXHIBIT 1

072108-Alphaville.txt

Pages 1 - 45

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE MARILYN HALL PATEL, JUDGE

```
ALPHAVILLE DESIGN, INC.,      )
                              )
          Plaintiff,          )
                              )
     v.                       )   NO. C 07-5569 MHP
                              )
KNOLL, INC.,                  )
                              )
          Defendant.          )
                              )
_____)
                                  San Francisco, California
                                  Monday, July 21, 2008
```

TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

```
For Plaintiff:         Sheppard, Mullin, Richter & Hampton
                       Four Embarcadero Center
                       17th Floor
                       San Francisco, California   94111
                  BY:  NEIL A. SMITH, ESQ.

                       and

                       Green & Green
                       One Embarcadero Center
                       Suite 500
                       San Francisco, California   94111
                  BY:  PHILIP R. GREEN, ESQ.
                       BEVERLY ROBIN GREEN, ATTORNEY
```

(Appearances continued, next page)

Appearances, Continued:

```
For Defendant:         Mintz, Levin, Cohn, Ferris,
                         Glovsky and Popeo
                       1400 Page Mill Road
                       Palo Alto, California   94304
                  BY:  KARINEH KHACHATOURIAN, ATTORNEY
                       BRYAN J. SINCLAIR, ESQ.

Reported By:           BELLE BALL, CSR, RMR, CRR
                       Official Reporter
```

Page 1

072108-Alphaville.txt

3

```
1    MONDAY, JULY 21, 2008
2                                                        3:07 P.M.
3                        P R O C E E D I N G S
4            THE CLERK:  Calling Civil 07-5569, Alphaville Design,
5    Inc., versus Knoll, Inc.
6            THE COURT:  May I have your appearances, please.
7            MS. KHACHATOURIAN:  Good afternoon, Your Honor.
8    Karineh Khachatourian and Bryan Sinclair for Knoll.
9            MR. SMITH:  Good afternoon, Your Honor.  Neil Smith
10   and -- Phil?
11           MR. GREEN:  Philip Green, of Green & Green.
12           MS. GREEN:  And Beverly Green of Green & Green, Your
13   Honor.
14           MR. SMITH:  Appearing on behalf of Alphaville Designs
15   and its principals.
16           THE COURT:  Good afternoon.
17           Did we have an exact date set for some invalidity
18   motions or motions re: validity, however we are going to
19   characterize them?
20           Is there an exact date set, or just a range?
21           MR. SMITH:  You had set a date.
22           THE COURT:  Uh-huh.
```

072108-Alphaville.txt

12    MS. KHACHATOURIAN: And Your Honor, I'm supposed to
13 go to Alphaville tomorrow to review documents, hopefully to get
14 a lot of documents that we think we don't have.
15    Do we have a dispute about that? Or are we on the
16 same page?
17    MR. GREEN: No, I think -- we don't have a dispute
18 about that, really.
19    MS. KHACHATOURIAN: Okay. Great.
20    THE COURT: Where is Alphaville?
21    MS. KHACHATOURIAN: It's in Fremont. So I'm going
22 there to review all of the boxes, and I'm bringing a vendor to
23 make copies, instead of the ordinary course of document
24 production, which is I review my documents and send them over,
25 and they review their documents and send them over.

                                                          41

1    So, this is at great expense that we're doing this.
2    MR. SMITH: So we'll make a copy, and then the vendor
3 will make us a --
4    THE COURT: Fine, fine.
5    MS. KHACHATOURIAN: That they will pay for.
6    THE COURT: Good.
7    MR. SMITH: We will pay for the copy.
8    THE COURT: However you work it out, work it out. I
9 don't want to see any of those discovery motions.
10    MR. SMITH: Okay. One other point, I raised it in
11 there, and maybe we can just get this resolved.
12    Knoll has -- is trying to burn this party with
13 discovery. Requests for admissions. We have 575 requests for
14 admissions, this early in the case.
15    We don't have time to do --
16    THE COURT: You don't need those for the summary
17 judgment.
18    MS. KHACHATOURIAN: Your Honor, it's authentication,
19 our phase, mostly, or issues that are going to be raised.
20    THE COURT: Meet and confer, and get it resolved.
21    MS. KHACHATOURIAN: We're -- I'm trying.
22    THE COURT: Meet and confer. Face to face.
23    MS. KHACHATOURIAN: Okay.

072108-Alphaville.txt

```
24              THE COURT:  Where are your offices?  Here?
25              MS. KHACHATOURIAN:  I'm in Palo Alto.
                                                                 42


 1              THE COURT:  And you're here, of course.
 2              MR. SMITH:  We are here, so we'll meet here.
 3              THE COURT:  Forever, right?
 4              MR. SMITH:  A few -- now, we have answered the ones
 5   that are authentication.  Then they go on to everything --
 6              THE COURT:  Okay.  Meet and confer.  Okay?
 7              MR. SMITH:  Okay.
 8              MS. KHACHATOURIAN:  Thank you.
 9              THE COURT:  Now, I happened to notice there was a new
10   suit filed against Alphaville involving Herman Miller.
11              MR. SMITH:  Yes.
12              THE COURT:  And I think there was some reference to
13   another case somewhere else against Alphaville involving Herman
14   Miller, or maybe it was another company.  No, it was -- maybe
15   it was another defendant.
16              MR. SMITH:  There is one that was filed recently.
17              THE COURT:  Is that in any way related?  Because I
18   know it's different, Herman Miller is different from Knoll,
19   but --
20              MR. SMITH:  I think it would be within the Court's
21   related case, relating to the same issues.  It's a different
22   plaintiff, but it's the same issue, old furniture, with respect
23   to that, and the extent of the rights.
24              In fact, many of the cases we would cite would be
25   Herman Miller cases.  Those are Eames furniture, where the name
                                                                 43


 1   is not used, but the furniture may be similar to certain
 2   designs.  So, yes, I think that will probably be related cases.
 3              We didn't file that.  I assume that -- Herman Miller,
 4   I think, is aware of this case.  I think they were stirred up
 5   to some extent by Knoll in this case.
 6              But at any rate, I think they will file it.  We can
 7   file a notice of related case, I think we will --
 8              THE COURT:  I'm not inviting it, necessarily.  I just
 9   happened to notice it, and wondered if it was all related.
                                  Page 29
```