1  Philip Green (CalBN 92389)
   Beverly R. Green (CalBN 92388)
2  Law Offices of Green & Green
   1000 4th Street, Suite 595
3  San Rafael, CA 94901
   (415) 457-8300
4  phil@iplegal.com

5  Attorneys for Plaintiff/Counterclaim-Defendant Alphaville Design, Inc.
   and Counterclaim-Defendants David Lee and Peggy Lee
6
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
7    A Limited Liability Partnership
     Including Professional Corporations
8  NEIL A. SMITH, CalBN 63777
   P. CRAIG CARDON, CalBN 168646
9  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
10 Telephone:    415-434-9100
   Facsimile:    415-434-3947
11 nsmith@sheppardmullin.com

12 Attorneys for Plaintiff/Counterclaim Defendant
   Alphaville Design, Inc.
13

14              UNITED STATES DISTRICT COURT FOR THE

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17 

| ALPHAVILLE DESIGN, INC., a Delaware corporation, | Case No.: 07-cv-05569-MHP |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION FOR PROTECTIVE ORDER AND TO STAY RESPONSES TO REQUESTS FOR ADMISSION** |
| v. | |
| KNOLL, INC., a Delaware corporation, | |
| Defendant. | |
| KNOLL, INC., a Delaware corporation, | |
| Counterclaim-Plaintiff, | |
| v. | |
| ALPHAVILLE DESIGN, INC., DAVID LEE and PEGGY LEE, | |
| Counterclaim-Defendants. | |

-1-

1      The Motion of Plaintiff and Counterclaim-Defendant Alphaville Design, Inc. for

2  Protective Order and to Stay Responses to Requests for Admission  were placed before this Court,

3  the Honorable Marilyn H. Pate. presiding, and heard on September 15, 2008.

4

5      Having reviewed the pleadings submitted by the parties, this Court finds that:

6

7      1.      Defendant Knoll, Inc.'s Second Set of Requests for Admissions to Plaintiff

8  Alphaville Design, Inc. are unduly burdensome at this time in light of the 493 individual requests

9  contained therein and the parties' motions for summary judgment to be heard in November 2008.

10

11     IT IS HEREBY ORDERED FOR GOOD CAUSE SHOWN:

12

13     1.      Plaintiff and Counterclaim-Defendant Alphaville Design, Inc.'s Motion for

14  Protective Order and to Stay Responses to Requests for Admission is GRANTED.

15

16     2.      Defendant Knoll, Inc.'s Second Set of Requests for Admissions to Plaintiff

17  Alphaville Design, Inc. are stayed until thirty (30) days after this Court's ruling on the parties'

18  motions for summary judgment to be  heard in November 2008.

19

20

21

22  Dated _____, 2008        _____

23                                          Marilyn Hall Patel
                                            United States District Court Judge

24

25

26

27

28

-2-