**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHAVILLE DESIGN INC, | No. C 07-05569 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Matter to be submitted on papers)** |
| v. | |
| KNOLL INC, | |
| Defendant(s). | |

Defendant, having moved this Court for a hearing on August 18, 2008, the parties are hereby notified that the motion to strike will be submitted on the papers without oral argument. Therefore, the HEARING DATE IS VACATED.

Richard W. Wieking
Clerk, U.S. District Court

Dated: August 14, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140