1  LAW OFFICES OF GREEN & GREEN
   PHILIP GREEN (SBN 092389)
   BEVERLY R. GREEN (SBN 92388)
2  1000 4th Street, Suite 595
   San Rafael, CA 94901
3  Telephone: (415) 457-8300
   Fax: (415) 457-8757
4

5  SHEPPARD, MULLIN, RICHTER &
   HAMPTON LLP
6  A Limited Liability Partnership
   Including Professional Corporations
7  NEIL A. SMITH, Cal. Bar No. 63777
   P. CRAIG CARDON, Cal. Bar No. 168646
8  NICOLE M. LEE, Cal. Bar No. 222344
   Four Embarcadero Center, 17th Floor
9  San Francisco, California 94111-4109
   Telephone: 415-434-9100
10 Facsimile: 415-434-3947
   Attorneys for Plaintiff and Counter-Defendant,
11 Alphaville Designs, Inc. and
   Attorneys for Counter-Defendants, David Lee
12 and Peggy Lee

13
                UNITED STATES DISTRICT COURT FOR THE
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                       SAN FRANCISCO DIVISION
16

| | |
|---|---|
| ALPHAVILLE DESIGN, INC. a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KNOLL, INC. a Delaware corporation, <br><br> Defendant | Case No.: 07-cv-05569-MHP <br><br> **DECLARATION OF DAVID LEE IN OPPOSITION TO KNOLL, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST FOR STATUS CONFERENCE, OR IN THE ALTERNATIVE, LEAVE TO FILE MOTION TO COMPEL** <br> Date: <br> Time: <br> Courtroom: Not set <br> Judge: **Honorable Marilyn H. Patel** |
| Case No.: 07-cv-05569-MHP | |

- 1 -

| | [Complaint filed: November 1, 2007] |
|---|---|
| AND RELATED COUNTERCLAIMS | |

I, David Lee, declare:

1. I am one of the parties in this action and am President of Alphaville Design, Inc. ("Alphaville"). I make this declaration based upon my own personal knowledge and if called to testify could and would competently testify as to the matters stated herein.

2. While Alphaville wants to fully cooperate in document discovery, one of our goals is so that we can do business as normal as possible in our office.

3. With an opposition attorney in here from 10am to 4pm, we can't be normal. We are hunkered down in our offices rather than being able to speak freely across the room and have regular meetings.

4. Alphaville has no problems with the copy vendor from Knoll as he is not an attorney and does not cause us to feel as though we must keep quiet.

5. One of our attorneys or their assistants does not have to be here with the scanner vendor. The vendors can catch up to where Karineh Khachatourian is at, no matter how many days are required.

6. Alphaville has no problems if Karineh Khachatourian can be limited to 10am-4pm each day or 2-3 days per week, but then we want our attorney or their legal assistant Daniel Coffin or another one to be here.

7. If Karineh Khachatourian is here all day, our open office is unable to operate as normal. We cannot speak normally, we cannot have sales meetings, and we do not feel free to discuss our business or be jolly about new sales and other matters that we are used to. They have taken over our only conference room and we may want to move the production into another room so that we can have our normal meetings again.

Case No.: 07-cv-05569-MHP

8. On behalf of Alphaville it is hoped that the Judge can understand that we are a business and having opposing attorneys run around the office *all day* is disruptive. All we ask is a limitation to a few hours per day or a few days per week so that we can conduct business as normal.

9. As of August 4, 2008 my staff and I just came off a busy trade show and we need to run 110% as a team. It is just a little hard now to do this.

10. It may be possible to aid in the production of the rest of the documents in electronic form, but then they would not be stapled or related to each other and Knoll would not have the benefits that the current paper production affords; it allows them to see the interrelationship between orders, sources and customers, that would not be as easy with an electronic production.

11. If Knoll's attorney wants the electronic production we would provide it, and then we would want to stop them from entering our premises again.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct except for those matters stated in on information and belief, and as to those matters, I believe them to be true.

Executed this August 13, 2008 in Fremont, California.

_____

Alphaville Design, Inc. By:

David Lee

Case No.: 07-cv-05569-MHP