LAW OFFICES OF GREEN & GREEN
PHILIP GREEN (SBN 092389)
BEVERLY R. GREEN (SBN 92388)
1000 4th Street, Suite 595
San Rafael, CA 94901
Telephone: (415) 457-8300
Fax: (415) 457-8757

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
P. CRAIG CARDON, Cal. Bar No. 168646
NICOLE M. LEE, Cal. Bar No. 222344
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947
Attorneys for Plaintiff and Counter-Defendant,
Alphaville Designs, Inc. and
Attorneys for Counter-Defendants, David Lee
and Peggy Lee

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHAVILLE DESIGN, INC. a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KNOLL, INC. a Delaware corporation, <br><br> Defendant | Case No.: 07-cv-05569-MHP <br><br> **DECLARATION OF HAZEL BRADSHAW IN SUPPORT OF ALPHAVILLE DESIGN, INC.'S OPPOSITION AND RESPONSE TO KNOLL, INC.'S MISCELLANEOUS ADMINISTRATIVE MOTION REQUESTING STATUS CONFERENCE OR, IN THE ALTERNATIVE, LEAVE TO FILE A MOTION TO COMPEL** <br><br> **Honorable Marilyn H. Patel** |

Case No.: 07-cv-05569-MHP

- 1 -

AND RELATED COUNTERCLAIMS

I, Hazel Bradshaw, declare:

1. I am a legal assistant at the Law Offices of Green & Green working under Philip Green of the Law Offices of Green & Green, one of the attorneys for Alphaville Design, Inc. ("Alphaville"), David Lee and Peggy Lee in this matter. I have personal knowledge of the matters set forth herein except as to those matters set forth on information and belief, and as to those, I am informed and believe them to be true and if called to testify could and would competently testify as to the matters stated herein.

2. Beginning on July 10th 2008, I looked through the boxes of production provided to Law Offices of Green & Green by Knoll, Inc. In these boxes, among many other responsive documents, I was looking for the complete books that we requested in our request for production which were attached to Knoll's applications for registration of its trademarks for the designs of furniture.

3. The documents referred to herein would have been responsive to Alphaville Request for Production of Documents Set 1, numbers 62 -71 a copy of those Requests for Production of Documents are attached hereto as Exhibit 1.

4. In looking through the 9 production boxes of over 44,000 documents, I was only able to find a full length copy of one of the books, the Museum of Modern Art book Ludwig Mies Van Der Rohe by Ludwig Glaeser. The bates range assigned to this document by Knoll is KNOLL0024210 – KNOLL0024298.

5. For the other books that we requested I was unable to find a complete copy of them in the production boxes. I did find incomplete copies of the rest of the books we requested in the production boxes which were merely the first pages of the books and the pages pertaining to Mies Van Der Rohe. These books, as well as the complete Museum of Modern Art book, I found in box seven out of the nine production boxes.

Case No.: 07-cv-05569-MHP

6. I found an incomplete copy of The Dictionary of 20th Century Design by John Pile in the bates range KNOLL0024867 – KNOLL0024870. These pages were merely the cover and the first pages of the book with the publishing information, followed by the page with information pertaining to Mies Van Der Rohe which is page 22. We were not provided with any sort of index or table of contents to the book in the production. These pages are attached hereto and made part hereof as Exhibit 2.

7. I also found an incomplete copy of 20th Century Furniture by Fiona and Keith Baker in the bates range KNOLL0024875 – KNOLL0024878. These pages were merely the cover and the first pages of the book with the publishing information, followed by the page with information pertaining to Mies Van Der Rohe which is page 92. We were not provided with any sort of index or table of contents to the book in the production. These pages are attached hereto and made part hereof as Exhibit 3.

8. I also found an incomplete copy of A Century of Design by Penny Sparke in the bates range KNOLL0024857 – KNOLL0024861. The pages provided are merely the cover and the first pages of the book with the publishing information, followed by the pages with the information pertaining to Mies Van Der Rohe which do not have discernable page numbers on the production provided. We were not provided with any sort of index or table of contents to the book in the production. These pages are attached hereto and made part hereof as Exhibit 4.

9. I also found an incomplete copy of Chairs by George Nelson in the bates range KNOLL0024840 – KNOLL0024843. The pages provided are merely the cover and the first pages of the book with the publishing information, followed by the page pertaining to Mies Van Der Rohe which does not have a discernable page number on the production provided. We were not provided with any sort of index or table of contents to the book in the production. These pages are attached hereto and made part hereof as Exhibit 5.

Case No.: 07-cv-05569-MHP

10. I also found an incomplete copy of The Chair by Elizabeth Wilhide in the bates range KNOLL0024844 – KNOLL0024848. The pages provided are merely the cover and the first pages of the book with the publishing information, followed by the pages pertaining to Mies Van Der Rohe which is page 49 and another page that does not have a discernable page number. We were not provided with any sort of index or table of contents to the book in the production. These pages are attached hereto and made part hereof as Exhibit 6.

11. I also found an incomplete copy of Modern Furnishings for the Home by William J. Hennessey in the bates range KNOLL0024790 – KNOLL0024792. These pages were merely the cover and the first pages of the book with the publishing information, followed by the page with information pertaining to Mies Van Der Rohe which is page 69. We were not provided with any sort of index or table of contents to the book in the production. These pages are attached hereto and made part hereof as Exhibit 7.

12. I also found an incomplete copy of The Modern Chair by Clement Meadmore in the bates range KNOLL0032326 – KNOLL0032331. These pages were merely the cover and the first pages of the book with the publishing information followed by the pages with information pertaining to Mies Van Der Rohe which are pages 62-65 and two copies of the page 190. Page 190 is an index of the manufactures of the furniture shown in the book. This is the only sort of index or table of contents that were provided with for this book in the production. These pages are attached hereto and made part hereof as Exhibit 8.

13. I also found an incomplete copy of Architectural Graphic Standards on the page bates labeled KNOLL0027761. This is only a photocopy of the cover of the book. There is no further publishing information or the pages that refer to Mies Van Der Rohe in the book. The copy itself is dark and the title of the book itself illegible. The same copy is the only page that is attached to the Declaration of Mr. Carl G. Magnusson as Exhibit F as a part of the TDR and

Case No.: 07-cv-05569-MHP

1. was Request 64 in our initial request for production. These pages are attached hereto and made part hereof as Exhibit 9.

14. In the production boxes provided to us by Knoll I was unable to find even an incomplete copy of the book Functionalist Design by George H. Marcus. This book was referenced as Exhibit K in the Declaration of Mr. Carl G. Magnusson and was Request 69 in our initial request for production. When I was unable to find this book in the production boxes I checked the Patent and Trademark Office records as well and discovered that it was not present there either.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct except for those matters stated in on information and belief, and as to those matters, I believe them to be true.

Executed this 13 August 2008 in San Rafael, CA

_/s/ Hazel Bradshaw_

Hazel Bradshaw, Legal Assistant to Philip Green

_____

Philip R. Green, Attorney for: Alphaville Design, Inc. and David Lee and Peggy Lee

Case No.: 07-cv-05569-MHP

- 5 -