Philip Green (CalBN 92389)
Beverly R. Green (CalBN 92388)
Law Offices of Green & Green
1000 4th Street, Suite 595
San Rafael, CA 94901
(415) 457-8300
phil@iplegal.com

Attorneys for Plaintiff, Alphaville Design, Inc.
David Lee and Peggy Lee

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHAVILLE DESIGN, INC. a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KNOLL, INC. a Delaware corporation, <br><br> Defendant <br><br> KNOLL, INC. a Delaware corporation, <br><br> Counterclaim-Plaintiff <br><br> vs. <br> ALPHAVILLE DESIGN, INC., DAVID LEE, PEGGY LEE, [erroneously named herein DANRICK COMMERCE GROUP, L.L.C., aka DANNY LOUIE] and DOES A-Z, [Retailers for Alphaville Design, Inc.] <br><br> Counterclaim-Defendants. | Case No.: 07-cv-05569-MHP <br><br> **Alphaville Design Inc and David Lee and Peggy Lee's First Requests for Production of Documents and Things** <br><br> SET No.: 1 <br><br> Propounding Party: Alphaville Design, Inc. and David Lee and Peggy Lee <br><br> Responding Party: Knoll, Inc. |

Related Case No. 08-CV-0778-MHP

*Case No.: 07-cv-05569-MHP    FIRST Request for* Production of Documents FROM Alphaville Design, Inc.

- 1 -

60. All documents that refer or relate to the statement made in the Declaration made by Mr. Carl G. Magnusson to the Patent and Trademark Office in support of applications for Defendant's Trademark Registrations wherein Mr. Magnusson testifies that "The Barcelona Chair has also been the subject of much third party commentary."

61. All documents that refer or relate to the statement made in the Declaration made by Mr. Carl G. Magnusson to the Patent and Trademark Office in support of applications for Defendant's Trademark Registrations wherein Mr. Magnusson testifies that "Attached as Exhibits E through P are third party materials identifying the chair as the Barcelona Chair and identifying Knoll, Inc. (or its predecessors in interest as to the rights herein involved) as the source of the chair."

62. All documents that refer or relate to the statement made in the Declaration made by Mr. Carl G. Magnusson to the Patent and Trademark Office in support of applications for Defendant's Trademark Registrations wherein Mr. Magnusson testifies that "Exhibit E is an excerpt from The Dictionary of 20th Century Design by John Pile which identifies one of Knoll, Inc.'s predecessors in interest as to the rights herein involved as the source of the Barcelona Chair."

63. The *entire* original document "The Dictionary of 20th Century Design by John Pile" from which is allegedly excerpted the "Exhibit E" as referred to by Mr. Carl G. Magnusson in his Declaration to the Patent and Trademark Office for the application for Defendant's Trademark Registrations.

64. The *entire* original document "Architectural Graphic Standards " from which is allegedly excerpted the "Exhibit F" as referred to by Mr. Carl G. Magnusson in his Declaration to the Patent and Trademark Office in support of applications for Defendant's Trademark Registrations.

Case No.: 07-cv-05569-MHP    FIRST Request for Production of Documents FROM Alphaville Design, Inc.

- 16 -

65. The *entire* original document "C20th Furniture by Fiona &Keith Baker" from which is allegedly excerpted the "Exhibit G" as referred to by Mr. Carl G. Magnusson in his Declaration to the Patent and Trademark Office in support of Defendant's Trademark Registrations

66. The *entire* original document "A Century of Design by Penny Sparkle," from which is allegedly excerpted the "Exhibit H" as referred to by Mr. Carl G. Magnusson in his Declaration to the Patent and Trademark Office in support of Defendant's Trademark Registrations.

67. The *entire* original document "Chairs by George Nelson," from which is allegedly excerpted the "Exhibit I" as referred to by Mr. Carl G. Magnusson in his Declaration to the Patent and Trademark Office in support of Defendant's Trademark Registrations.

68. The *entire* original document "The Modern Chair by Clement Meadmore" from which is allegedly excerpted the "Exhibit J" as referred to by Mr. Carl G. Magnusson in his Declaration to the Patent and Trademark Office in support of Defendant's Trademark Registrations.

69. The *entire* original document "Functionalist Design by George H. Marcus," from which is allegedly excerpted the "Exhibit K" as referred to by Mr. Carl G. Magnusson in his Declaration to the Patent and Trademark Office in support of Defendant's Trademark Registrations

70. The *entire* original document "Modern Furnishings for the Home by William J. Hennessey," from which is allegedly excerpted the "Exhibit L" as referred to by Mr. Carl G. Magnusson in his Declaration to the Patent and Trademark Office in support of Defendant's Trademark Registrations

71. The *entire* original document "The Chair by Elizabeth Wilhide," from which is allegedly excerpted the "Exhibit M" as referred to by Mr. Carl G. Magnusson in his

Case No.: 07-cv-05569-MHP   FIRST Request for Production of Documents FROM Alphaville Design, Inc.

- 17 -

Declaration to the Patent and Trademark Office in support of Defendant's Trademark Registrations

72. The *entire* original periodical or book, wherein the advertisement was allegedly placed by Kenwood featuring the Barcelona Chair, allegedly the "Exhibit N" as referred to by Mr. Carl G. Magnusson in his Declaration to the Patent and Trademark Office in support of Defendant's Trademark Registrations

73. The *entire* original document from which is allegedly excerpted the "Exhibit O" as referred to by Mr. Carl G. Magnusson in his Declaration to the Patent and Trademark Office in support of Defendant's Trademark Registrations

74. The *entire* original document from which is allegedly excerpted the "Exhibit P" as referred to by Mr. Carl G. Magnusson in his Declaration to the Patent and Trademark Office in support of Defendant's Trademark Registrations

75. The original document describing exactly what "rights herein involved" Mr. Carl G. Magnusson claims to be referring to in his Declaration to the Patent and Trademark Office in support of Defendant's Trademark Registrations, as claimed by Knoll, Inc. or Knoll, Inc.'s predecessors in interest.

76. All documents that refer, served as a basis for, or relate to the statement by Mr. Carl G. Magnusson in his Declaration where he testified, "Given the number of works featuring or referring to the Barcelona Chair, it is evident and it is my opinion that the Barcelona Chair is well known to the public interested in furniture of modern design and that such public continues to recognize the Barcelona Chair as designed by Mies van der Rohe and manufactured by Knoll, Inc. In other words, such public has come to identify Knoll, Inc. and its predecessors in interest as to the rights herein involved as the source of the Barcelona Chair."