

# C20th furniture

## Fiona & Keith Baker

KNOLL0024875



# furniture

Fiona & Keith Baker





CARLTON BOOKS

KNOLL0024876



For Mummy
So brave and so beautiful
Wendy Ann Gale (née Silver)
13 June 1931 to 6 December 1998

THIS IS A CARLTON BOOK

Design copyright © 2000 Carlton Books Limited
Text copyright © 2000 Fiona & Keith Baker

This edition was published by Carlton Books Limited in 2000
20 Mortimer Street
London W1N 7RD

This book is sold subject to the condition that it shall not, by way of trade
or otherwise, be lent, resold, hired out or otherwise circulated without the
publisher's prior written consent in any form of cover or binding other than
that in which it is published and without a similar condition including this
condition being imposed upon the subsequent purchaser.

All rights reserved

A CIP catalogue for this book is available from the British Library

ISBN 1 85868 759 4

Editorial Manager: Venetia Penfold
Art Director: Penny Stock
Project Editor: Zia Mattocks
Editor: Alice Whately
Assistant Editor: Kate Paver
Design: Mercer Design
Picture Manager: Lorna Ainger
Production Manager: Garry Lewis

Printed and bound in Dubai

KNOLL0024877

# Barcelona Chair, MR90

Date: 1929

Designer: Ludwig Mies van der Rohe (1886–1969)

Made by: Knoll



One of the most significant architects of the twentieth century, Ludwig Mies van der Rohe also left his mark on furniture design.

The German designer started out as an apprentice to Bruno Paul. He later worked for Peter Behrens, and took over the directorship of the Bauhaus in 1930. In 1937 he moved to America to escape Nazi Germany.

This is a supremely elegant chair. From the side, it consists of two sweeping lines that cross each other. Buttoned leather cushions (not shown) are supported by straps attached to horizontal bars which unite the two sides. The chair was expensive because it was hand-built, and Mies modified the joints when Knoll started to produce it in stainless steel in 1948.

The X-frame has been used as a chair support for centuries. Mies's interpretation of it was so successful that the Barcelona chair is still in production today.

92 MODERNISM

KNOLL0024878