

# THE DICTIONARY OF 20TH-CENTURY DESIGN



## JOHN PILE

KNOLL0024867

# DICTIONARY OF 20TH-CENTURY DESIGN

JOHN PILE

A Roundtable Press Book

DA CAPO PRESS
NEW YORK

KNOLL0024868

Library of Congress Cataloging in Publication Data

Pile, John F.
  Dictionary of 20th-century design / John Pile.—1st Da Capo Press ed.
    p.   cm.
  Originally published: New York: Facts on File, 1990.
  Includes bibliographical references and index.
  ISBN 0-306-80569-3
  1. Design—History—20th century—Dictionaries. I. Title.
NK1390.P53  1994                                                93-39780
745.4′442′03—dc20                                                   CIP

First Da Capo Press edition 1994

This Da Capo Press paperback edition of the *Dictionary of 20th-Century Design*
is an unabridged republication of the edition first published in New York in 1990.
It is hereby reprinted by arrangement with Facts On File.

Copyright © 1990 by John Pile and Roundtable Press, Inc.

Published by Da Capo Press, Inc.
A Subsidiary of Plenum Publishing Corporation
233 Spring Street, New York, N.Y. 10013

All Rights Reserved

Manufactured in the United States of America

KNOLL0024869



*Bang & Olufsen Beogram 5500 phonograph turntable.* Photo courtesy of DYM/SR & A, Inc. Public Relations, in association with Sumner & Rider Associates, Inc.

complex display of controls and high-tech look of most comparable equipment.

### BANHAM, REYNER (1920–1988)

British writer and critic, who was an influential theorist in 20th-century design. Banham's enthusiasm for mass culture, POP ART, and related developments of the 1950s and 1960s was basic to his views of design. He was a staff writer for the *Architectural Review* in the 1950s. His books, *Theory and Design in the First Machine Age* (1960) and *Design by Choice* (1981), and his involvement with the INTERNATIONAL DESIGN CONFERENCE IN ASPEN have made him a significant figure in the interpretation of recent design history.

### BARCELONA CHAIR

Chair, together with an ottoman, designed by Ludwig MIES VAN DER ROHE in 1929 for the BARCELONA PAVILION. Its design consists of a simple X frame of steel bars supporting leather straps that carry seat and back cushions covered in leather. The Barcelona chair has become known as a modern design CLASSIC, maintained in production by KNOLL INTERNATIONAL.



*Barcelona chair of 1929 by Ludwig Mies van der Rohe.* Photo courtesy of Knoll International, Inc.

KNOLL0024870