# A CENTURY OF DESIGN

## DESIGN PIONEERS OF THE 20TH CENTURY


BARRON'S

KNOLL0024857

# A CENTURY OF DESIGN

## DESIGN PIONEERS OF THE 20TH CENTURY

**PENNY SPARKE**



BARRON'S

KNOLL0024858

# Dedicated to Molly, Nancy and Celia

**A Century of Design**
First published in the United States of America
in 1998 by Barron's Educational Series, Inc.

First published in Great Britain in 1998 by Mitchell Beazley, an imprint of Reed
Consumer Books Limited, Michelin House, 81 Fulham Road, London SW3 6RB
and Auckland and Melbourne

Copyright ©Reed Consumer Books Limited 1998
Text copyright ©Penny Sparke 1998
The author has asserted her moral rights.

| | |
|---:|:---|
| Executive Editor | Alison Starling |
| Executive Art Editor | Vivienne Brar |
| Project Editor | Elisabeth Faber |
| Art Editor | Nina Pickup |
| Editorial Assistant | Stephen Guise |
| Picture Research | Wendy Gay |
| Directory | Emma Shackleton |
| Production | Paul Hammond |
| Index | Hilary Bird |

All rights reserved. No parts of this book may be reproduced in any form, by photostat, microfilm, xerography, or any other means, or incorporated into any information retrieval system, electronic or mechanical, without the written permission of the copyright owner.

**All inquiries should be addressed to:**
Barron's Educational Series, Inc.
250 Wireless Boulevard
Hauppauge, NY 11788
http://www.barronseduc.com

Library of Congress Catalog Card Number 98-70145

International Standard Book Number 0-7641-5122-3

The publishers will be very grateful for any information that will assist them in keeping future editions up to date. Although all reasonable care has been taken in the preparation of this book, neither the publishers nor the compilers can accept any liability for any consequences arising from the use thereof, or the information contained herein.

Printed and bound in China

987654321

KNOLL0024859

PROGRESSIVE MODERNISM

Ludwig Mies van der Rohe (1886–1969), one of the greatest figures in Modern Movement architecture and design, was enormously influential in creating the image of the modern city with his designs for towering glass and steel skyscrapers. His chair designs of the 1920s, however, are equally significant for his use of refined details,



daring minimalist forms, unerring sense of proportion and visual harmony, and, above all, for his creation of a universally appealing style, which makes his work as relevant today as when it was created. In many ways, his chairs are architecture in miniature – exercises in the use of space and of new materials – and were an intrinsic part of the interiors for which they were originally designed.

*Although his influential furniture pieces were designed in the 1920s, Mies van der Rohe's career as a leading architect in the United States continued into the 1950s.*

*The cantilevered "Brno" armchair (1930; below) was originally produced both in tubular steel (shown here) and in flat steel. Like many of Mies's chair designs, it is now manufactured by Knoll Associates.*

### EARLY ARCHITECTURAL CAREER

Throughout his career Mies was known less as a theorist than as a practical designer, and he himself described his work as "thoughts in action". Born in Aachen, Germany, he first worked as a stonemason in his family's business (1900–2). He studied architecture in Berlin, where he was strongly drawn to the early 19th-century Neo-Classical architecture of Karl Friedrich Schinkel. His earliest experience of working as an architect was in the studio of Bruno Paul (1905–7) and, like the other Modernist architects Le Corbusier and Walter Gropius, in the office of Peter Behrens (1908–11; see pp.94–7, 88–9 and 30–33). Mies set up his own architectural practice in Berlin in 1914.

### FIRST TUBULAR STEEL CHAIRS

From the beginning of his career Mies designed furniture for many of his buildings, and in 1920 created a very simple rosewood dining table and chairs for his own apartment in Berlin. It was only from the mid-1920s

*A small glass-topped coffee-table with an "X"-shaped frame of flat steel (1929). Its structural originality, use of new materials and bold modernity characterized all of the furniture designs that Mies created with the assistance of Lilly Reich at this time.*




LUDWIG MIES VAN DER ROHE



The interior of the Farnsworth House in Fox River, Illinois, built between 1946 and 1950 (left). Mies designed the minimalist interiors, incorporating wood panelling and marble, to reflect but not distract from the natural surroundings that were visible from every part of the house.

The interior of the German Pavilion (below), designed by Mies and built for the 1929 Barcelona International Exhibition. His famous "Barcelona" chair first gained international recognition at this event.

that he began to design the chairs that became "classics" of 20th-century furniture, even though they had been conceived for particular interiors. In 1927 he met the architect-designer Lilly Reich, a Bauhaus alumnus who had served as the first female member of the Deutscher Werkbund board in 1920. They collaborated on Mies's first version of a cantilevered chair with a tubular steel frame. Unlike the slightly earlier rectilinear designs of Mart Stam and Marcel Breuer (see pp.108–11), Mies's chair had a curved frame, which emphasized his interest in the aesthetic possibilities as well as the structural virtuosity of this new material. The chair was shown at the 1927 Weissenhofsiedlung in Stuttgart (see pp.112–13): an exhibition, directed by Mies, of model dwellings by leading Modernist architects.

### THE BARCELONA AND TUGENDHAT PROJECTS

Just two years later Mies and Reich designed their next important chair for Mies' German Pavilion for the Barcelona International Exhibition. Mies' small building – exceptionally simple in form but making use of rich materials such as brass and marble – also functioned as a reception area for King Alfonso XIII of Spain. The chair, intended as a modern throne, was made of a simple curved metal "X" frame inspired by Classical furniture, with black leather upholstery for the seat and back rest. As with everything Mies designed, the "Barcelona" chair and its matching stool and table were perfectly proportioned, with an air of elegance and authority (see right). Unlike other Modernist furniture of the time, the chair was not originally made for mass production; the frame was welded and polished by hand.

Between 1928 and 1930 Mies worked on the Tugendhat house at Brno, now in the Czech Republic, and, again with Reich, conceived two chairs for its interior. The "Tugendhat" chair (1929–30) featured a skeletal steel frame, constructed of chrome-plated bars screwed and welded together, and leather upholstery supported by leather straps. The "Brno" chair (see opposite, left) was another exercise in creating graceful forms with steel tubing, although a variation was also made with solid steel bars.



### LATER CAREER IN THE UNITED STATES

After 1930 Mies gave up designing tubular steel chairs, but the items that he had created over the previous decade, particularly the "Barcelona" chair, all attained the status of "classics" in later years – they were, and continue to be, produced by the American firm Knoll Associates. After a short period spent as Director of the Bauhaus school at its final headquarters in Berlin (1930–32), Mies moved to Chicago in 1938. The rest of his career was dedicated to promoting the Modernist style of architecture in the United States, resulting in such celebrated and rigorously Modernist buildings as the Farnsworth House (1946–50; see above, top) near Chicago, and the Seagram Building (1954–8) in New York.

KNOLL0024861