

# Chairs

George Nelson

KNOLL0024840

ACANTHUS PRESS REPRINT SERIES
THE 20TH CENTURY: LANDMARKS IN DESIGN

VOLUME 3

# Chairs

*edited, with an introduction by*

George Nelson

*with a new introduction by*

Stanley Abercrombie

ACANTHUS PRESS  New York 1994

KNOLL0024841

*Reprinted by:*

ACANTHUS PRESS

54 WEST 21ST STREET

NEW YORK, NY 10010

212 463 0750

BOOKS@ACANTHUSPRESS.COM

1ST REPRINT EDITION, 1994

2ND PRINTING, 1999

*Library of Congress Cataloging-in-Publication Data*

**Chairs** / edited, with an introduction by George Nelson; with a new introduction by Stanley Abercrombie.
  p.   cm.– (Acanthus reprint series)
(The 20th century–landmarks in design; v. 3)
Originally published: New York: Whitney Publication, 1953, in series: Interiors library; 2.
Includes index.
ISBN 0-926494-02-3: $55.00

1. Chair design–History–20th century.
I. Nelson, George, 1908–.   II. Series
III. Series: The 20th century–landmarks in design; v. 3.
NK2715.C435   1994
749'.32'0904–dc20                               93-26142
                                                            CIP

Printed in the USA

KNOLL0024842



Mies van der Rohe's "Barcelona" chair is named after the International Exposition held in that city in 1929, where his pavilion for the German government instantly gained world recognition as one of the great achievements of modern architecture. The chair, like all of his buildings and furniture, has been designed with the most painstaking attention to detail, and demands perfect execution. Its frame is of polished stainless steel; supporting straps are of saddle leather; the leather-covered cushions are self-welted. One of the most costly pieces in production, it has no substitute where the height of elegance is the aim of the interior designer. Manufacturer: Knoll Associates.

KNOLL0024843