ING WITH MODERN C

JHFCK

lzabeth Wilhide

ith photography by An

KNOLL0024844



# THE CHAIR



**Elizabeth Wilhide** with photography by **Andrew Wood**

WATSON-GUPTILL PUBLICATIONS / NEW YORK

KNOLL0024845



Senior designer  Ashley Western
Senior editor  Annabel Morgan
Location researcher  Kate Brunt
Stylist  Sally Conran
Production manager  Meryl Silbert
Head of design  Gabriella Le Grazie
Publishing director  Anne Ryland

Text copyright © 2000 Elizabeth Wilhide
Design and photographs copyright
© 2000 Ryland Peters & Small

Published in The United States in 2000
by Watson-Guptill Publications,
a division of BPI Communications, Inc.,
1515 Broadway, New York, N.Y. 10036

First published in 2000
by Ryland Peters & Small,
Cavendish House, 51–55 Mortimer Street,
London W1N 7TD

Library of Congress Catalog Card Number: 99-67359

ISBN 0-8230-3109-8

All rights reserved. No part of this publication may be
reproduced, stored in a retrieval system or transmitted
in any form or by any means—graphic, electronic, or
mechanical, including information storage and retrieval
systems—without the prior permission of the publisher.

Manufactured in China
First printing, 2000
1 2 3 4 5 6 7 8 9 / 07 06 05 04 03 02 01 00

KNOLL0024846

Case 3:07-cv-05569-MHP    Document 85-11    Filed 08/14/2008    Page 4 of 5

Ludwig Mies van der Rohe

# MIES VAN DER ROHE

Mies van der Rohe was one of the defining figures of twentieth-century design. His beautifully detailed and proportioned furniture as much as his severe, formal buildings in glass and steel have come to epitomize the international style.

Mies was born in Aachen, Germany, and trained as a mason and draftsman before moving to Berlin to study architecture, where he worked first for Bruno Paul and later, from 1908–11, with Peter Behrens. A fervent disciple of modernism, one of his early works was the German pavilion at the 1929 Barcelona Exhibition, with its rigorous use of the grid. Like the pavilion, the Tugendhat House, Brno, Czechoslovakia, which he designed in 1929–30, also featured his own furniture designs. In 1930 Mies became the last director of the Bauhaus, eventually fleeing Germany for the United States in 1938.

Mies taught at the Illinois Institute of Technology, Chicago, and designed several of the campus buildings. Other landmarks include the Farnsworth House, near Chicago (1946–50); apartments on Lake Shore Drive, Chicago (1946–59); and the stunning Seagram Building on Park Avenue, New York (1958).



### Barcelona chair, model no. MR90 (1929)
Manufacturer: Knoll

Designed for the German Pavilion at Barcelona and intended specifically as seating for King Alfonso XIII and his queen, the Barcelona chair is based on the design of an ancient classical folding stool. Like many of Mies's furniture designs, the chair was the result of a collaboration with an ex-Bauhaus student, Lilly Reich.

The X frame of the chair was originally made of chromed flat steel, which was hand-finished; today, high-quality stainless steel is used and hand-buffed to a mirror finish. The removable cushions are foam-filled, leather-upholstered, and deep-buttoned; there is also a matching stool. This elegant and beautifully proportioned chair has become a familiar feature of many corporate lobbies.

KNOLL0024847



This page and opposite With its intricate leatherwork and deep buttoned leather cushions, the Barcelona chair epitomizes modern luxury yet its simple, economical form is designed like a classical folding stool.

KNOLL0024848