

# MODERN FURNISHINGS FOR THE HOME

William J. Hennessey

New Introduction by
Stanley Abercrombie

Acanthus Press

KNOLL0024790

**Acanthus Press**
54 West 21st Street
New York, NY 10010
Tel: 212.463.0750
Fax: 212.463.0752

Library of Congress Cataloging-in-Publication Data

Hennessey, William J.
**Modern Furnishings for the Home** /
William J. Hennessey : with a new introduction by
Stanley Abercrombie.
    p. cm. — (Acanthus Press reprint series.
20th century, landmarks in design ; v. 7)
Originally published: New York : Reinhold, 1952.
ISBN 0-926494-12-0
1. House furnishings–History–20th century–Catalogs.
I. Title. II. Series.
NK2395.H46  1997
645'.09'04075–dc2                 97-10737
                               CIP

Printed in the USA

KNOLL0024791

No. 250   Barcelona Chair
Width: 29½"   Depth: 28¾"   Height: 29½"
Material: Frame — steel, chrome-plated with
saddle leather straps. Cushions —
self-welted top grain leather
Designer: Mies van der Rohe
Manufacturer: Knoll Associates, Inc.



69

KNOLL0024792