# The Modern Chair
## Classics in production

## Clement Meadmore


VAN NOSTRAND REINHOLD COMPANY
NEW YORK  CINCINNATI  TORONTO  LONDON  MELBOURNE

KNOLL0032326

Van Nostrand Reinhold Regional Offices:
New York  Cincinnati  Chicago  Millbrae  Dallas

Van Nostrand Reinhold International Offices:
London  Toronto  Melbourne

Library of Congress Catalog Card No. 74-17853

All rights reserved.

Manufactured in Great Britain

Published in the USA in 1975 by
Van Nostrand Reinhold Company
A Division of Litton Educational Publishing, Inc.
450 West 33rd Street, New York, NY 10001

16 15 14 13 12 11 10 9 8 7 6 5 4 3 2 1

Library of Congress Cataloging in Publication Data

Meadmore, Clement.
  The modern chair.

  1. Furniture design.  2. Chairs.  I. Title.
TS886.5.C45M42  1975      684.1'3      74-18399
ISBN 0-442-25305-2

KNOLL0032327

# Barcelona chair
**Mies van der Rohe**
Germany, 1929

This chair was designed by Mies van der Rohe for the German Government pavilion, which he designed for the Barcelona International Exhibition of 1929. The brief was to design a chair fit to receive a king, a dictator or an ambassador — it was to be a very important chair. The design succeeds in matching and conferring dignity — the Barcelona is elegant, costly and monumental.

The amount of hand work required in the making of this chair is staggering. The upholstery is composed of forty separately cut panels joined by narrow hand-sewn welts; the leather straps are held on by seventy-two screws each tapped and screwed into the metal frame through the ends of the straps; the stainless steel frame is all electric arc welded, hand finished, and polished to a perfect mirror finish. Apart from some machine sewing and the extruded-steel sections the chair is almost entirely hand-made, which explains its high purchase price. In spite of all this, the finished chair could never be said to emphasise, nor even to reveal its own production methods, nor has it any trace of 'hand-made by craftsmen' connotations.

There have been several modifications in the production since the original design. The chromed steel has been replaced by polished stainless steel, and the cotton, burlap and horsehair filling of the upholstery has been superceded by foam rubber. This has resulted in an even more long lasting chair, with virtually nothing to wear out.

The Barcelona is a fine chair, and has a marvellously generous scale. The solid metal section of the double X shaped frame makes it a very heavy chair, a fact belied by the visual effect of its beautiful formal balance.

Mies van der Rohe's approach here has been likened to gothic architecture, with its cathedral-like skeletons of exposed, flowing, linear structures. In his

62

KNOLL0032328



KNOLL0032329

own architecture, however, the structure is purely rectilinear, but the details are worked out with a finesse that is indeed comparable to gothic stone detailing. (This is particularly apparent in buildings such as Farnworth House, Crown Hall, the Institute of Technology of Chicago, and the new National Gallery of Berlin.)

The Barcelona chair is at its best in an open space, where it can be appreciated from a distance away, or where it can be seen from a low angle.



64

KNOLL0032330

**Chaise longue**
originally made by Gebrüder Thonet; now by Cassina, Milan

**Grand Confort**
originally made by Gebrüder Thonet; now by Cassina, Milan

**Barcelona chair**
Knoll International, East Grenville, U.S.A.

**Tugendhat chair**
Cassina, Milan

**Brno chair**
Knoll International

**Armchair 406**
Artek, Helsinki

**Zig-zag chair**
G. A. van der Groenekan, Holland; and now Cassina, Milan

**Landi**
P & W Blattman, Zurich

**LCM chair**
Herman Miller International Collection

**Dining chairs**
Herman Miller International Collection

**THE chair**
Johanes Hansen, Copenhagen

**T chair**
Laverne International, New York; Wilhelm Bofinger, Stuttgart

**Lounge chair 670**
Herman Miller International Collection

**Sheriff chair**
OCA, Rio de Janeiro

**Panton stacking chair**
Herman Miller International Collection

**Armchair 19**
Cassina, Milan

**Armchair 12**
E. Kold Christensen A/S, Copenhagen; and Herman Miller, U.S.A.

**B-167-3 Lounge chair**
Artifort, Maastrict

190

KNOLL0032332

**Chaise longue**
originally made by Gebrüder Thonet; now by Cassina, Milan

**Grand Confort**
originally made by Gebrüder Thonet; now by Cassina, Milan

**Barcelona chair**
Knoll International, East Grenville, U.S.A.

**Tugendhat chair**
Cassina, Milan

**Brno chair**
Knoll International

**Armchair 406**
Artek, Helsinki

**Zig-zag chair**
G. A. van der Groenekan, Holland; and now Cassina, Milan

**Landi**
P & W Blattman, Zurich

**LCM chair**
Herman Miller International Collection

**Dining chairs**
Herman Miller International Collection

**THE chair**
Johanes Hansen, Copenhagen

**T chair**
Laverne International, New York; Wilhelm Bofinger, Stuttgart

**Lounge chair 670**
Herman Miller International Collection

**Sheriff chair**
OCA, Rio de Janeiro

**Panton stacking chair**
Herman Miller International Collection

**Armchair 19**
Cassina, Milan

**Armchair 12**
E. Kold Christensen A/S, Copenhagen; and Herman Miller, U.S.A.

**B-167-3 Lounge chair**
Artifort, Maastrict

190

KNOLL0032332





65

KNOLL0032331