

THE AMERICAN INSTITUTE OF ARCHITECTS

RAMSEY AND SLEEPER

ARCHITECTURAL GRAPHIC STANDARDS

SIXTH EDITION

KNOLL0027761