EXHIBIT A

**From:** Khachatourian, Karineh
**Sent:** Monday, August 18, 2008 2:28 PM
**To:** Burde, Samantha
**Cc:** ADM - Litigation - Palo Alto Office
**Subject:** FW: Box removal


-----Original Message-----
From: armando@gslcopy.com [mailto:armando@gslcopy.com]
Sent: Monday, August 18, 2008 2:21 PM
To: Khachatourian, Karineh
Subject: Box removal

With the intention of protecting  Golden State Legal from any damages or liability by way
of miss placed or missed imaged documents, I must advise you know that this morning in my
presence, boxes of documents were removed from the conference room where we are scanning.
No documents have been scanned from these boxes, marked RA's. Golden State Legal can offer
no guarantee or warranty that all requested documents have been captured or scanned.
Armando Dominguez
Golden State Legal
550 College Ave
Palo Alto, Ca 94306
650-424-8900
100 Pine St.
San Francisco, Ca. 94111
415-421-6900
Sent via BlackBerry by AT&T

1

EXHIBIT B

**From:**  Khachatourian, Karineh
**Sent:**  Monday, August 18, 2008 4:21 PM
**To:**  'phil@greenandgreen.com'
**Cc:**  'Neil Smith'; 'Michelle Hirth'; 'Beverly Robin Green'; George Gottlieb; 'Marc Misthal'
**Subject:** RE: Document Inspection - This Requires Your Immediate Attention

Dear Phil;

I have an email from Armando to the contrary. Armando specifically told Alphaville that he did not know if we needed those boxes and to ask the attorneys, and instead we heard nothing from you and Alphaville has engaged in self help. Your response below does nothing to remedy the spoliation issues that have occurred here. No Alphaville personnel should be permitted in that room period while it is being used as a document repository and nothing should be touched. Despite my many emails to you, this conduct continues and your response below is not only inaccurate but does nothing to resolve the issue.

Armando is a copy vendor, he is not there to move boxes around for Alphaville or answer questions on Knoll's behalf. Alphaville and your staff need to be instructed to stop asking him questions about the boxes, and to direct all those types of inquiries to me through you.

**From:** Philip Green [mailto:phil@greenandgreen.com]
**Sent:** Monday, August 18, 2008 4:15 PM
**To:** Khachatourian, Karineh
**Cc:** 'Neil Smith'; 'Michelle Hirth'; 'Beverly Robin Green'
**Subject:** RE: Document Inspection - This Requires Your Immediate Attention
**Importance:** High

Here is what I know:

RAs are return authorizations and these are working boxes. Armando and his people from YOUR copy service told the Alphaville RA coordinator that he did not need and that you had not used the RAs yet. The boxes were used to add RA documents to them, in the normal course of Alphaville business. The older RA boxes that have been located will also be brought to your room, with Armando's help. The ones removed and added to it. So this is a box Armando said you have not seen, nothing was removed and RAs (new ones) were added.

Philip Green
Law Offices of Green & Green
Main Office: (415) 457-8300 X 11
MARIN COUNTY:
1000 4th Street Suite 595
San Rafael, CA 94901
SAN FRANCISCO:
1 Embarcadero Center
Suite 500, SF, CA 94111
>>CONFIDENTIALITY NOTICE: DO NOT FORWARD THIS EMAIL! This email is intended only for the addressee(s) named as recipients. This is a LEGALLY PRIVILEGED communication and may contain trade secrets and privileged attachments. If you received this is error, please destroy it and take all reasonable measures to prevent unauthorized access, copying or any onward transfer. Please notify the sender of this error, and you can be removed from this mail list for free, by email to: remove@greenandgreen.com. IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

Please consider the environment before printing this email 

Fax: (415) 457-8757
phil@greenandgreen.com
www.thatsentertainment.biz
www.greenandgreen.com

**From:** Khachatourian, Karineh [mailto:KKhachatourian@mintz.com]
**Sent:** Monday, August 18, 2008 3:39 PM
**To:** phil@greenandgreen.com
**Cc:** Neil Smith; Michelle Hirth; Marc Misthal; George Gottlieb
**Subject:** RE: Document Inspection - This Requires Your Immediate Attention

Dear Phil;

That is hardly an excuse. I have mentioned this concern to you for weeks and you have not responded at all, and now we have concrete evidence of spoliation, more so than we had before. AS I explained on Thursday, I saw an Alphaville employee enter the conference. Then I receive a re room in my presence to add or return documents. I have no idea now if there are documents removed, added, etc. or whether we have scanned everything we flagged. I then wrote you a note about questions from the vendor received from Alphaville asking to remove the RA boxes to "update them". Still no response from you. And now we are told by the vendor that the boxes have moved. This is completely unacceptable.

**From:** Philip Green [mailto:phil@greenandgreen.com]
**Sent:** Monday, August 18, 2008 3:24 PM
**To:** Khachatourian, Karineh
**Cc:** 'Neil Smith'; 'Michelle Hirth'
**Subject:** RE: Document Inspection - This Requires Your Immediate Attention
**Importance:** High

I will check into this. As you must realize the documents you are copying are "working" documents so that if, for example, a return is made, Alphaville needs to trace it back to its origins and shipping information, so those documents may need to be looked at. I will get back to you in detail as soon as I know what happened with the ones you mention the RAs.

**Philip Green**
**Law Offices of Green & Green**
Main Office: (415) 457-8300 X 11
MARIN COUNTY:
1000 4th Street Suite 595
San Rafael, CA 94901
SAN FRANCISCO:
1 Embarcadero Center
Suite 500, SF, CA 94111
>>CONFIDENTIALITY NOTICE: DO NOT FORWARD THIS EMAIL! This email is intended only for the addressee(s) named as recipients. This is a LEGALLY PRIVILEGED communication and may contain trade secrets and privileged attachments. If you received this is error, please destroy it and take all reasonable measures to prevent unauthorized access, copying or any onward transfer. Please notify the sender of this error, and you can be removed from this mail list for free, by email to: remove@greenandgreen.com. IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

Please consider the environment before printing this email 

Fax: (415) 457-8757
phil@greenandgreen.com
www.thatsentertainment.biz
www.greenandgreen.com

8/18/2008

**From:** Khachatourian, Karineh [mailto:KKhachatourian@mintz.com]
**Sent:** Monday, August 18, 2008 2:23 PM
**To:** phil@greenandgreen.com
**Cc:** Marc Misthal; George Gottlieb; Neil Smith
**Subject:** Document Inspection - This Requires Your Immediate Attention
**Importance:** High

Dear Phil;

We have just been informed that at 10am this morning Alphaville staff removed the RA boxes from the conference room. Since you have not responded to any of our requests on this subject, we have no choice but to bring this matter to the Court's attention.  Please accept this as your formal notice.


Karineh Khachatourian
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC
1400 Page Mill Road
Palo Alto, CA 94304
Tel:  (650) 251-7717
Fax: (650) 251-7739


-------------------------------------------------------------

IRS CIRCULAR 230 NOTICE

In compliance with IRS requirements, we inform you that any U.S. tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties or in connection with marketing or promotional materials.

-------------------------------------------------------------

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify Mintz, Levin, Cohn, Ferris, Glovsky and Popeo immediately at either (617) 542-6000 or at ISDirector@Mintz.com, and destroy all copies of this message and any attachments. You will be reimbursed for reasonable costs incurred in notifying us.

-------------------------------------------------------------

IRS CIRCULAR 230 NOTICE

In compliance with IRS requirements, we inform you that any U.S. tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties or in connection with marketing or promotional materials.

-------------------------------------------------------------

8/18/2008

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify Mintz, Levin, Cohn, Ferris, Glovsky and Popeo immediately at either (617) 542-6000 or at ISDirector@Mintz.com, and destroy all copies of this message and any attachments. You will be reimbursed for reasonable costs incurred in notifying us.

EXHIBIT C

| From: | Khachatourian, Karineh |
|---|---|
| **Sent:** | Monday, August 18, 2008 10:18 AM |
| **To:** | 'phil@greenandgreen.com' |
| **Cc:** | 'Marc Misthal'; George Gottlieb |
| **Subject:** | FW: Alphaville v Knoll NEED IMMEDIATE RESPONSE PLEASE |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Dear Phil;

I am still waiting for a response to the below. Moreover, apparently on Friday, Alphaville personnel asked GSLC if certain of the RA boxes could be moved so they could be "updated." Given what I saw on Thursday with Alphaville personnel placing documents in the RA boxes, and this latest inquiry, clearly the representations you have made to the Court are false. Please be advised that absolutely no boxes should be moved, and if they need to be updated then those documents need to be provided to us in another fashion. Moreover, any communications about this document review should not be made to the vendor, or my legal personnel, but rather the attorneys in charge on both sides. If I do not receive a response, I will have no choice but to file an ex parte application addressing the spolitation issues that continue to persist.

Finally, after reading your response to the miscellaneous admin request, you know full well that I added additional personnel to the project at YOUR request. If you now wish for these people and additional scanners not be be present, please advise at once and I will continue the document inspection with one scanner and two reviewers, which will double or triple the completion time.

Despite the deposition tomorrow, the document review will continue as scheduled and I will be sending three people from my office as well as the GSLC crew that have already been on the job. If you do not wish for us to double our efforts to accomodate Dan and your request, please let me know and I will minimize the crew to just two reviewers and one scanner.

**From:** Khachatourian, Karineh
**Sent:** Thursday, August 14, 2008 9:22 PM
**To:** 'phil@greenandgreen.com'
**Cc:** 'Neil Smith'; 'Marc Misthal'; George Gottlieb
**Subject:** RE: Alphaville v Knoll NEED IMMEDIATE RESPONSE PLEASE
**Importance:** High
**Sensitivity:** Confidential

Dear Phil;

I have not had a chance to review your letter in substance but I am still waiting for you to respond to when and how you will be producing the following:

- RAs pre 2006
- Emails from Alphaville employees and the sales and customerservice central mailboxes from 2003 to the present and what are your search terms going to be
- Catalogs from 2003 - 2007
- Communications between Alphaville and its customers about this lawsuit, Knoll, or the trademarks

8/18/2008

- Other cease and desist letters Alphaville has received and any responses provided.
- Instructions given to customers on how to assemble the final product
- I wish to take pictures of the furniture in the actual box(which you agreed to allow me to do)
- In providing emails, it appears Mr. Lee has various email accounts including his blackberry, and a different email exchange for the Alphaville China office -- I want to make sure those are included and that the China office is also being included as part of your search
- Any communications and Email Communications between Alphaville and its China manufacturer concerning the Barcelona Collection.
- Emails from the Yahoo! Store and what your search terms will be

---

**From:** Philip Green [mailto:phil@greenandgreen.com]
**Sent:** Thursday, August 14, 2008 6:13 PM
**To:** Khachatourian, Karineh
**Cc:** 'Neil Smith'
**Subject:** Alphaville v Knoll NEED IMMEDIATE RESPONSE PLEASE
**Importance:** High
**Sensitivity:** Confidential

I emailed this earlier but you may not have gotten it as you were at Alphaville – I also faxed it and again email to you, for immediate response thanks.

Philip Green
Law Offices of **Green & Green**
Main Office: (415) 457-8300 X 11
MARIN COUNTY:
1000 4th Street Suite 595
San Rafael, CA 94901
SAN FRANCISCO:
1 Embarcadero Center
Suite 500, SF, CA 94111

>>CONFIDENTIALITY NOTICE: DO NOT FORWARD THIS EMAIL! This email is intended only for the addressee(s) named as recipients.  This is a LEGALLY PRIVILEGED communication and may contain trade secrets and privileged attachments. If you received this is error, please destroy it and take all reasonable measures to prevent unauthorized access, copying or any onward transfer. Please notify the sender of this error, and you can be removed from this mail list for free, by email to: remove@greenandgreen.com.
IRS CIRCULAR 230 NOTICE:  To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

**Please consider the environment before printing this email** 

Fax: (415) 457-8757
phil@greenandgreen.com
www.thatsentertainment.biz
www.greenandgreen.com

EXHIBIT D

**From:** Philip Green [mailto:phil@greenandgreen.com]
**Sent:** Wednesday, August 13, 2008 11:12 PM
**To:** Khachatourian, Karineh
**Subject:** RE: DOCU PRODUCTION THURSDAY?
**Importance:** High
**Sensitivity:** Confidential

Thank you for the reply. Dan will be there THURSDAY, (Aug 14) and ONLY your vendor may be there Friday.
Then you may resume Tuesday – Vendor may scan Monday.

Philip Green
Law Offices of **Green & Green**
Main Office: **(415) 457-8300 X 11**
<u>MARIN COUNTY</u>:
**1000 4th Street Suite 595**
**San Rafael, CA 94901**
<u>SAN FRANCISCO</u>:
**1 Embarcadero Center**
**Suite 500, SF, CA 94111**
<u>>>CONFIDENTIALITY NOTICE: DO NOT FORWARD THIS EMAIL!</u> This email is intended only for the addressee(s) named as recipients. This is a LEGALLY PRIVILEGED communication and may contain trade secrets and privileged attachments. If you received this is error, please destroy it and take all reasonable measures to prevent unauthorized access, copying or any onward transfer. Please notify the sender of this error, and you can be removed from this mail list for free, by email to: <u>remove@greenandgreen.com</u>.
<u>IRS CIRCULAR 230 NOTICE:</u> To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

**Please consider the environment before printing this email** 

Fax: (415) 457-8757
<u>phil@greenandgreen.com</u>
<u>www.thatsentertainment.biz</u>
<u>www.greenandgreen.com</u>

**From:** Khachatourian, Karineh [mailto:KKhachatourian@mintz.com]
**Sent:** Wednesday, August 13, 2008 5:40 PM
**To:** phil@greenandgreen.com; George Gottleib KNOLL; Marc P. Misthal
**Subject:** RE: DOCU PRODUCTION THURSDAY?
**Sensitivity:** Confidential

Dear Phil;

8/18/2008

Per my previous email, while we strenuously object to this procedure, we plan on being there tomorrow and Friday and wish to return Monday through Friday of next week and be permitted to begin earlier so that we can finish the process as soon as possible. On the current course, we will not be completed this week or even next week and the case management schedule will be in jeopardy. And then there are all the other issues I have raised to you numerous times that you have yet to respond to such as:

- Spoliation issues and assurances that Alphaville personnel will not have access to that conference room in our absence;
- When are the other documents and electronic information like emails going to be made available and how including RAs prior to 2006 and emails mentioning Knoll, product catalogs from 2003 - 2008, correspondence with customers concerning Knoll's trademarks, the Barcelona collection, or other cease and desist letters received from those other than Knoll and any responses.

Your no responsiveness, and this restrictive procedure that has absolutely no basis in law or common sense, is what is causing the delay, which is why we need the judge to intervene here.

---

**From:** Philip Green [mailto:phil@greenandgreen.com]
**Sent:** Wednesday, August 13, 2008 5:24 PM
**To:** Khachatourian, Karineh; 'George Gottleib KNOLL'; 'Marc P. Misthal'
**Subject:** DOCU PRODUCTION THURSDAY?
**Importance:** High
**Sensitivity:** Confidential

I need to know please, whether you and/or your scanner vendor will be at Alphaville Thursday. Please let me know by email asap thanks. You were not able as I understand it to arrange to go there today, and of course next week, Tues-Thursday, are also available.

Philip Green
Law Offices of **Green & Green**
Main Office: (415) 457-8300 X 11
<u>MARIN COUNTY:</u>
1000 4th Street Suite 595
San Rafael, CA 94901
<u>SAN FRANCISCO:</u>
1 Embarcadero Center
Suite 500, SF, CA 94111

>>CONFIDENTIALITY NOTICE: DO NOT FORWARD THIS EMAIL! This email is intended only for the addressee(s) named as recipients. This is a LEGALLY PRIVILEGED communication and may contain trade secrets and privileged attachments. If you received this is error, please destroy it and take all reasonable measures to prevent unauthorized access, copying or any onward transfer. Please notify the sender of this error, and you can be removed from this mail list for free, by email to: <u>remove@greenandgreen.com</u>. IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

**Please consider the environment before printing this email** 

Fax: (415) 457-8757
phil@greenandgreen.com
www.thatsentertainment.biz
www.greenandgreen.com

---------------------------------------------------------------

IRS CIRCULAR 230 NOTICE

In compliance with IRS requirements, we inform you that any U.S. tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties or in connection with marketing or promotional materials.

----------------------------------------------------------------

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify Mintz, Levin, Cohn, Ferris, Glovsky and Popeo immediately at either (617) 542-6000 or at ISDirector@Mintz.com, and destroy all copies of this message and any attachments. You will be reimbursed for reasonable costs incurred in notifying us.

EXHIBIT E

| | |
|---|---|
| **From:** | Khachatourian, Karineh |
| **Sent:** | Wednesday, August 13, 2008 9:42 AM |
| **To:** | 'phil@greenandgreen.com' |
| **Cc:** | George Gottlieb; 'Marc Misthal' |
| **Subject:** | RE: Resume Document Production at Alphaville?? |
| | |
| **Sensitivity:** | Confidential |

Dear Phil;

Obviously you are only now responding on this because we filed a motion but your conduct
is hardly reasonable particularly since you expect us to drop everything whenever it is
convenient for you --- you cannot be serious that your last minute approval for us to
review documents today -- an invitation last night at 5pm is hardly reasonable given the
different moving parts which have been required by your conduct. Notwithstanding, you
have misread the declaration. We need at least 5 business days at ordinary business hours
(not 10 to 4) to complete the scanning of the remaining reviewed documents,this does not
include review of the remaining unreviewed 46 boxes, which will require additional time to
review and then more time to scan. Your latest proposal does not obviate the need to
speak to the judge on this.

Moreover, I have absolutely no understanding for Alphaville as this is the procedure you
required. I did not choose to have these documents reviewed at Alphaville. I did not
choose to have these provided in hard copy, even though they are available electronically,
I did not choose that both attorneys and David and Peggy Lee had to be present and so on
and so forth. The restrictions you have put forth have no basis is law or common sense.
If Alphaville wishes for this document review to end, then remove the restrictions,
provide the documents, and let's all move towards summary judgment. This is all of your
making, and if it inconveniences your client, that has absolutely nothing to do with us.
You could have made different choices, such as providing the documents at Sheppard Mullin,
reviewing them and producing them yourself, or allowing us to remove the documents from
the building.

Notwithstanding, you still have not addressed the spoliation issues   Alphaville has made
its conference room a repository, and therefore, no Alphaville personnel should be
permitted to go in there.

And you still do not address Alphaville's omission of highly relevant information such as
the lack of production of electronic documents as well as Return Authorizations pre 2006.
The fact that I have had to ask for weeks for a simple cease and desist letter from Herman
Miller, product catalogs from 2003 to the present, or correspondence between Alphaville
and its customers about this litigation is ridiculous. Because of your client's conduct,
we will now have to subpoena Alphaville's customers because of your refusal to produce
what we all know your client retained.

As a result, the issues raised in our motion remain ripe, and on the current course, with
so= many documents not provided, the restrictive schedule and procedure, and the
spoliation issues, the current case schedule dates remain in jeopardy.

Since you are clearly attempting to create a record for your opposition, although I do not
know why you would oppose a request for status conference, please make sure you represent
our response and your conduct accurately.

-----Original Message-----
From: Philip Green [mailto:phil@greenandgreen.com]
Sent: Tuesday, August 12, 2008 9:34 PM
To: Khachatourian, Karineh
Subject: RE: Resume Document Production at Alphaville??
Importance: High
Sensitivity: Confidential

1

We agreed to allow you to continue your review of documents at Alphaville.  Specifically, as before, we agree that you may  continue reviewing documents from 10:00 am to 4:00 pm Wednesday and Thursday this week (8/13-8/15) and Tues-Thursday next.  You indicate in your declaration that you require 5 days to complete the review, so we believe the following additional days for document review should do it:  either (a) Wednesday and Thursday of this week (8/13 & 8/14) and three days next week; or (b) Wednesday, Thursday and Friday (8/13-8/15) and two days next week.  Armando ONLY (and if necessary a non-legal assistant) may catch up with you this Friday and next Friday if need be.  As I have told you, Alphaville must be able to continue its business during this litigation and this document production.  As you know, you are using the only conference room at Alphaville's offices and there is no other reasonable place for you to review documents there AND there is really no place at Alphaville where they can conduct business outside of your proximity or earshot while you are there.  You saw the huge open space where personnel need to be able to talk freely. As you must certainly understand, Alphaville cannot conduct its confidential business matters in the presence or hearing of counsel for a competing furniture manufacturer.  Accordingly, Alphaville needs at least a minimum of time each day in which to conduct its business outside of your present.  Further, the Lees wish to be and have a right to be present while you are there.  We want myself or Dan (my assistant) there while you are there personally also, but Armando may go to scan - I will talk to Alphaville personnel to determine whether Armando can be there earlier than 10 or later than 4, but will need to let you know on that. We are being more than reasonable.


Philip Green
Law Offices of Green & Green
Main Office: .(415) 457-8300 X 11
MARIN COUNTY:
1000 4th Street Suite 595
San Rafael, CA 94901
SAN FRANCISCO:
1 Embarcadero Center
Suite 500, SF, CA 94111

>>CONFIDENTIALITY NOTICE: DO NOT FORWARD THIS EMAIL! This email is intended only for the addressee(s) named as recipients.  This is a LEGALLY PRIVILEGED communication and may contain trade secrets and privileged attachments. If you received this is error, please destroy it and take all reasonable measures to prevent unauthorized access, copying or any onward transfer. Please notify the sender of this error, and you can be removed from this mail list for free, by email to: remove@greenandgreen.com.
IRS CIRCULAR 230 NOTICE:  To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).
Please consider the environment before printing this email  P


Fax: (415) 457-8757
phil@greenandgreen.com
www.thatsentertainment.biz
www.greenandgreen.com


-----Original Message-----
From: Khachatourian, Karineh [mailto:KKhachatourian@mintz.com]
Sent: Tuesday, August 12, 2008 7:58 PM
To: phil@greenandgreen.com
Subject: RE: Resume Document Production at Alphaville??
Sensitivity: Confidential


Dear Phil;

Why can't someone from Sheppard attend?  This is really ridiculous and why we really need the Judge's intervention here.

Please also respond to the various issues I raise below.  I cannot have Alphaville tampering with these documents, or failing to provide electronic information.  I presume all have been preserved.  Thank you.

From: Philip Green [mailto:phil@greenandgreen.com]
Sent: Tue 8/12/2008 7:56 PM
To: Khachatourian, Karineh
Subject: RE: Resume Document Production at Alphaville??


Only Thursday then - as I cannot send Dan Friday and I also cannot attend that day. As I
have told you my clients want one of its attorneys  or legal assistant there when you are,
however Armando may come Friday along with his helper, but no attorney without an
Alphaville attorney or legal assistant present, thanks. We can also, now that I am back,
arrange for next week (Tu-Thrs).

Philip Green
Law Offices of Green & Green
Main Office: (415) 457-8300 X 11
MARIN COUNTY:
1000 4th Street Suite 595
San Rafael, CA 94901
SAN FRANCISCO:
1 Embarcadero Center
Suite 500, SF, CA 94111
>>CONFIDENTIALITY NOTICE: DO NOT FORWARD THIS EMAIL! This email is intended only for the
addressee(s) named as recipients.  This is a LEGALLY PRIVILEGED communication and may
contain trade secrets and privileged attachments. If you received this is error, please
destroy it and take all reasonable measures to prevent unauthorized access, copying or any
onward transfer. Please notify the sender of this error, and you can be removed from this
mail list for free, by email to: remove@greenandgreen.com.
IRS CIRCULAR 230 NOTICE:  To ensure compliance with requirements imposed by the Internal
Revenue Service, we inform you that any U.S. tax advice contained in this communication
(or in any attachment) is not intended or written to be used, and cannot be used, for the
purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting,
marketing or recommending to another party any transaction or matter addressed in this
communication (or in any attachment).
Please consider the environment before printing this email  ?

Fax: (415) 457-8757
phil@greenandgreen.com
www.thatsentertainment.biz
www.greenandgreen.com

-----Original Message-----
From: Khachatourian, Karineh [mailto:KKhachatourian@mintz.com]
Sent: Tuesday, August 12, 2008 6:55 PM
To: phil@greenandgreen.com
Subject: RE: Resume Document Production at Alphaville??
Sensitivity: Confidential

Dear Phil;

Because of the short notice, I have not be able to reassemble the team for tomorrow.  I
will try to put together a team for Thursday and Friday, but given the schedules of
various individuals, including the third party vendors, I will do the best I can.  I also
need assurances that the people at Alphaville are not tampering with the documents in the
conference room, as that has become a concern. And we need assurances that this review can
continue until completed as it is difficult to schedule out vendors, paralegals and
attorneys to travel to Fremont and refuse other work on such short notice and for such
short time periods.  Please note that we still believe a status conference with the judge
is necessary, as your offer illustrates why this procedure is threatening the current
dates, is burdensome, is escalating costs for everyone and is just not working.  We can't
just drop everything because you have decided to send an email at 5pm after I have been
trying to schedule this for some time, and arrange for the continuation of the review,
when there was absolutely no legitimate reason why it should have been stalled in the
first place.

3

We also continue to have serious concerns with the documents that have been made available. We need access to Alphaville's electronic data including emails from the sales and customerservice email boxes. We also need all cease and desist letters Alphaville has received from anyone and the response, emails and documents concerning this lawsuit to customers and potential customers for example. Many of the documents we have reviewed are also missing pages.....which I presume you maintain in electronic form anyway. Knoll will ultimately get access to these documents as they are highly relevant to the issues presented on summary judgment. If Alphaville is such a small operation that cannot afford litigation, it is in your clients interests then to cooperate, rather than create unneccessary disputes. We have provided you with all the information you requested in a timely m anner, and we had expected you would do the same, which is clearly not the case.

Please get back to me as soon as possible on the above. Thank you.

_____

From: Philip Green [mailto:phil@greenandgreen.com]
Sent: Tue 8/12/2008 4:41 PM
To: Khachatourian, Karineh
Cc: 'Neil Smith'
Subject: Resume Document Production at Alphaville??


Are planning to resume your document inspection at Alphaville Fremont tomorrow? You are welcome 10 am - 4pm BUT you must let me know by 7pm tonight so I can schedule it thanks. You may Also schedule for Thursday. Armando may also be there Friday.


Philip Green

Law Offices of Green & Green

Main Office: (415) 457-8300 X 11

MARIN COUNTY:

1000 4th Street Suite 595

San Rafael, CA 94901

SAN FRANCISCO:

1 Embarcadero Center

Suite 500, SF, CA 94111
>>CONFIDENTIALITY NOTICE: DO NOT FORWARD THIS EMAIL! This email is intended only for the addressee(s) named as recipients. This is a LEGALLY PRIVILEGED communication and may contain trade secrets and privileged attachments. If you received this in error, please destroy it and take all reasonable measures to prevent unauthorized access, copying or any onward transfer. Please notify the sender of this error, and you can be removed from this mail list for free, by email to: remove@greenandgreen.com
<mailto:remove@greenandgreen.com> .

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).
Please consider the environment before printing this email  P


Fax: (415) 457-8757
phil@greenandgreen.com <mailto:phil@greenandgreen.com> www.thatsentertainment.biz

<http://www.thatsentertainment.biz/>
www.greenandgreen.com <http://www.greenandgreen.com/>

---------------------------------------------------------------

IRS CIRCULAR 230 NOTICE

In compliance with IRS requirements, we inform you that any U.S. tax advice contained in
this communication is not intended or written to be used, and cannot be used, for the
purpose of avoiding tax penalties or in connection with marketing or promotional
materials.

---------------------------------------------------------------

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message
are intended for the exclusive use of the addressee(s) and may contain confidential or
privileged information.  If you are not the intended recipient, or the person responsible
for delivering the e-mail to the intended recipient, be advised you have received this
message in error and that any use, dissemination, forwarding, printing, or copying is
strictly prohibited.  Please notify Mintz, Levin, Cohn, Ferris, Glovsky and Popeo
immediately at either (617) 542-6000 or at ISDirector@Mintz.com, and destroy all copies of
this message and any attachments.  You will be reimbursed for reasonable costs incurred in
notifying us.

---------------------------------------------------------------

IRS CIRCULAR 230 NOTICE

In compliance with IRS requirements, we inform you that any U.S. tax advice contained in
this communication is not intended or written to be used, and cannot be used, for the
purpose of avoiding tax penalties or in connection with marketing or promotional
materials.

---------------------------------------------------------------

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message
are intended for the exclusive use of the addressee(s) and may contain confidential or
privileged information.  If you are not the intended recipient, or the person responsible
for delivering the e-mail to the intended recipient, be advised you have received this
message in error and that any use, dissemination, forwarding, printing, or copying is
strictly prohibited.  Please notify Mintz, Levin, Cohn, Ferris, Glovsky and Popeo
immediately at either (617) 542-6000 or at ISDirector@Mintz.com, and destroy all copies of
this message and any attachments.  You will be reimbursed for reasonable costs incurred in
notifying us.

EXHIBIT F

```
-----Original Message-----
From: Armando Dominguez [mailto:armando@gslcopy.com]
Sent: Thursday, August 07, 2008 8:18 PM
To: Khachatourian, Karineh
Subject: RE: Vendor at Alphaville
```

Ms. Khachatourian,
Given the volume of documents, the very limited access to the documents and restricted hours placed upon Golden State Legal, it is not humanly possible to complete this project by tomorrow. As you know I have doubled our efforts by adding an additional scanning station and operator. With the selected documents thus far, I estimate approximately 3 to 5 normal working business days to complete the work. This does not include any additional documents of which I counted approximately 40-45 unviewed boxes.
My team and I will do our very best to complete as much as possible tomorrow but that is the extent of what I can promise.
If you have any question please feel free to call or email.
Regards,
Armando Dominguez
Golden State Legal
550 College Ave.
Palo Alto, Ca. 94306
650-424-8900
415-370-4079

```
-----Original Message-----
From: Khachatourian, Karineh [mailto:KKhachatourian@mintz.com]
Sent: Thursday, August 07, 2008 5:34 PM
To: armando@gslcopy.com
Subject: FW: Vendor at Alphaville
```


```
-----Original Message-----
From: Phil Green [mailto:phil@greenandgreen.com]
Sent: Thursday, August 07, 2008 4:23 PM
To: Khachatourian, Karineh
Subject: Vendor at Alphaville
```

If your vendor will finish Friday he only may go to finish your scans.

LEGALLY PRIVILEGED. This email is only intended for addresee. Email phil@iplegal.com to notify sender.  Have TREO will travel..


-------------------------------------------------------------

IRS CIRCULAR 230 NOTICE

In compliance with IRS requirements, we inform you that any U.S. tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties or in connection with marketing or promotional

materials.

------------------------------------------------------------------

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message
are intended for the exclusive use of the addressee(s) and may contain confidential or
privileged information.  If you are not the intended recipient, or the person responsible
for delivering the e-mail to the intended recipient, be advised you have received this
message in error and that any use, dissemination, forwarding, printing, or copying is
strictly prohibited.  Please notify Mintz, Levin, Cohn, Ferris, Glovsky and Popeo
immediately at either (617) 542-6000 or at ISDirector@Mintz.com, and destroy all copies of
this message and any attachments.  You will be reimbursed for reasonable costs incurred in
notifying us.

EXHIBIT G

From:           Khachatourian, Karineh
Sent:           Wednesday, August 06, 2008 9:07 AM
To:             'Phil Green'
Cc:             'Marc Misthal'; George Gottlieb
Subject:        RE: No hours extension.

Importance:     High

Follow Up Flag: Follow up
Flag Status:    Completed


Dear Phil;

It is hardly a benefit to me.  This is by far the most difficult, and restrictive document
review procedure I have ever seen in my entire career and it is adding costs for both
parties.  The review must go through for the next few weeks or we will never finish.
Despite all the additional people we have added, the time period is just too restrictive.
Frankly, we are doing your job...you should have reviewed these documents and produced
them as we did for you.  Instead you have refused to allow us to transport these boxes,
and required as to bring in on site vendors, restricted the days we can review and have
been very inconsistent on the terms.  You had told me that we could review for the whole
week, then you cut back Monday and now you are trying to cut back Friday.  I have made
arrangements with other persons schedules, and we must continue with no further day or
time restrictions.  We have doubled the vendors and reviewers. We have asked that you
allow the vendor to have extended hours so that they can keep up with the scanning and
reviewing.  Your excuse has been that David and Peggy Lee insist on being at the
office....yet you have refused me access when they have actually been in the office, and
you have restricted my review to shorter than business hours.   Finally, I believe that
most of the documents we are reviewing are also available electronically, and you have
absolutely no excuse for putting us through this arduous and unreasonable process.  Please
be advised that if you do not let us continue day to day until completed, under these
restrictive hours, I will file an ex parte motion with the court this week and I am going
to ask that Alphaville pay our costs.  Alphaville's discovery conduct to date has been
nothing short of outrageous and the abuse continues with this latest email.

-----Original Message-----
From: Phil Green [mailto:phil@greenandgreen.com]
Sent: Wednesday, August 06, 2008 6:00 AM
To: Khachatourian, Karineh
Subject: No hours extension.

I am sorry  but it must be 10-4 only M-Th this week.  call me after the 13th & to arrange
further time if necessary. This is causing problems as it is with the daily working
schedule for all.  It is a burden to my client & benefit to you.

LEGALLY PRIVILEGED. This email is only intended for addresee. Email phil@iplegal.com to
notify sender.  Have TREO will travel..