KARINEH KHACHATOURIAN (SBN 202634)
Email: kkhachatourian@mintz.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bsinclair@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
5 Palo Alto Square - 6th Floor
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:  (650) 251-7700
Facsimile:   (650) 251-7739

GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
Email: ggottlieb@grr.com
MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
Email: mmisthal@grr.com
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY  10016-0601
Telephone:  (212) 684-3900
Facsimile:   (212) 684-3999

Attorneys for Defendant and Counterclaimant,
KNOLL, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALPHAVILLE DESIGN, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KNOLL, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 07-CV-05569 MHP<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Judge: Honorable Marilyn H. Patel<br><br>Complaint filed:　November 1, 2007<br>Trial Date:　　　None set |
| AND RELATED COUNTERCLAIMS. | |

TO: CLERK OF THE COURT

AND TO: PLAINTIFF AND COUNTER DEFENDANT ALPHAVILLE DESIGN, INC. AND COUNTER DEFENDANTS PEGGY LEE AND DAVID LEE

**PLEASE TAKE NOTICE** that, effective August 18, 2008, Karineh Khachatourian and Bryan J. Sinclair, counsel for Defendant and Counterclaimant Knoll, Inc. in the above-captioned matter, have a new address and contact information as follows:

KARINEH KHACHATOURIAN (SBN 202634)
Email: kkhachatourian@mintz.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bsinclair@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC
5 Palo Alto Square - 6th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 251-7700
Facsimile: (650) 251-7739

Dated: August 19, 2008                MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

/s/ Bryan J. Sinclair
By: BRYAN J. SINCLAIR
Attorneys for Defendant and Counterclaimant,
KNOLL, INC.

*OF COUNSEL:*
GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
Email: ggottlieb@grr.com
MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
Email: mmisthal@grr.com
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY 10016-0601
Telephone: (212) 684-3900
Facsimile: (212) 684-3999

4408942v.1