PHILIP GREEN (CalBN 92389)
BEVERLY R. GREEN (CalBN 92388)
LAW OFFICES OF GREEN & GREEN
1000 4th Street, Suite 595
San Rafael, CA 94901
(415) 457-8300
phil@iplegal.com

Attorneys for Plaintiff/Counterclaim-Defendant Alphaville Design, Inc.
and Counterclaim-Defendants David Lee and Peggy Lee

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
NEIL A. SMITH, CalBN 63777
P. CRAIG CARDON, CalBN 168646
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     415-434-9100
Facsimile:      415-434-3947
nsmith@sheppardmullin.com

Attorneys for Plaintiff/Counterclaim Defendant
Alphaville Design, Inc.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHAVILLE DESIGN, INC. a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KNOLL, INC. a Delaware corporation,<br><br>　　　　　Defendant. | Case No.: 07-cv-05569-MHP<br><br>**ALPHAVILLE DESIGN, INC.'S OPPOSITION AND RESPONSE TO KNOLL, INC.'S *SECOND* MISCELLANEOUS ADMINISTRATIVE MOTION REQUESTING STATUS CONFERENCE OR, IN THE ALTERNATIVE, LEAVE TO FILE A MOTION TO COMPEL** |
| KNOLL, INC. a Delaware corporation,<br><br>　　　　　Counterclaim-Plaintiff,<br><br>　v.<br><br>ALPHAVILLE DESIGN, INC., DAVID LEE and PEGGY LEE,<br><br>　　　　　Counterclaim-Defendants. | **[Civil L.R. 7-11]**<br><br>Courtroom:   Courtroom 15, 18th Floor<br>Judge:       Hon. Marilyn H. Patel<br>Trial Date:  None set<br><br>[Complaint Filed: November 1, 2007] |
| AND RELATED COUNTERCLAIMS | |

W02-WEST:FHM\400990554.1
Case No. 07-cv-05569-MHP

Alphaville Design, Inc.'s Opposition/Response to
Miscellaneous Administrative Motion of Knoll, Inc.

Plaintiff and counterclaim-defendant Alphaville Design, Inc. ("Alphaville") and counterclaim-defendants David Lee and Peggy Lee (collectively, "Alphaville") submit this opposition and response to Knoll, Inc.'s Miscellaneous Administrative Motion, Requesting Status Conference, or (sic) in the alternative, Leave to File a Motion to Compel (the "Miscellaneous Administrative Motion"), filed on August 18, 2008.   Only a Declaration of David Lee is being filed herewith.

## I.     ACTION REQUESTED

By way of this opposition and response, Alphaville requests that this Court grant Knoll, Inc.'s ("Knoll") request for a telephonic status conference to address the issues raised in the Miscellaneous Administrative Motion and in this opposition and response, and requests that this Court deny Knoll's other requests and allegations.

## II.    CONCLUSION

For the reasons set forth in the David Lee Declaration, Alphaville respectfully requests that this Court:  (1) deny Knoll's request for leave to file a motion to compel; and (2) grant Knoll's request for a telephone status conference for the Court to hear the issues raised by Knoll's Miscellaneous Administrative Motion and raised in this Declaration and response submitted by Alphaville.

Dated:  August 21, 2008

LAW OFFICES OF GREEN & GREEN

By *[signature: Philip R. Green]*

PHILIP R. GREEN
Attorneys for Plaintiff and Counterclaim-
Defendant Alphaville Design, Inc.
and Counterclaim-Defendants
David Lee and Peggy Lee

-1-

W02-WEST:FHM\400990554.1
Case No. 07-cv-05569-MHP

Alphaville Design, Inc.'s Opposition/Response to
Miscellaneous Administrative Motion of Knoll, Inc.