1  LAW OFFICES OF GREEN & GREEN
   PHILIP GREEN (SBN 092389)
   BEVERLY R. GREEN (SBN 92388)
2  1000 4th Street, Suite 595
   San Rafael, CA 94901
3  Telephone: (415) 457-8300
   Fax: (415) 457-8757
4

5  SHEPPARD, MULLIN, RICHTER &
   HAMPTON LLP
6  A Limited Liability Partnership
   Including Professional Corporations
7  NEIL A. SMITH, Cal. Bar No. 63777
   P. CRAIG CARDON, Cal. Bar No. 168646
8  NICOLE M. LEE, Cal. Bar No. 222344
   Four Embarcadero Center, 17th Floor
9  San Francisco, California 94111-4109
   Telephone: 415-434-9100
10 Facsimile: 415-434-3947
   Attorneys for Plaintiff and Counter-Defendant,
11 Alphaville Designs, Inc. and
   Attorneys for Counter-Defendants, David Lee
12 and Peggy Lee

13
                UNITED STATES DISTRICT COURT FOR THE
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                         SAN FRANCISCO DIVISION
16

17

| | |
|---|---|
| ALPHAVILLE DESIGN, INC. a Delaware corporation , <br><br> Plaintiff, <br><br> vs. <br><br> KNOLL, INC. a Delaware corporation , <br><br> Defendant | Case No.: 07-cv-05569-MHP <br><br> **DECLARATION OF DAVID LEE IN OPPOSITION TO KNOLL, INC.'S** *SECOND* **MISCELLANEOUS ADMINISTRATIVE REQUEST FOR STATUS CONFERENCE, OR IN THE ALTERNATIVE, LEAVE TO FILE MOTION TO COMPEL** <br> Date: <br> Time: <br> **Courtroom:** Not set <br> **Judge:** Honorable Marilyn H. Patel |
| Case No.: 07-cv-05569-MHP | |

- 1 -

**[Complaint filed: November 1, 2007]**

AND RELATED COUNTERCLAIMS

I, David Lee, declare:

1. I am one of the parties in this action and am President of Alphaville Design, Inc.("Alphaville"). I make this declaration based upon my own personal knowledge and if called to testify could and would competently testify as to the matters stated herein.

2. While Alphaville wants to fully cooperate in document discovery, one of our goals is so that we can do business as normal as possible in our office.

3. I learned from my attorney and staff on Monday August 19, 2008 that Karineh Khachatourian was complaining about a box of RA (return authorizations) that had been removed from the room she is working in or otherwise was disturbed.

4. I was advised by the Alphaville staff in the office that Knoll's own copy staff assisted in the movement of all the mentioned RA boxes.

5. Nothing was done without permission of the Knoll vendors in that conference room. No Knoll attorney, including Karineh Khachatourian, was present on the premises when the RA box was added to.

6. Alphaville has given permission for the Knoll copy service to come to our offices when their attorney needs them to, for the purposes of making scans or copies of documents selected by the Knoll attorney.

7. The Knoll copy staff advised the Alphaville staff that these boxes were not being used by Karineh Khachatourian and indeed, assisted our office girls to move the heavy boxes. These boxes were used in normal course of business to file away new documents.

8. Nothing was removed physically from the boxes or hidden.

9. Alphaville needed to add more documents to the boxes because that is normal course of business, when returns are authorized, they are filed in an RA file.

Case No.: 07-cv-05569-MHP

10. The boxes were not brought out to tamper with, but because our Accounting Dept needed to file away our current RA's (return authorizations).

11. Alphaville cannot simply shut down or change our operations for this document production. We must continue to operate our business and not to misplace or misfile any documents needed, including, but not limited to, these RAs.

12. It is bad enough having the Knoll attorney at the Fremont facility, disturbing and making our staff feel skittish, cautious and circumspect, which curbs their normal lively and productive performance.

13. Every precaution is taken not to disturb documents that appear to be under current inspection.

14. We will, from this point on, make more effort, if we need to move or disturb our working files, notify one of our attorneys and wait until arrangement through them with the Knoll attorney.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct except for those matters stated in on information and belief, and as to those matters, I believe them to be true.

Executed this August 20, 2008 in Fremont, California.

_____

Alphaville Design, Inc. By:

David Lee

Case No.: 07-cv-05569-MHP