UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHAVILLE DESIGN INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KNOLL INC., a Delaware corporation,<br><br>　　　　Defendant. | No. C 07-05569 MHP<br><br>**ORDER**<br><br>**Re: Defendant's Motion to Strike** |

　　　　Defendant Knoll, Inc. filed on July 14, 2008 a "Motion to Strike Plaintiff and Counterclaim Defendants' Second, Third, Sixth, Eighth, and Ninth Affirmative Defenses." A hearing on this motion was scheduled for August 18, 2008. During a case management conference held on July 21, 2008, the court set dates for summary judgment motions regarding trademark invalidity. In light of the upcoming summary judgment motions which the court anticipates will address issues similar to and perhaps dispositive of those raised in defendant's motion to strike, the motion is deemed withdrawn and the hearing scheduled for August 18, 2008 is vacated.

　　　　IT IS SO ORDERED.

Dated: August 22, 2008

　　　　　　　　　　　　　　　　　　　　　　MARILYN HALL PATEL
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge
　　　　　　　　　　　　　　　　　　　　　　Northern District of California