KARINEH KHACHATOURIAN (SBN 202634)
Email: kkhachatourian@mintz.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bsinclair@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
5 Palo Alto Square - 6th Floor
3000 El Camino Real
Palo Alto, California 94306
Telephone: (650) 251-7700
Facsimile: (650) 251-7739


GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
Email: ggottlieb@grr.com
MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
Email: mmisthal@grr.com
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY 10016-0601
Telephone: (212) 684-3900
Facsimile: (212) 684-3999

Attorneys for Defendant and Counterclaimant,
KNOLL, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALPHAVILLE DESIGN, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>KNOLL, INC., a Delaware corporation,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 07-CV-05569 MHP<br><br>**DECLARATION OF KARINEH KHACHATOURIAN IN SUPPORT OF KNOLL, INC.'S OPPOSITION TO ALPHAVILLE DESIGN, INC.'S MOTION FOR PROTECTIVE ORDER AND TO STAY RESPONSES TO REQUESTS FOR ADMISSION**<br><br>Date: September 15, 2008<br>Time: 2:00 p.m.<br>Dept: Courtroom 15, 18th Floor<br>Judge: Honorable Marilyn H. Patel<br><br>Complaint filed: November 1, 2007<br>Trial Date: None set |

I, Karineh Khachatourian, declare:

1.   I am an attorney licensed to practice law before all courts in the State of California, and the United States District Court for the Northern District of California.  I am a member of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ("Mintz Levin") in its Palo Alto, CA office and I, along with lawyers at Gottlieb, Rackman & Reisman, are attorneys of record for Defendant and Counterclaimant Knoll, Inc. ("Knoll"). I submit this declaration in support of Knoll's Opposition to Plaintiff and Counterclaim-Defendants Alphaville Design, Inc. ("Alphaville"), Peggy Lee and David Lee's ("the Lees") (collectively "Alphaville") (collectively "the parties") Motion for Protective Order and to Stay Requests for Admission ("Motion"), which is filed concurrently herewith.

2.   I have personal knowledge of the matters set forth herein except as to those matters set forth on information and belief, and as to those I am informed and believe them to be true and could and would competently testify thereto.  In making this declaration, it is not my intention, nor the intention of Knoll, to waive the attorney-client privilege, the attorney-work product immunity, or any other applicable privilege.

3.   I have reviewed Phil Green's declaration in support of Alphaville's Motion for Protective Order.  I have absolutely no recollection of ever discussing Knoll's Second Request for Admissions with Phil Green while at Alphaville's Fremont facility and based thereon, do not believe an in person meet and confer ever took place.

4.   As indicated in Exhibits B - J, it has been my experience that Alphaville's counsel has asked for an extension for almost every piece of discovery propounded or motion filed in this lawsuit, which has made it increasingly difficult for Knoll to prepare its case.  In fact, it has been my experience that Mr. Green and Neil Smith are extremely difficult to reach and more often than not, do not timely respond to inquiries regarding discovery, and sometimes not at all.

5.   Currently, there is no Protective Order in this case.  I have asked Phil Green to meet and confer and offer a proposal on the foreign counsel issue as directed by the Court, and I did not receive a response to my e-mail.  Attached hereto as Exhibit A is a true and correct copy of an electronic transmission ("e-mail") from myself to Mr. Green dated July 30, 2008 wherein I made

- 1 -

...

1  the above request.

2      6.    Attached hereto as Exhibit B is a true and correct copy of Docket No. 20, filed
3  February 5, 2008 entitled Stipulation For Extension of Time to Plead, wherein the parties stipulate
4  to an extension of time for Alphaville to respond to Knoll's Counterclaims due to Mr. Green's plans
5  to attend the Grammy's.

6      7.    Attached hereto as Exhibit C is a true and correct copy of an e-mail dated May 14,
7  2008 from Mr. Green to myself, wherein he advises me that he needs additional time to respond to
8  my request to withdraw some defenses because his clients are out of the country.

9      8.    Attached hereto as Exhibit D is a true and correct copy of an e-mail from Mr. Green
10 to myself, dated May 28, 2008 requesting approximately two additional weeks to respond to Knoll's
11 Second Request for Production of Documents and Things.

12     9.    Attached hereto as Exhibit E is a true and correct copy of an e-mail from Mr. Green
13 to myself, dated May 29, 2008 wherein Mr. Green asks for a two week extension to respond to
14 Knoll's First Set of Interrogatories.

15     10.    Attached hereto as Exhibit F is a true and correct copy of a letter from Mr. Green to
16 myself, dated June 11, 2008 wherein Mr. Green requests an extension of time to respond to Knoll's
17 Second Request for Production of Documents and Things.

18     11.    Attached hereto as Exhibit G is a true and correct copy of an e-mail exchange
19 between Mr. Green to myself, dated July 13, 2008 to July 14, 2008 respectively, wherein Mr. Green
20 asks for an extension of time to respond to Knoll's First Set of Requests for Admission because he
21 "is busy."

22     12.    Attached hereto as Exhibit H is a true and correct copy of an e-mail exchange
23 between myself to Mr. Green dated July 27, 2008 regarding Mr. Green's request for a stipulation to
24 stay Knoll's Motion to Strike a day before Alphaville's opposition is due.

25     13.    Attached hereto as Exhibit I is a true and correct copy of an e-mail from Mr. Green
26 to myself dated July 30, 2008 wherein Mr. Green asks for an extension of time to respond to
27 Knoll's Second Set of Requests for Admission which was served on July 8, 2008.

28     14.    Attached hereto as Exhibit J is a true and correct copy of a letter from Mr. Green to

DECL. OF KHACHATOURIAN ISO KNOLL'S OPP'N TO PL.'S MTN FOR PROTECTIVE
ORDER AND TO STAY RESP. TO RFA    Case No. 07-CV-05569 MHP

1 myself dated July 29, 2008 wherein Mr. Green asks for an extension of time to respond to Knoll's
2 Second Set of Requests for Admission which was served on July 8, 2008.

3    15.    Attached hereto as Exhibit K is a true and correct copy of an e-mail from myself to
4 Mr. Green dated July 31, 2008 informing him of my Notice of Unavailability due to a death in the
5 family.

6    16.    Attached hereto as Exhibit L is a true and correct copy of an e-mail from my
7 colleague Jeffrey Ratinoff to Mr. Green dated July 31, 2008, responding to a voicemail left on my
8 personal cell phone from Sheppard Mullin after I had informed Alphaville's counsel that I was on a
9 short bereavement leave to attend the funeral of a family member. Even though Mr. Green and
10 Sheppard Mullin were fully aware of my unavailability, an individual from Sheppard Mullin that I
11 had never spoken to before called my cell phone while I was on my way to the funeral to discuss the
12 requests for admission.

13    17.    Attached hereto as Exhibit M is a true and correct copy of an e-mail from Mr. Green
14 to myself dated July 31, 2008 wherein Mr. Green acknowledges my Notice of Unavailability and
15 continues to demand that I call him to discuss the requests for admission.

16    18.    Attached hereto as Exhibit N is a true and correct copy of an e-mail and letter from
17 Mr. Green to myself dated August 14, 2008, requesting an immediate response to his request to
18 postpone or change the location of a previously scheduled deposition. Mr. Green demands an
19 immediate response, even though he knows that I am at Alphaville's Fremont, California office
20 engaging in document review.

21    19.    Attached hereto as Exhibit O is a true and correct copy of Alphaville's Objections
22 and Responses to Knoll's First Set of Interrogatories dated June 2, 2008 and David Lee's signed
23 Verification dated May 30, 2008.

24    20.    Attached hereto as Exhibit P is a true and correct copy of relevant excerpts from
25 Alphaville's Responses to Requests for Admission, Set 1 dated July 16, 2008.

26    21.    Attached hereto as Exhibit Q is a true and correct copy of relevant excerpts from the
27 rough draft deposition transcript of the Deposition of David Lee, dated August 19, 2008 indicating
28 various categories of documents Alphaville has in its possession that it has not provided to Knoll's

- 3 -

1 counsel.

2     22.     Attached hereto as Exhibit R is a true and correct copy of an e-mail from Mr. Green to myself dated July 8, 2008 wherein Mr. Green refuses to agree to a special master.

    23.     Attached hereto as Exhibit S is a true and correct copy of relevant excerpts from Alphaville's Responses to Knoll Set 1 Request for Production of Documents dated May 1, 2008.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: August 25, 2008          /s/ Karineh Khachatourian
                                           KARINEH KHACHATOURIAN

4402700v.2

- 4 -

DECL. OF KHACHATOURIAN ISO KNOLL'S OPP'N TO PL.'S MTN FOR PROTECTIVE ORDER AND TO STAY RESP. TO RFA      Case No. 07-CV-05569 MHP