# EXHIBIT A

| | |
|---|---|
| **From:** | Khachatourian, Karineh |
| **Sent:** | Wednesday, July 30, 2008 8:59 PM |
| **To:** | phil@greenandgreen.com; Marc P. Misthal |
| **Cc:** | 'Neil Smith'; 'Beverly Robin Green' |
| **Subject:** | RE: ALPHAVILLE V KNOLL - SECOND REQUEST EXTENSION AND LIMIT TO RFA SET 2 >> URGENT REPLY REQUESTED |
| **Sensitivity:** | Confidential |

Dear Phi;

As you know, I have been in Seattle attending a court ordered mediation.  I have not read any of your letters, but I will tend to your request in the morning.  In the meantime, please provide a proposal on the Protective Order regarding foreign counsel as the Court requested.  Please also respond as to whether I may begin the document review earlier on August 5 as Alphaville's website indicates they open at 7am.

Finally, please also confirm that you will have available any cease and desist correspondence Alphaville has received, insurance correspondence, emails between Alphaville and its customers about Knoll, and any documents referencing Knoll.  Please also provide all catalogs.  Please make sure this is all available on August 5.  Please also confirm when you intend to amend Alphaville's discovery responses as you indicated that there are some categories that you believe no responsive documents exist.

Since you apparently expect a response in 24 hours, I fully expect a response to the above tomorrow.


-----Original Message-----
From: Philip Green [mailto:phil@greenandgreen.com]
Sent: Wed 7/30/2008 5:29 PM
To: Khachatourian, Karineh; Marc P. Misthal
Cc: 'Neil Smith'; 'Beverly Robin Green'
Subject: ALPHAVILLE V KNOLL - SECOND REQUEST EXTENSION AND LIMIT TO RFA SET 2 >> URGENT REPLY REQUESTED

Letter attached


Philip Green

Law Offices of Green & Green

Main Office: (415) 457-8300 X 11

MARIN COUNTY:

1000 4th Street Suite 595

San Rafael, CA 94901

SAN FRANCISCO:

1 Embarcadero Center

Suite 500, SF, CA 94111
>>CONFIDENTIALITY NOTICE: DO NOT FORWARD THIS EMAIL! This email is

1

>>intended

only for the addressee(s) named as recipients.  This is a LEGALLY PRIVILEGED communication
and may contain trade secrets and privileged attachments. If you received this is error,
please destroy it and take all reasonable measures to prevent unauthorized access, copying
or any onward transfer.
Please notify the sender of this error, and you can be removed from this mail list for
free, by email to:  <mailto:remove@greenandgreen.com>
remove@greenandgreen.com.

IRS CIRCULAR 230 NOTICE:  To ensure compliance with requirements imposed by the Internal
Revenue Service, we inform you that any U.S. tax advice contained in this communication
(or in any attachment) is not intended or written to be used, and cannot be used, for the
purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting,
marketing or recommending to another party any transaction or matter addressed in this
communication (or in any attachment).
Please consider the environment before printing this email  P


Fax: (415) 457-8757
 <mailto:phil@greenandgreen.com> phil@greenandgreen.com
<http://www.thatsentertainment.biz> www.thatsentertainment.biz
<http://www.greenandgreen.com> www.greenandgreen.com

EXHIBIT B

Philip Green (CalBN 92389)
Beverly R. Green (CalBN 92388)
Law Offices of Green & Green
1000 4th Street, Suite 595
San Rafael, CA 94901
(415) 457-8300
phil@iplegal.com

Attorneys for Plaintiff Alphaville Design, Inc.
David Lee and Peggy Lee

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHAVILLE DESIGN, INC. a Delaware corporation , <br><br> Plaintiff, <br><br> vs. <br><br> KNOLL, INC. a Delaware corporation , <br><br> Defendant <br><br> KNOLL, INC. a Delaware corporation, <br><br> Counterclaim-Plaintiff <br><br> vs. <br><br> ALPHAVILLE DESIGN, INC., DAVID LEE, PEGGY LEE, DANRICK COMMERCE GROUP, L.L.C., aka DANNY LOUIE and DOES A-Z, Retailers for Alphaville Design, Inc. <br><br> Counterclaim-Defendants. | Case No.: 07-cv-05569-MHP <br><br> **STIPULATION FOR EXTENSION OF TIME TO PLEAD** |

THE PARTIES HEREBY STIPULATE THAT: Whereas the Counterclaims of Knoll,
Inc in this action was Filed on January 15, 2008 and served by mail January 22, 2008, and the

STIPULATION FOR EXTENSION OF TIME TO PLEAD
Case No.: 07-cv-05569-MHP - 1 -

1  Answer or other responsive pleadings would be due on February 15, 2008, there having been no

2  prior requests for an extension, and

3      Whereas the parties desire to cooperate in allowing time to file responsive pleadings, to

4  allow time for negotiation and due to the absence and unavailability of counsel for Alphaville,

5  David Lee and Peggy Lee in February due to his attendance at the Grammy's it is hereby

6  stipulated that Alphaville Design, Inc. David Lee and Peggy Lee may file their Responsive

7  pleading or before February 22, 2008.

8

9  Dated: February 3, 2008
   By:

10

11  _____
   Philip Green (Cal St Bar 092389),

12  Law Offices of Green & Green
   Attorney for Alphaville Designs, Inc.

13  David Lee and Peggy Lee.

14

15  Dated: February 4, 2008

16  By:

17  _____
   Karineh Khachatourian attorney for

18  KNOLL, Inc.

19  IT IS HEREBY ORDERED that the parties' stipulation for an extension of time for Defendant to

20  file responsive pleadings is approved.

21  Dated: _____

22

23  _____
   Hon. Marilyn H. Patel, Judge

24

25

**STIPULATION FOR EXTENSION OF TIME TO PLEAD**
Case No.: 07-cv-05569-MHP - 2 -

EXHIBIT C

**From:** Philip Green [mailto:loggdin@earthlink.net]
**Sent:** Wednesday, May 14, 2008 2:00 PM
**To:** Khachatourian, Karineh
**Subject:** Alphaville Designs , Inc v. Knoll Civil Action Case No. 07-05569 MHP Your letter
**Importance:** High
**Sensitivity:** Confidential

I received your letter about withdrawing some defenses. I will need and ask for more than the 4 days you provided. I will need at least until several officers of my clients return to the country, end of May. I cannot get back to you before June 5, as I need time to confer with clients and investigate this.



CONFIDENTIALITY NOTICE: DO NOT FORWARD THIS EMAIL! This email is from Phil Green, attorney, at Law Offices of Green & Green, www.thatsentertainment.biz, Tel: (415) 457-8300, Ext 11, phil@greenandgreen.com. It is intended only for the addressee(s) named as recipients. This is a LEGALLY PRIVILEGED communication and may contain trade secrets and privileged attachments. If you received this is error, please destroy it and take all reasonable measures to prevent unauthorized access, copying or any onward transfer. Please notify the sender of this error, and you can be removed from this mail list for free, by email to: remove@greenandgreen.com.

Business – Intellectual Property - Entertainment - Real Estate - Environmental - Planning - Estates & Trusts Litigation - Dispute Resolution

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

Please consider the environment before printing this email 

Philip R. Green
GREEN & GREEN
1000 Fourth Street Suite 595
San Rafael, CA 94901

San Francisco OFFICE:

7/17/2008

One Embarcadero Center
Fifth Floor
San Francisco, CA 94111

Tel: (415) 457-8300
Fax: (415) 457-8757
phil@greenandgreen.com
www.thatsentertainment.biz
www.greenandgreen.com

7/17/2008

EXHIBIT D

**From:** Philip Green [mailto:loggdin@earthlink.net]
**Sent:** Wednesday, May 28, 2008 2:53 PM
**To:** Khachatourian, Karineh
**Subject:** RE: ALPHAVILLE CASE REPLY TO YOUR LETTER
**Importance:** High
**Sensitivity:** Confidential

As for your second set of Request for Production of Documents received May 13 (Date on Cert of Service is May 9), I am requesting at least an extra week to gather what we may have, as my clients are still out of the country and I have had only spotty communications with them. As I have it the responses are due June 12, can we have until June 24?



CONFIDENTIALITY NOTICE: DO NOT FORWARD THIS EMAIL! This email is from Phil Green, attorney, at Law Offices of Green & Green, www.thatsentertainment.biz, Tel: (415) 457-8300, Ext 11, phil@greenandgreen.com. It is intended only for the addressee(s) named as recipients. This is a LEGALLY PRIVILEGED communication and may contain trade secrets and privileged attachments. If you received this is error, please destroy it and take all reasonable measures to prevent unauthorized access, copying or any onward transfer. Please notify the sender of this error, and you can be removed from this mail list for free, by email to: remove@greenandgreen.com.

Business – Intellectual Property - Entertainment - Real Estate - Environmental - Planning - Estates & Trusts Litigation - Dispute Resolution

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

**Please consider the environment before printing this email** 

Philip R. Green
GREEN & GREEN
1000 Fourth Street Suite 595
San Rafael, CA 94901

7/17/2008

San Francisco OFFICE:
One Embarcadero Center
Fifth Floor
San Francisco, CA 94111

Tel: (415) 457-8300
Fax: (415) 457-8757
phil@greenandgreen.com
www.thatsentertainment.biz
www.greenandgreen.com

**From:** Khachatourian, Karineh [mailto:KKhachatourian@mintz.com]
**Sent:** Wednesday, May 28, 2008 12:39 PM
**To:** Philip Green
**Cc:** Marc Misthal; George Gottlieb
**Subject:** RE: ALPHAVILLE CASE REPLY TO YOUR LETTER
**Sensitivity:** Confidential

Hi Phil;

My understanding is that you will receive documents this Friday.  On the title documents, I still need you to respond to my previous request on Outside Counsel Only.  Finally, I sent you revisions to the protective order and am waiting for a response.  So the ball is in your court so to speak.

**From:** Philip Green [mailto:loggdin@earthlink.net]
**Sent:** Wednesday, May 28, 2008 11:22 AM
**To:** Khachatourian, Karineh
**Subject:** ALPHAVILLE CASE REPLY TO YOUR LETTER
**Importance:** High
**Sensitivity:** Confidential

Regarding your comments about Bated numbers, how about your documents?



CONFIDENTIALITY NOTICE: DO NOT FORWARD THIS EMAIL! This email is from Phil Green, attorney, at Law Offices of Green & Green, www.thatsentertainment.biz, Tel: (415) 457-8300, Ext 11, phil@greenandgreen.com.  It is intended only for the addressee(s) named as recipients. This is a LEGALLY PRIVILEGED communication and may contain trade secrets and privileged attachments. If you received this is error, please destroy it and take all reasonable measures to prevent unauthorized access, copying or any onward transfer. Please notify the sender of this error, and you can be removed from this mail list for free, by email to: remove@greenandgreen.com.

Business – Intellectual Property - Entertainment - Real Estate - Environmental - Planning - Estates & Trusts Litigation - Dispute Resolution

IRS CIRCULAR 230 NOTICE:  To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

**Please consider the environment before printing this email** 

Philip R. Green
GREEN & GREEN

7/17/2008

1000 Fourth Street Suite 595
San Rafael, CA 94901

San Francisco OFFICE:
One Embarcadero Center
Fifth Floor
San Francisco, CA 94111

Tel: (415) 457-8300
Fax: (415) 457-8757
phil@greenandgreen.com
www.thatsentertainment.biz
www.greenandgreen.com

-----------------------------------------------------------------

IRS CIRCULAR 230 NOTICE

In compliance with IRS requirements, we inform you that any U.S. tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties or in connection with marketing or promotional materials.

-----------------------------------------------------------------

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify Mintz, Levin, Cohn, Ferris, Glovsky and Popeo immediately at either (617) 542-6000 or at ISDirector@Mintz.com, and destroy all copies of this message and any attachments. You will be reimbursed for reasonable costs incurred in notifying us.

7/17/2008

EXHIBIT E

**From:**        Khachatourian, Karineh
**Sent:**        Thursday, May 29, 2008 6:08 PM
**To:**          Philip Green
**Subject:**     RE: REQUEST FOR EXTENSION
**Sensitivity:** Confidential

Hi Phil;

I am not purposefully ignoring you. I have not heard back from the client yet on your request.

In the meantime, did you respond to our letter regarding the affirmative defenses?

**From:** Philip Green [mailto:loggdin@earthlink.net]
**Sent:** Thu 5/29/2008 5:56 PM
**To:** Khachatourian, Karineh
**Subject:** REQUEST FOR EXTENSION

I asked you but have no reply. We have Interrogatories from you (I know they are short but..) my clients principals have been gone since May 4 or so and are not available until June 10. I cannot get a verification nor responses. CAN WE HAVE another 2 weeks??



CONFIDENTIALITY NOTICE: DO NOT FORWARD THIS EMAIL! This email is from Phil Green, attorney, at Law Offices of Green & Green, www.thatsentertainment.biz, Tel: (415) 457-8300, Ext 11, phil@greenandgreen.com. It is intended only for the addressee(s) named as recipients. This is a LEGALLY PRIVILEGED communication and may contain trade secrets and privileged attachments. If you received this is error, please destroy it and take all reasonable measures to prevent unauthorized access, copying or any onward transfer. Please notify the sender of this error, and you can be removed from this mail list for free, by email to: remove@greenandgreen.com.

Business – Intellectual Property - Entertainment - Real Estate - Environmental - Planning - Estates & Trusts Litigation - Dispute Resolution

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

**Please consider the environment before printing this email** 

Philip R. Green
GREEN & GREEN
1000 Fourth Street Suite 595
San Rafael, CA 94901

7/17/2008

San Francisco OFFICE:
One Embarcadero Center
Fifth Floor
San Francisco, CA 94111

Tel: (415) 457-8300
Fax: (415) 457-8757
phil@greenandgreen.com
www.thatsentertainment.biz
www.greenandgreen.com

EXHIBIT F

Law Offices of

# Green & Green

| Philip R. Green<br>phil@greenandgreen.com<br><br>Beverly Robin Green<br>bev@musiclawyer.com | *Main Offices: Courthouse Square*<br>1000 Fourth Street, Suite 595<br>San Rafael, California 94901<br><br>Telephone: (415) 457-8300<br>Fax: (415) 457-8757<br>www.greenandgreen.com | *San Francisco Office:*<br><br>One Embarcadero Center<br>Suite 500<br>San Francisco, CA 94111<br><br>*Please Reply to San Rafael* |

June 11, 2008

Via FAX: 1-650-251-7739,
Email to: KKhachatourian@mintz.com

Karineh Khachatourian, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
1400 Page Mill Road
Palo Alto, CA 94304

You have recently served me with an additional 90 requests for production of documents, and yet my clients went abroad soon thereafter, until at least the middle of June and then I must talk to them to know what they have.   I will require an extension to respond knowledgably of at least two weeks; shall we say June 28, 2008?   Should you not agree to this reasonable request, I of course will have no choice but to move the court accordingly.

Thank you for your anticipated professional courtesy in this matter; please return a signed copy to me as soon as practicable.

Nothing contained herein is intended, nor shall be construed, as any admission, waiver, relinquishment or limitation of our client's rights and remedies in the matter.  All such rights and remedies are expressly reserved.

Per Above, Extension Granted until June 28, 2008._____

                                        Karineh Khachatourian, Esq.
                                        Attorney for Knoll, Inc.

                                Sincerely yours,
                                GREEN & GREEN

                                *Philip R. Green*

                                Philip R. Green
                                Attorney at Law

PRG;hal
cc: Alphaville

Business - Intellectual Property - Entertainment - Real Estate - Estates & Trusts
Litigation – Dispute Resolution

EXHIBIT G

| | |
|---|---|
| **From:** | Khachatourian, Karineh |
| **Sent:** | Monday, July 14, 2008 9:17 AM |
| **To:** | 'phil@greenandgreen.com' |
| **Subject:** | RE: Alphaville v Knoll RFAs Set One |
| **Sensitivity:** | Confidential |

Dear Phil;

If you will not answer my questions, I am not authorized to provide an extension so I must respectfully decline.


-----Original Message-----
From: Philip Green [mailto:phil@greenandgreen.com]
Sent: Monday, July 14, 2008 9:16 AM
To: Khachatourian, Karineh
Subject: RE: Alphaville v Knoll RFAs Set One
Importance: High
Sensitivity: Confidential

We just asked for an extension for a few days, because we are busy, not a dialogue with you. Its early in the case for evidentiary admissions, since we haven't taken testimony about these docs.  I asked until Friday, that is all, please let me know today.

Philip Green
Law Offices of Green & Green
Main Office: (415) 457-8300 X 11
MARIN COUNTY:
1000 4th Street Suite 595
San Rafael, CA 94901
SAN FRANCISCO:
1 Embarcadero Center
Suite 500, SF, CA 94111
>>CONFIDENTIALITY NOTICE: DO NOT FORWARD THIS EMAIL! This email is intended only for the addressee(s) named as recipients.  This is a LEGALLY PRIVILEGED communication and may contain trade secrets and privileged attachments. If you received this is error, please destroy it and take all reasonable measures to prevent unauthorized access, copying or any onward transfer. Please notify the sender of this error, and you can be removed from this mail list for free, by email to: remove@greenandgreen.com.
IRS CIRCULAR 230 NOTICE:  To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).
Please consider the environment before printing this email  P

Fax: (415) 457-8757
phil@greenandgreen.com
www.thatsentertainment.biz
www.greenandgreen.com


-----Original Message-----
From: Khachatourian, Karineh [mailto:KKhachatourian@mintz.com]
Sent: Sunday, July 13, 2008 6:58 PM

Cc: Neil Smith
Subject: RE: Alphaville v Knoll RFAs Set One
Sensitivity: Confidential

Phil,

Will you be providing substantive responses?  Since these are authentication RFAs, we are
expecting admissions or denials..another option is to enter into an evidentiary
stipulation.  Please advise and thanks.

---

From: Philip Green [mailto:phil@greenandgreen.com]
Sent: Sun 7/13/2008 6:08 PM
To: Khachatourian, Karineh
Cc: 'Neil Smith'
Subject: Alphaville v Knoll RFAs Set One


My I have a short extension until Friday to serve Alphaville response to set 1 Requests
for Admission?  Thank you in advance.


Philip Green

Law Offices of Green & Green

Main Office: (415) 457-8300 X 11

MARIN COUNTY:

1000 4th Street Suite 595

San Rafael, CA 94901

SAN FRANCISCO:

1 Embarcadero Center

Suite 500, SF, CA 94111
>>CONFIDENTIALITY NOTICE: DO NOT FORWARD THIS EMAIL! This email is intended only for the
addressee(s) named as recipients.  This is a LEGALLY PRIVILEGED communication and may
contain trade secrets and privileged attachments. If you received this is error, please
destroy it and take all reasonable measures to prevent unauthorized access, copying or any
onward transfer. Please notify the sender of this error, and you can be removed from this
mail list for free, by email to: remove@greenandgreen.com
<mailto:remove@greenandgreen.com> .

IRS CIRCULAR 230 NOTICE:  To ensure compliance with requirements imposed by the Internal
Revenue Service, we inform you that any U.S. tax advice contained in this communication
(or in any attachment) is not intended or written to be used, and cannot be used, for the
purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting,
marketing or recommending to another party any transaction or matter addressed in this
communication (or in any attachment).
Please consider the environment before printing this email  P


Fax: (415) 457-8757
phil@greenandgreen.com <mailto:phil@greenandgreen.com> www.thatsentertainment.biz
<http://www.thatsentertainment.biz/>
www.greenandgreen.com <http://www.greenandgreen.com/>

-----------------------------------------------------------------

IRS CIRCULAR 230 NOTICE

In compliance with IRS requirements, we inform you that any U.S. tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties or in connection with marketing or promotional materials.

-----------------------------------------------------------------

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information.  If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited.  Please notify Mintz, Levin, Cohn, Ferris, Glovsky and Popeo immediately at either (617) 542-6000 or at ISDirector@Mintz.com, and destroy all copies of this message and any attachments.  You will be reimbursed for reasonable costs incurred in notifying us.

EXHIBIT H

| From: | Khachatourian, Karineh |
|---|---|
| Sent: | Sunday, July 27, 2008 8:20 PM |
| To: | 'phil@greenandgreen.com' |
| Cc: | 'George Gottlieb'; 'Marc Misthal' |
| Subject: | RE: ALPHAVILLE V KNOLL>>Motion to Strike _ REQUEST FOR STAY PENDING CONTINUING NEGOTIATION |
| Sensitivity: | Confidential |

Dear Phil;

I am terribly sorry but I cannot agree to your request. This issue has been pending since May. Ultimately you agreed to amend and then didn't. I then reminded you during our case management meet and confer discussions that if you wished to file an amendment, we would withdraw the motion. Still no response. At this point, if you wish to amend, please send me an appropriate stipulation we can file with the Court tomorrow and that should obviate the need for an opposition.

I would also appreciate a response to my request that the vendor be permitted to go back to Alphaville to complete the scanning of what I have reviewed to date.

Finally, with respect to the question about investors of Alphaville -- there is a remark on the website about contacting

invest@alphavilledesign.com == please provide those documents. Thank you.

---

**From:** Philip Green [mailto:phil@greenandgreen.com]
**Sent:** Sunday, July 27, 2008 6:48 PM
**To:** Khachatourian, Karineh
**Subject:** ALPHAVILLE V KNOLL>>Motion to Strike _ REQUEST FOR STAY PENDING CONTINUING NEGOTIATION
**Importance:** High
**Sensitivity:** Confidential

*Would you  please stipulate to a stay of your Motion to Strike? We could use a week to call you,* we are close – were we not in agreement to dismiss Affirmative Defenses 1-3 and discussed 8 and 9? I thought you agreed to allow the change to delete the antitrust claim. Tomorrow is the filing deadline and I plan to talk it over. We are close. RSVP as soon as possible, thanks.

Philip Green
Law Offices of **Green & Green**
Main Office: **(415) 457-8300 X 11**
MARIN COUNTY:
1000 4th Street Suite 595
San Rafael, CA 94901
SAN FRANCISCO:
1 Embarcadero Center
Suite 500, SF, CA 94111
>>CONFIDENTIALITY NOTICE: DO NOT FORWARD THIS EMAIL! This email is intended only for the addressee(s) named as recipients. This is a LEGALLY PRIVILEGED communication and may contain trade secrets and privileged attachments. If you received this in error, please destroy it and take all reasonable measures to prevent unauthorized access, copying or any onward transfer. Please notify the sender of this error, and you can be removed from this mail list for free, by email to: remove@greenandgreen.com.

8/22/2008

IRS CIRCULAR 230 NOTICE:  To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

**Please consider the environment before printing this email** 

Fax: (415) 457-8757
phil@greenandgreen.com
www.thatsentertainment.biz
www.greenandgreen.com

EXHIBIT I

**From:** Philip Green [mailto:phil@greenandgreen.com]
**Sent:** Wednesday, July 30, 2008 12:39 PM
**To:** Khachatourian, Karineh
**Cc:** 'Neil Smith'
**Subject:** ALPHAVILLE CASE - SECOND REQUEST EXTENSION FOR RFA
**Importance:** High
**Sensitivity:** Confidential

Karineh I sent you a letter Monday asking for an extension on set 2, Requests for Admission – the 500 + set.  I have no response and we want to avoid a Motion for Protective order on this. PLEASE get back to me today.


Philip Green
Law Offices of **Green & Green**
**Main Office: (415) 457-8300 X 11**
MARIN COUNTY:
1000 4th Street Suite 595
San Rafael, CA 94901
SAN FRANCISCO:
1 Embarcadero Center
Suite 500, SF, CA 94111
>>CONFIDENTIALITY NOTICE: DO NOT FORWARD THIS EMAIL! This email is intended only for the addressee(s) named as recipients.  This is a LEGALLY PRIVILEGED communication and may contain trade secrets and privileged attachments. If you received this in error, please destroy it and take all reasonable measures to prevent unauthorized access, copying or any onward transfer. Please notify the sender of this error, and you can be removed from this mail list for free, by email to: remove@greenandgreen.com. IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

**Please consider the environment before printing this email** 

Fax: (415) 457-8757
phil@greenandgreen.com
www.thatsentertainment.biz
www.greenandgreen.com

8/22/2008

EXHIBIT J

Law Offices of

# Green & Green

*Main Offices: Courthouse Square*
1000 Fourth Street, Suite 595
San Rafael, California 94901

Telephone: (415) 457-8300
Fax: (415) 457-8757
www.greenandgreen.com

Philip R. Green
phil@greenandgreen.com

Beverly Robin Green
bev@musiclawyer.com

*San Francisco Office:*

One Embarcadero Center
Suite 500
San Francisco, CA 94111

*Please Reply to San Rafael*

July 29, 2008

Via Email to: KKhachatourian@mintz.com

Karineh Khachatourian, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
1400 Page Mill Road
Palo Alto, CA 94304

Re: Alphaville Designs , Inc v. Knoll Civil Action Case  No. 07-05569 MHP; Requests for
Admission Set 2 – *Meet & Confer on Number and Due Date*

Dear Karina,

I am writing to ask you for an extension of time to respond to Knoll's Set 2 of Requests for
Admission and a reasonable reduction in their number. These are Nos. 56-547. As J. Patel
mentioned in the CMC last week, and as you represented, that they are for authentication, yet the
2nd set is not mainly for this purpose and are objectionable as harassment at this stage in the case.

I ask for, at least, a 2 week extension, so that they would be due by August 22. I am unavailable
(out of the office) Aug 4-13. I believe Neil is also out, attending the ABA in NY. I also ask that
they be reduced or re-served. Please let me know what 100 (less the 54 we already responded to)
you want most answered, perhaps limited to the authentication issue. The judge asked us to meet
face to face, but I would stipulate to a phone conference over this, or an email response. Please
do so by Wednesday.

Nothing contained herein is intended, nor shall be construed, as any admission, waiver,
relinquishment or limitation of our client's rights and remedies in the matter. All such rights and
remedies are expressly reserved.

Sincerely yours,
GREEN & GREEN

Philip R. Green
Attorney at Law

PRG;hal
cc: Alphaville, Neil Smith, Esq.

Business - Intellectual Property - Entertainment - Real Estate - Estates & Trusts
Litigation – Dispute Resolution

# EXHIBIT K

**From:** Khachatourian, Karineh
**Sent:** Thursday, July 31, 2008 5:04 PM
**To:** 'phil@greenandgreen.com'; Marc P. Misthal
**Cc:** 'Neil Smith'; 'Beverly Robin Green'
**Subject:** RE: ALPHAVILLE V KNOLL - SECOND REQUEST EXTENSION AND LIMIT TO RFA SET 2 >> URGENT REPLY REQUESTED
**Importance:** High
**Sensitivity:** Confidential

Dear Phil;

A family member has passed away and I will be travelling to Sourthern California this evening to attend the funeral services -- I will not return to the office until Tuesday - please take this as my notice of unavailability. When I return on August 5, I will resume the document production in Fremont as previously confirmed and I would like to begin promptly at 9am. While I preferred to write a formal response, and outline the infinite number of extensions you have requested, and the incredible amount of delay your actions have caused, I will simply respond to your request for an extension for the moment.

We are amenable to the following:

(1) We can moot the need for the written discovery through deposition or stipulation;
(2) You can respond in two phases, the first 250 by the due date, and the last 250 two weeks thereafter. We can work with you on volume and timing if you agree to this in concept. The discovery is necessary and were drafted this way to avoid a compound objection.

Please let Marc Misthal know how you wish to proceed.

**From:** Philip Green [mailto:phil@greenandgreen.com]
**Sent:** Wednesday, July 30, 2008 5:30 PM
**To:** Khachatourian, Karineh; Marc P. Misthal
**Cc:** 'Neil Smith'; 'Beverly Robin Green'
**Subject:** ALPHAVILLE V KNOLL - SECOND REQUEST EXTENSION AND LIMIT TO RFA SET 2 >> URGENT REPLY REQUESTED
**Importance:** High
**Sensitivity:** Confidential

8/22/2008

Letter attached

**Philip Green**
Law Offices of **Green & Green**
Main Office: (415) 457-8300 X 11
<u>MARIN COUNTY</u>:
**1000 4th Street Suite 595**
**San Rafael, CA 94901**
<u>SAN FRANCISCO</u>:
**1 Embarcadero Center**
**Suite 500, SF, CA 94111**
<u>**>>CONFIDENTIALITY NOTICE:**</u> **DO NOT FORWARD THIS EMAIL!** This email is intended only for the addressee(s) named as recipients. This is a LEGALLY PRIVILEGED communication and may contain trade secrets and privileged attachments. If you received this is error, please destroy it and take all reasonable measures to prevent unauthorized access, copying or any onward transfer. Please notify the sender of this error, and you can be removed from this mail list for free, by email to: <u>remove@greenandgreen.com</u>.
<u>IRS CIRCULAR 230 NOTICE:</u>  To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

**Please consider the environment before printing this email** 

Fax: (415) 457-8757
phil@greenandgreen.com
www.thatsentertainment.biz
www.greenandgreen.com

EXHIBIT L

**From:** Ratinoff, Jeffrey
**Sent:** Thursday, July 31, 2008 5:53 PM
**To:** 'nsmith@sheppardmullin.com'; 'phil@greenandgreen.com'
**Cc:** 'Marc Misthal'
**Subject:** Knoll

Phil and Neil:

As you know, Karineh is currently traveling to attend a family funeral.  If you wish to meet and confer on Friday regarding the RFAs, you need to contact Marc Misthal. Having received your voicemail, Karineh asked that I pass this message along to you.

Thanks,
Jeff

**Jeffrey M. Ratinoff | Of Counsel**
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
1400 Page Mill Rd. | Palo Alto, CA 94304
Main: 650.251.7700 | Direct: 650.251.7755  | Fax: 650.251.7739
E-mail: jratinoff@mintz.com
Web: www.mintz.com

8/22/2008

EXHIBIT M

**From:** Philip Green [mailto:phil@greenandgreen.com]
**Sent:** Thursday, July 31, 2008 9:40 PM
**To:** Khachatourian, Karineh; Marc P. Misthal
**Cc:** 'Neil Smith'; 'Beverly Robin Green'; 'Michelle Hirth'
**Subject:** Alphaville v. Knoll - RFAs and Document Production
**Importance:** High
**Sensitivity:** Confidential

Karineh,

Thank you for your email this evening.  I am very sorry to hear about the loss of your family member.

As you know, the Judge suggested at the CMC that 575 requests for admission were not necessary here and that the parties meet and confer regarding reducing that number.  While we appreciate your suggestion of responding to the requests for admission in two phases, that suggestion does not address the issue of the huge number of requests, and the accompanying burden.  Accordingly, Neil's associate, Michelle Hirth, left a telephone message for your a short time ago, which I am following-up with this email.

Given the Judge's suggestion that 575 requests are not necessary here and that the parties meet and confer on the matter, we would like to confer with you meaningfully as to: (a)  those requests (in the range of 100) you feel must be answered; and (b) an extension of time for us to do so, since we would only be learning now which are to be answered.  Since the deadline for responses at this time is August 8, we must have a substantive response from you specifically addressing items (a) and (b), We are sorry this comes at a difficult time but have been trying to work this out with you since I spoke with you just after the CMC.  If we do not hear from you by tomorrow morning, we will contact the Court to obtain relief as to this matter.

You also mentioned in your email of earlier today, and Alphaville will have available on the 5th cease and desist correspondence Alphaville has received from Knoll.  As for emails between Alphaville and its customers about Knoll they are in Mr. Lee's working email files and he is extracting those asked for.  I receive them so they will come from me, and may not be available on Tuesday.  As to documents referencing Knoll, other than what were produced and emails, we are still looking.  We have already sent you catalogs and price lists for 2003-2007.  Alphaville only has print-outs of some

past catalogs, which should be available to you Tuesday and which you already have been served (Bates Nos: ALPHAVILLE 000003-11, 36-38, 161-181, 186-193, 523-524 and 698-700, as I recall). If there are others they should be made available for you next week. Dan is there and he can call and/or leave me voice mail as needed if you have questions. As you have now started categorizing your demands for documents we may also ask for categories of documents we believe we still need.

**The hours for production will remain 10 am – 4pm** and my legal assistant Dan will only be there Tues-Friday next week. Try to realize that the facility is a shipping-receiving warehouse, as you saw. I am informed that there are only a few personnel there from 7 am – 10 am to ship and receive, and the Lees have requested that they be present when you are there.

Philip Green
Law Offices of **Green & Green**
Main Office: (415) 457-8300 X 11
<u>MARIN COUNTY:</u>
**1000 4th Street Suite 595**
**San Rafael, CA 94901**
<u>SAN FRANCISCO:</u>
**1 Embarcadero Center**
**Suite 500, SF, CA 94111**
>>CONFIDENTIALITY NOTICE: DO NOT FORWARD THIS EMAIL! This email is intended only for the addressee(s) named as recipients. This is a LEGALLY PRIVILEGED communication and may contain trade secrets and privileged attachments. If you received this is error, please destroy it and take all reasonable measures to prevent unauthorized access, copying or any onward transfer. Please notify the sender of this error, and you can be removed from this mail list for free, by email to: remove@greenandgreen.com. IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

**Please consider the environment before printing this email** 

Fax: (415) 457-8757
phil@greenandgreen.com
www.thatsentertainment.biz
www.greenandgreen.com

8/22/2008

EXHIBIT N

**From:** Philip Green [mailto:phil@greenandgreen.com]
**Sent:** Thursday, August 14, 2008 6:13 PM
**To:** Khachatourian, Karineh
**Cc:** 'Neil Smith'
**Subject:** Alphaville v Knoll NEED IMMEDIATE RESPONSE PLEASE
**Importance:** High
**Sensitivity:** Confidential

I emailed this earlier but you may not have gotten it as you were at Alphaville – I also faxed it and again email to you, for immediate response thanks.

Philip Green
Law Offices of **Green & Green**
Main Office: (415) 457-8300 X 11
MARIN COUNTY:
1000 4th Street Suite 595
San Rafael, CA 94901
SAN FRANCISCO:
1 Embarcadero Center
Suite 500, SF, CA 94111
>>CONFIDENTIALITY NOTICE: DO NOT FORWARD THIS EMAIL! This email is intended only for the addressee(s) named as recipients.  This is a LEGALLY PRIVILEGED communication and may contain trade secrets and privileged attachments. If you received this is error, please destroy it and take all reasonable measures to prevent unauthorized access, copying or any onward transfer. Please notify the sender of this error, and you can be removed from this mail list for free, by email to: remove@greenandgreen.com. IRS CIRCULAR 230 NOTICE:  To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

**Please consider the environment before printing this email** 

Fax: (415) 457-8757
phil@greenandgreen.com
www.thatsentertainment.biz
www.greenandgreen.com

8/22/2008

Law Offices of

# Green & Green

*Main Offices: Courthouse Square*
1000 Fourth Street, Suite 595
San Rafael, California 94901

Philip R. Green
phil@greenandgreen.com

Beverly Robin Green
bev@musiclawyer.com

*San Francisco Office:*

One Embarcadero Center
Suite 500
San Francisco, CA 94111

Telephone: (415) 457-8300
Fax: (415) 457-8757
www.greenandgreen.com

*Please Reply to San Rafael*

August 14, 2008

Via Email to: KKhachatourian@mintz.com

Karineh Khachatourian, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
1400 Page Mill Road
Palo Alto, CA 94304

Re: <u>Alphaville Designs , Inc v. Knoll Civil Action Case  No. 07-05569 MHP; Deposition of Alphaville</u>

Dear Ms. Khachatourian,

I have emailed you about the deposition of Alphaville and you responded that you would not postpone it and refused to change the location to San Francisco. As you complain to the Court that you have not completed your document production at Alphaville, and that it may as you say, "take an additional three weeks to complete the review and processing of these documents," it makes sense to postpone the Alphaville deposition until that production is complete.

I also want to be sure we have agreed ground rules for the deposition. We don't want you to be incomplete or to create the possibility of endless questioning and, as per FRCP 30 (d), it may not take more than one seven hour day. I want to know in advance whether you intend to video the deposition and we don't want to recall our witness for any further examination. In particular since you insist on going through with the deposition without completing the review, you would of necessity be assuming the risk that you won't have all the documents beforehand.

I ask again that the deposition take place in San Francisco at the Sheppard-Mullin offices for the convenience of all, including you, and if need be we can arrange the CSR. Please respond to this today.

Nothing contained herein is intended, nor shall be construed, as any admission, waiver, relinquishment or limitation of our client's rights and remedies in the matter. All such rights and remedies are expressly reserved.

Sincerely yours,
GREEN & GREEN

Philip R. Green
Attorney at Law

PRG;hal
cc: Alphaville, Neil Smith, Esq.

Business - Intellectual Property - Entertainment - Real Estate - Estates & Trusts
Litigation – Dispute Resolution

EXHIBIT O

Philip Green (CalBN 92389)
Beverly R. Green (CalBN 92388)
Law Offices of Green & Green
1000 4th Street, Suite 595
San Rafael, CA 94901
(415) 457-8300
phil@iplegal.com

Attorneys for Plaintiff Alphaville Design, Inc.
David Lee and Peggy Lee

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHAVILLE DESIGN, INC. a Delaware corporation , <br><br> Plaintiff, <br><br> vs. <br><br> KNOLL, INC. a Delaware corporation , <br><br> Defendant | Case No.: 07-cv-05569-MHP <br><br> **ALPHAVILLE DESIGN, INC. AND DAVID LEE AND PEGGY LEE OBJECTIONS AND RESPONSES TO KNOLL SET 1 INTERROGATORIES** |
| AND RELATED COUNTERCLAIMS | |

Plaintiff and Counterclaim-Defendant ALPHAVILLE DESIGN, INC. and David Lee and Peggy Lee ((herein sometimes as "Alphaville"), through their attorneys, hereby objects and responds to Defendant Knoll, Inc's First Interrogatories, Inc., in accordance with Rules 26 and 33, Federal Rules of Civil Procedure.

**PRELIMINARY STATEMENT**

Alphaville will respond to the interrogatories on the basis of the best information available to it at the time of gathering responsive materials, within the limits, and subject to the objections

described below. As Knoll is informed, Alphaville personnel necessary to have more detail and accuracy have not been available to counsel to prepare these responses since they were served up to the time they are due. Further investigation may reveal additional information that is responsive to these interrogatories. Alphaville reserves the right to continue discovery and investigation into this matter and to present, during the trial period and otherwise, additional information discovered after the date of the present responses. Alphaville reserves the right where appropriate, to supplement and/or correct the disclosures and responses contained herein.

### GENERAL OBJECTIONS

The following General Objections apply to the interrogatories and shall have the same force and effect as if set forth in response to each individual interrogatory.

1. Alpha   ville objects to the definitions of "Barcelona" and "Barcelona Collection" as they appear to refer to products made or sold by Alphaville Design, Inc. in that Alphaville does not admit in any context that Alphaville makes, produces, imports or sells any products called "Barcelona" or "Barcelona Collection" or similar items or goods. Such a broad definition attempts to define an admission of liability all of which are specifically and generally denied. Any responses herein that mention or refer to such definition are meant to respond to the Interrogatory as if it asked about the products sold by Alphaville only and that are not admitted to be or appear similar to any Knoll products. Alphaville further objects to this definition to the extent that it imposes any obligation beyond what is required by the Federal Rules of Civil Procedure.

2. Alpha   ville will answer each interrogatory on behalf of Alphaville, Inc. including the knowledge of members of its current management team deemed most likely to have such knowledge.

3. Alphaville objec   ts to any interrogatory that seeks information, personal knowledge or awareness and asks it to "identify every entity" as unreasonable, overbroad and

burdensome and/or that might reveal the purported personal knowledge of Alphaville's officers, directors and managing agents regarding the subject matter of any interrogatory that seeks such information, contains third party private or proprietary information or trade secrets. Alphaville's Responses to these Interrogatories are based upon reasonable inquiry of Alphaville at this time.

4. Alphaville objects to the definition of "Defendant's Trademarks(s)" on the grounds that the definition is vague and ambiguous, overbroad, compound and overly complex, unduly burdensome and oppressive, and calls for information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Alphaville further objects to this definition to the extent that it imposes any obligation beyond what is required by the Federal Rules of Civil Procedure.

5. Alpha   ville objects to the definitions of "Barcelona Chair", "Barcelona Stool" etc., as overly broad to the extent that the definitions seek to include terms not used in the alleged registrations for those definitions.  The registrations only mention, by way of example for the "chair", *THE MARK CONSISTS OF A CONFIGURATION OF A CHAIR WITH A METAL FRAME AND LEATHER CUSHIONS.*" and do not include the word "Barcelona" except for the alleged mark Barcelona, Reg No 772313. Alphaville further objects to these definitions to the extent that they impose any obligation beyond what is required by the Federal Rules of Civil Procedure.

6. Alphaville objec   ts to Knoll's purported instructions for responding to these interrogatories where information will be withheld on a claim of privilege. Notwithstanding Knoll's purported instructions for form and content of a privilege log, a privilege log that complies with the applicable requirements of this Circuit will be provided for documents withheld on a claim of privilege.

| Case No.:  07-cv-05569-MHP | ALPHAVILLE DESIGN, INC. AND DAVID LEE AND PEGGY LEE RESPONSES TO KNOLL SET 1 INTERROGATORIES |
|---|---|

1

2                        **RESPONSES TO INTERROGATORIES SET 1**

3    INTERROGATORY NO. 1:

4    With respect to the allegations in paragraph 16 of the Fifth Defense asserted the Answer of

5    Alphaville Design, Inc., David Lee and Peggy Lee, collectively sometimes "Alphaville" to the

6    Counterclaims of Knoll, Inc., dated February 22, 2008 (the "Answer"), (a) identify every entity

7    whose "open and notorious use of the designs" was known to Alphaville and relied upon by

8    Alphaville and (b) state the amount of money spent and/or invested by Alphaville based on such

9    alleged reliance.

10   **Objection** – burdensome ("every entity"), compound and vague. Alphaville object to this

11   interrogatory on the ground that it calls for the response with information which was open and

12   notorious but not maintained by Alphaville at the time and is burdensome. Alphaville further

13   object to this interrogatory on the ground that it seeks information that is publicly available and

14   therefore equally accessible to Defendants as it is to Alphaville. Insofar as this interrogatory

15   purports to seek information seeking every entity known to Alphaville objects to this

16   interrogatory as overly broad, burdensome and oppressive and designed, in whole or in part, to

17   harass Alphaville, rather than serve any legitimate discovery purpose. Subject to the foregoing

18   objections and in accordance with Fed. R. Civ. P. 33 (d), Alphaville will respond to this

19   Interrogatory when recall and review of records can be accomplished and at a mutually

20   agreeable time and place.

21   **RESPONSE:** Without waiving any objections and based on information currently recalled and

22   available, (a) as to "every entity" that had open and notorious uses relied upon, see the

23   representative documents produced in response to Request for Production of Documents Set 1

24   that include advertising by eBay advertisers and others showing the furniture for sale. (b) It is

25   not possible at this time to calculate money spent and/or invested in particular items "based on

| Case No.: 07-cv-05569-MHP | ALPHAVILLE DESIGN, INC. AND DAVID LEE AND PEGGY LEE RESPONSES TO KNOLL SET 1 INTERROGATORIES |
|---|---|

1    such evidence." Moneys invested overall in the formation and operations of Alphaville were

2    spent or invested in reliance on the many commonly known uses by many manufacturers, sellers

3    and advertisers, over a 40 plus year time period.  On information and belief, it is common

4    knowledge among the furniture industry worldwide that there are over 100 factories that make

5    the designs at issue since their invention and parts therefor.  Books on the subjects of Mies van

6    der Rohe, Bauhaus and related topics show that others including, but not limited to, Gretz, NY

7    Colonial Iron Craftsmen, and others made and sold the designs since at least the 1960s.

8    **INTERROGATORY NO. 2:**

9    With respect to the allegations in paragraph 33 of the Eighth Defense asserted in the Answer,

10   set forth in detail, each act by Knoll that Alphaville alleges to be: (1) illegal; (2) inequitable; (3)

11   unfair; or (4) trademark misuse.

12   **Objection** – burdensome compound and vague. The defenses and their bases are outlined in

13   detail in the Complaint for Declaratory Relief and in the Answer to Counterclaims and need not

14   be repeated here. Alphaville objects to this interrogatory on the ground that it is a defense in the

15   case. Discovery has barely begun and Knoll has not provided any documents heretofore.

16   Alphaville further object to this interrogatory to the extent that it seeks information that is

17   publicly available and therefore equally accessible to plaintiffs. Insofar as this interrogatory

18   purports to seek  information seeking every entity known to Alphaville also object to this

19   interrogatory as overly broad, burdensome and oppressive and designed, in whole or in part, to

20   harass Alphaville rather than serve any legitimate discovery purpose. Subject to the foregoing

21   objections and in accordance with Fed. R. Civ. P. 33 (d), Alphaville may attempt to  respond to

22   this Interrogatory after further discovery and when recall and review of records can be

23   accomplished.

24   RESPONSE: Without waiving any of the objections, see the Declaratory Relief Action

25   Complaint and answer to the Counterclaims. It is illegal to defraud the PTO; inequitable  and

| Case No.:  07-cv-05569-MHP | ALPHAVILLE DESIGN, INC. AND DAVID LEE AND PEGGY LEE RESPONSES TO KNOLL SET 1 INTERROGATORIES |
|---|---|

1  unfair to assert the validity of the alleged trademarks and/or trade dress, and claiming exclusivity

2  to the designs that are functional and in the public domain, and the manufacture and sales of

3  furniture that bears no valid trademark of Knoll; and it is both unfair and trademark misuse to

4  assert exclusivity to functional and public domain and expired patents that, if they ever were

5  valid, long ago expired and misuse to assert the claims made herein.

6  **INTERROGATORY NO. 3:**

7  With respect to the allegations in paragraph 38 of the Tenth Defense asserted in the Answer,

8  set forth in detail the specific facts that were "hidden" from the Patent and Trademark Office

9  during the registration process and state why, specifically, such facts are material.

10  **Objection** – burdensome compound and vague. Alphaville further object to this interrogatory on

11  the ground that it seeks information that is publicly available and therefore equally accessible to

12  plaintiffs. Insofar as this interrogatory purports to seek information seeking every entity known

13  to Alphaville also object to this interrogatory as overly broad, burdensome and oppressive and

14  designed, in whole or in part, to harass Alphaville rather than serve any legitimate discovery

15  purpose. Subject to the foregoing objections and in accordance with Fed. R. Civ. P. 33 (d),

16  Alphaville will respond to this Interrogatory when recall and review of records can be

17  accomplished and at a mutually agreeable time and place.

18  **RESPONSE:** Without waiving any objections, such facts including, but not are limited to, those

19  in the public record, that Mies van der Rohe had Patents on the furniture, the declarations filed

20  with PTO including, but not limited to, that of Terence Riley and Carl G. Magnusson, VP &

21  Director of Design, stated "facts" that only show the furniture is shown at the MOMA-NY and

22  not that it is not functional, that it was not legitimately transferred to Knoll, and Knoll's

23  ownership and rights from Mies van der Rohe were not as sworn to the PTO. Books attached to

24  such Declarations failed to include pages (i.e. hidden from the PTO record) that state facts about

25  the functional nature of the alleged designs, the patents therein, the structure and Mies van der

1  Rohe theories of construction, the nature of any agreements he may have had with Knoll and

2  others that would have indicated to a PTO examiner that at least an inquiry needed to be made

3  into the facts regarding ownership, transfers and grants of rights and functional nature of the

4  goods. Hidden facts contained the text of the MOMA-NY text that talks about Mies van der

5  Rohe having licensed or assigned only his name to Knoll, and that others had the rights to and

6  were, during Mies van der Rohe's lifetime, openly making, and selling the furniture independent

7  of Knoll. On information and belief, it is believed that Knoll was also in possession and knew of

8  or should have known these facts and had these and other texts on the subjects of Mies van der

9  Rohe, Bauhaus and related topics that should have been provided to PTO. As discovery has just

10  begun, and investigation and research are continuing, Responding parties reserve their rights to

11  supplement, amend and supplement another response to this Interrogatory.

12  **INTERROGATORY NO. 4:**

13   Set forth and describe in detail any facts, evidence, documents, writings or information of

14  any kind that support the truth of the statements set forth in paragraph 40 of the Tenth Defense

15  asserted in the Answer that (a) "the alleged incontestable right to use the alleged mark Barcelona

16  was obtained fraudulently" or that (b) "Counterclaim Plaintiff fraudulently procured registration

17  of the allegedly incontestable mark 'Barcelona.'"

18  **Objection** – burdensome compound and vague and disjunctive. Alphaville object to this

19  interrogatory on the ground that it calls for the response with information that is publicly

20  available and therefore equally accessible to plaintiffs. Insofar as this interrogatory purports to

21  seek information seeking in detail and to the extent it seeks information based on information

22  and belief, Alphaville also object to this interrogatory as overly broad, burdensome and

23  oppressive and designed, in whole or in part, to harass Alphaville rather than serve any

24  legitimate discovery purpose. Subject to the foregoing objections, and in accordance with Fed. R.

25

1    Civ. P. 33 (d), Alphaville will respond to this Interrogatory when recall and review of records

2    can be accomplished and at a mutually agreeable time and place.

3    **RESPONSE**: Without waiving any objections, to respond to this Interrogatory we would need to

4    examine documents that have not yet been produced by Knoll, Inc.  The TDR record shows that

5    Knoll alleged, in order to obtain such trademarks, during its trademark registration process that it

6    has a license or assignment dated in or about 1965 from Mies van der Rohe for the designs. On

7    information and belief, in November, 1965 Mr. van der Rohe may have entered into a contract

8    with Knoll which covered only the right to use Mies van der Rohe's name. Since the record also

9    shows that Knoll was assigned this mark from Drexel, documents referring and relating to this

10    assignment would need to be examined. Drexel used the mark for common bedroom and related

11    common furniture and not the alleged Mies van der Rohe designs.

12    **INTERROGATORY NO. 5:**

13    Set forth in detail the specific facts that Knoll withheld from the Patent and Trademark Office as

14    alleged in paragraph 41 of the Tenth Defense asserted in the Answer and state why, specifically,

15    such facts are material.

16    **Objection** – burdensome compound and vague. Alphaville objects to this interrogatory on the

17    ground that it calls for the response with information that is publicly available and therefore

18    equally accessible to plaintiffs. Insofar as this interrogatory  purports to seek  information

19    seeking in detail and to the extent it seeks information based on information and belief,

20    Alphaville also object to this  interrogatory as overly broad, burdensome and oppressive and

21    designed, in whole or in part, to  harass Alphaville rather than serve any legitimate discovery

22    purpose. Subject to the foregoing objections, and in accordance with Fed. R. Civ. P. 33 (d),

23    Alphaville will respond to this Interrogatory when recall and review of records can be

24    accomplished and at a mutually agreeable time and place.

25

| Case No.:  07-cv-05569-MHP | ALPHAVILLE DESIGN, INC. AND DAVID LEE AND PEGGY LEE RESPONSES TO KNOLL SET 1 INTERROGATORIES |
| --- | --- |

**RESPONSE**: Without waiving any of the objections, on information and belief, Knoll provided incomplete and misleading information to the PTO in its prosecution of the trademarks and trade dress at issue and withheld information that if it had been disclosed would, on information and belief, have lead to a refusal to register the designs.  See Response to Interrogatory No 3. At the very least a reasonable PTO examiner would on information and belief,  have inquired further into the functional, ownership and other aspects of the alleged designs. There was no Action on record for these alleged trade dress registrations on information and belief, because Knoll failed to provide, under oath, a complete record.

Dated: June 2, 2008

_Philip R. Green_

---

Philip R. Green, Attorney for: Alphaville and David Lee and Peggy Lee

# VERIFICATION

I, David Lee, declare:

I am President, for Alphaville Design, Inc., Plaintiff AND Counterclaim-Defendant in the above-entitled action, and am authorized to make this verification for and on its behalf. I have read the information provided in ALPHAVILLE, INC.'S RESPONSES AND OBJECTIONS TO KNOLL, INC.'S FIRST SET OF INTERROGATORIES, and I am informed and believe and on that ground allege that the matters stated in this document are true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at _____Guangzhou_____ . _____China_____ on the 30TH day of May, 2008.

Case No.: 07-cv-05569-MHP

VERIFICATION RE: INTERROGATORY RESPONSES

# EXHIBIT P

Philip Green (CalBN 92389)
Beverly R. Green (CalBN 92388)
Law Offices of Green & Green
1000 4th Street, Suite 595
San Rafael, CA 94901
(415) 457-8300
phil@iplegal.com

Attorneys for Plaintiff Alphaville Design, Inc.
David Lee and Peggy Lee

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHAVILLE DESIGN, INC. a Delaware corporation , <br><br> Plaintiff, <br><br> vs. <br><br> KNOLL, INC. a Delaware corporation , <br><br> Defendant <br><br> KNOLL, INC. a Delaware corporation, <br><br> Counterclaim-Plaintiff <br><br> vs. <br><br> ALPHAVILLE DESIGN, INC., DAVID LEE and PEGGY LEE, <br> Counterclaim-Defendants. | Case No.:  07-cv-05569-MHP <br><br><br> **ALPHAVILLE DESIGN, INC.** <br> **RESPONSES TO REQUESTS FOR** <br> **ADMISSION, Set 1** |

Pursuant to Federal Rule of Civil Procedure 34 and the Local Rules of this Court, Plaintiff and Counter-Defendant Alphaville Design, Inc. ("Alphaville") hereby responds to Defendant and Counterclaim-Plaintiff Knoll, Inc Request for Admissions as follows:

| | |
|---|---|
| Case No.:  07-cv-05569-MHP | Alphaville Responses to set 1 of Request For Admissions |

1    furniture; the DEFINITIONS above D through J inclusive are

2    therefore nonsensical, unintelligible, fraudulent and do not

3    describe with reasonable particularity the exhibit(s) to be

4    considered.

5    **RESPONSES AND OBJECTIONS TO REQUESTS FOR ADMISSION**

6    REQUEST FOR ADMISSION NO.1:

7    Admit that attached hereto as Exhibit I is a true and correct copy of Registration No.

8    2,893,025 for the Barcelona Chair.

9    RESPONSE NO. 1:

10   Deny that the registration is "for the Barcelona Chair" since those words do not appear in the

11   document proffered. Admit that Exhibit 1 appears to be a true and correct copy of Registration

12   No. 2,893,025.

13   REQUEST FOR ADMISSION NO. 2

14   Admit that Exhibit 1, a true and correct copy of Registration No. 2,893,025 for the

15   Barcelona Chair attached hereto, is genuine.

16   RESPONSE NO. 2:

17   Deny that the registration is "for the Barcelona Chair" since those words do not appear in the

18   document proffered. Admit that Exhibit 1 appears to be a true and correct copy of

19   Registration2,893,025.  Deny on lack of information and belief as to genuineness, except to

20   admit that such is a copy. This is not a Certified copy.

21   No.   REQUEST FOR ADMISSION NO.3:

22   Admit that attached hereto as Exhibit 2 is a true and correct copy of Registration No.

23   2,894,977 for the Barcelona Stool.

24   RESPONSE NO. 3:

25   Deny that the registration is "for the Barcelona Stool" as those words do not appear in the

| Case No.: 07-cv-05569-MHP | |
|---|---|
| | Alphaville Responses to set 1 of Request For Admissions |

1   document proffered.  Admit that Exhibit 2 appears to be a true and correct copy of Registration

2   No. 2,894,977.

3   REQUEST FOR ADMISSION NO.4

4   Admit that Exhibit 2, a true and correct copy of Registration No. 2,894,977 for the

5   Barcelona Stool, is genuine.

6   RESPONSE NO. 4:

7   Deny that the registration is "for the Barcelona Stool" since those words do not appear in the

8   document proffered. Admit that Exhibit 1 appears to be a true and correct copy of Registration

9   2,894,977.  Deny on lack of information and belief as to genuineness, except to admit that such

10  is a copy. This is not a Certified copy.

11

12  REQUEST FOR ADMISSION NO.5:

13  Admit that attached hereto as Exhibit 3 is a true and correct copy of Registration No.

14  2,894,980 for the Barcelona Couch.

15

16  RESPONSE NO. 5:

17  Deny that the registration is "for the Barcelona Couch" as those words do not appear in the

18  document proffered. Admit that Exhibit 3 appears to be a true and correct copy of Registration

19  No. 2,894,980.

20  REQUEST FOR ADMISSION NO.6

21  Admit that Exhibit 3, a true and correct copy of Registration No. 2,894,980 for the

22  Barcelona Couch, is genuine.

23  RESPONSE NO. 6:

24  Deny that the registration is "for the Barcelona Couch" since those words do not appear in the

25  document proffered. Admit that Exhibit 1 appears to be a true and correct copy of Registration 2,

| Case No.: 07-cv-05569-MHP | |
| --- | --- |
| | Alphaville Responses to set 1 of Request For Admissions |

1   894,980.  Deny on lack of information and belief as to genuineness, except to admit that such is a

2   copy. This is not a Certified copy.

3   REQUEST FOR ADMISSION NO.7:

4   Admit that attached hereto as Exhibit 4 is a true and correct copy of Registration No.

5   2,894,979 for the Barcelona Table.

6   RESPONSE NO. 7:

7   Deny that the registration is "for the Barcelona Table" as those words do not appear in the

8   document proffered.  Admit that Exhibit 4 appears to be a true and correct copy of Registration

9   No. 2,894,979.

10   REQUEST FOR ADMISSION NO.8

11   Admit that, Exhibit 4 is a true and correct copy of Registration No. 2,894,979 for the

12   Barcelona Table, is genuine.

13   RESPONSE NO. 8:

14   Deny that the registration is "for the Barcelona Table" since those words do not appear in the

15   document proffered. Admit that Exhibit 1 appears to be a true and correct copy of Registration

16   2,894,979.  Deny on lack of information and belief as to genuineness, except to admit that such

17   is a copy. This is not a Certified copy.

18   REQUEST FOR ADMISSION NO.9:

19   Admit that attached hereto as Exhibit 5 is a true and correct copy of Registration No.

20   2,894,978 for the Flat Brno Chair.

21   RESPONSE NO. 9:

22   Deny that the registration is "for the Flat Brno Chair" as those words do not appear in the

23   proffered document. Admit that Exhibit 5 appears to be a true and correct copy of Registration

24   No. 2,894,978.

25   REQUEST FOR ADMISSION NO. 10

| Case No.:  07-cv-05569-MHP | |
|---|---|
| | Alphaville Responses to set 1 of Request For Admissions |

1    Admit that Exhibit 5, a true and correct copy of Registration No. 2,894,978 for the Flat Brno

2    Chair, is genuine.

3    RESPONSE NO. 10:

4    Deny that the registration is "for the Flat Brno Chair" since those words do not appear in the

5    document proffered. Admit that Exhibit 1 appears to be a true and correct copy of Registration

6    2,894,978.  Deny on lack of information and belief as to genuineness, except to admit that such

7    is a copy. This is not a Certified copy.

8    REQUEST FOR ADMISSION NO. 11:

9    Admit that attached hereto as Exhibit 6 is a true and correct copy of the United States Patent

10    and Trademark Office Registration No. 772,313 for the Trademark "Barcelona" issued June 30,

11    1964 to Drexel Enterprises, Inc., renewed in 1984 to Knoll International, Inc. and renewed in

12    2004 to Knoll, Inc.

13    RESPONSE NO. 11:

14    Admit that Exhibit 6 appears to be a true and correct copy of the United States Patent

15    and Trademark Office Registration No. 772,313 for the Trademark "Barcelona" issued June 30,

16    1964 to Drexel Enterprises, Inc.  Deny in part: Plaintiff lacks sufficient information, and there is

17    no indication on the exhibit as to whether it was renewed in 1984 to Knoll International, Inc. and

18    renewed in 2004 to Knoll, Inc.; Plaintiff is not equipped with information,  particularly with

19    history and legal effect, therefore, to form an opinion.

20    REQUEST FOR ADMISSION NO. 12

21    Admit that Exhibit 6, a true and correct copy of the United States Patent and Trademark

22    Office Registration No. 772,313 for the Trademark "Barcelona" issued June 30, 1964 to Drexel

23    Enterprises, Inc., renewed in 1984 to Knoll International, Inc. and renewed in 2004 to Knoll,

24    Inc., is genuine.

25    RESPONSE NO. 12:

Case No.:  07-cv-05569-MHP

Alphaville Responses to set 1 of Request For Admissions

1    Responding party lacks knowledge and information as to the derivation, completeness, and

2    origin of the Exhibit and therefore does not admit or deny. Responding party has made

3    reasonable inquiry and that the information it knows or can readily obtain is insufficient to

4    enable it to admit or deny.

5    **REQUEST FOR ADMISSION NO.** 53:

6    Admit that Exhibit 27 is a true depiction of the web page

7    www.alphavilledesign.com/details_details_details as it appeared in late 2007.

8    RESPONSE NO. 53:

9    Objection: Exhibit 2 is partially illegible;  Reserving the objection, plaintiff admits that some of

10    the content appears to be consistent with content on a past web page.

11    **REQUEST FOR ADMISSION NO. 54**

12    Admit that Exhibit 27, a true depiction of the web page

13    www.alphavilledesign.com/details_details_details as it appeared in late 2007, is genuine.

14    RESPONSE NO. 54:

15    Responding party lacks knowledge and information as to the derivation, completeness, and

16    origin of the Exhibit and therefore does not admit or deny. Responding party has made

17    reasonable inquiry and that the information it knows or can readily obtain is insufficient to

18    enable it to admit or deny.

19    \\\

20    \\\

21    \\\

22    \\\

23    Dated:  July 16, 2008

24

25

| Case No.:  07-cv-05569-MHP | |
|---|---|
| | Alphaville Responses to set 1 of Request For Admissions |

- 23 -

1

2

*Philip R. Green*

3

_____

Philip Green Law Offices of Green and Green
4   Attorney for Alphaville Design, Inc.
    and David Lee and Peggy Lee
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| Case No.: 07-cv-05569-MHP | Alphaville Responses to set 1 of Request For Admissions |
| --- | --- |

EXHIBIT Q

08-19-2008.txt

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


ALPHAVILLE DESIGN, INC., a Delaware corporation,

                    Plaintiff,

        -vs-

KNOLL, INC., a Delaware corporation,

                    Defendant.
_____



DEPOSITION OF DAVID WING FUN LEE



DATE:              August 19, 2008

TIME:              10:26 a.m.


LOCATION:          MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
                   AND POPEO
                   Five Palo Alto Square
                   3000 El Camino Real
                   Sixth Floor
                   Palo Alto, California   94304


REPORTED BY:       Diane S. Martin
                   Certified Shorthand Reporter
                   License Number C-6464


▯ 1              A P P E A R A N C E S:

  2   [alt h header]

  3
      For the Plaintiff:
  4
              SHEPPARD, MULIN, RICHTER & HAMPTON, LLP
  5           BY:  NEIL A. SMITH
              Four Embarcadero Center
  6           17th Floor
              San Francisco, California   94111
                                     Page 1

                              08-19-2008.txt
 7          (415) 434-9100

 8
            GREEN & GREEN
 9          BY:   PHILIP R. GREEN
            1000 Fourth Street
10          Suite 595
            San Rafael, California    94901
11          (415) []

12

13
    For the Defendant:
14
            MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO
15          BY:   KARINEH KHACHATOURIAN
            Five Palo Alto Square
16          3000 El Camino Real
            Sixth Floor
17          Palo Alto, California    94304
            (650) 251-7700
18

19

20

21  The Videographer:        David Manzo

22

23

24

25

                                                            2

 0  1                       --oOo--

  2

  3

  4

  5

  6

  7

  8

  9

 10

 11

 12

08-19-2008.txt

13
14
15
16
17
18
19
20
21
22
23
24
25

3

□ 1                    DAVID WING FUN LEE,
 2  called as a witness, after having been duly sworn by the
 3  Certified Shorthand Reporter to tell the truth, the
 4  whole truth, and nothing but the truth, testified as
 5  follows:
 6                      EXAMINATION
 7          THE VIDEOGRAPHER:   Good morning.  We are going
 8  on the record.  The time on the screen is 10:26 a.m.
 9  Today's date is August 19, 2008.  We are located at
10  Mintz Levin, 5 Palo Alto Square, sixth floor, 3000 El
11  Camino Real Palo Alto, California.
12          This is Tape Number 1 of the videotaped
13  deposition of David Lee, case name Alphaville Design,
14  Incorporated v Knoll, Incorporated venued in the U.S.
15  District Court, Northern District of California, case
16  number 07 CV 05569 M HP.
17          My name is David Manzo, a legal video

Page 3

08-19-2008.txt

2   what's called the Barcelona chair.

3        Q    Okay.

4        A    Prior to Knoll -- there were other

5   manufacturers before Knoll making these chairs.

6        Q    How do you know that?

7        A    I have seen documentation.

8        Q    What documentation?

9        A    From excerpts from a book from though nay and

10  possibly some articles from other designers mentioning

11  this.

12       Q    And do you happen to know whether those other

13  manufacturers had the right that Knoll allowed them to

14  do it or that Mies van der Rohe allowed them to do it?

15       A    I believe they were -- it was pre Knoll, I

16  believe.

17       Q    What is your basis for that statement?

18       A    I've seen some articles I've got to pull.

19       Q    That would be great.

20       A    Avanti.  I remember the word Avanti and I

21  forget the name of the company who was manufacturing

22  these chairs pre 1964, I believe, and they were not by

23  Knoll.

24       Q    When do you think Knoll began manufacturing the

25  Barcelona chair?

                                                          190

1        A    I'm not exactly sure how far pack it was.

2        Q    Okay.  How far back do you think it goes?

3        A    Probably at least 1964, roughly that time.  I

4   know that Mies van der Rohe has some Spanish patents.

5   I've seen those.

6        Q    You've seen the Spanish patents?

Page 157

08-19-2008.txt

7    A    I've seen the Spanish patents, what I believe

8  are copies of the Spanish patents.

9           MS. KHACHATOURIAN:  I would request from

10  counsel copies of the Spanish patents by Mies van der

11  Rohe because we've never received them.  We've never

12  seen them.  And we've asked for them so if they exist

13  and they have them.

14           MR. SMITH:  They're in the books in your

15  client's files.

16           MS. KHACHATOURIAN:  I don't think so.  I think

17  that you should produce them.  We've asked for them.

18  I'm again asking that you produce these Spanish patents.

19           THE WITNESS:  I believe they just came over the

20  wire.  1931 [].

21           MS. KHACHATOURIAN:  I'm again asking for copies

22  of the Spanish patents from counsel.

23           THE WITNESS:  Sure.  So we feel that when

24  Knoll -- you know, that's part of our argument,

25  obviously.  Something that once patented cannot have a

                                                        191

□ 1  trade address.

2    Q    And why do you say that?

3    A    Well, from -- from what counsel has explained

4  to me --

5           MR. SMITH:  Objection as to calling for a legal

6  conclusion.  You can ask the witness a the question, but

7  I'm objecting as to attorney-client privilege.

8           MS. KHACHATOURIAN:  Are you objecting or

9  instructing him not to answer.

10           MR. SMITH:  No, he can answer as long as it

11  don't waive the privilege, that's fine.

12           THE WITNESS:  Well, in my simple terms, is that

Page 158

08-19-2008.txt

13  a functional product -- once -- something that is

14  functional, it's not an art form, is something that

15  falls under the realm of patent law, and things that may

16  be an art falls under possibly trade dress or something

17  like -- I don't know.  So however, so once something

18  that's patented, we don't believe you can have a trade

19  dress and use that trade dress as a patent.

20      Q    And is what you're saying that exhibits 5

21  through 10 that are attached to defendant's Deposition

22  Exhibit Number 3 are also patented by Mies van der Rohe

23  in Spain?

24          MR. SMITH:  Objection.  Ambiguous; calls for a

25  legal conclusion.

192

0 1  BY MS. KHACHATOURIAN:

 2      Q    You may answer.

 3      A    Not ten.  10 is a word mark.

 4      Q    Okay.  So 5 through 9.  Are you saying that the

 5  design --

 6      A    Some of those appear to be similar to Mies van

 7  der Rohe's patents.

 8      Q    And these are issued patents that you've seen?

 9      A    I'm still trying to -- it's in Spanish.  I'm

10  still -- we're still trying to interpret it.

11      Q    Okay.

12      A    It appears it's all hand typed, and I think

13  it's -- I'm not sure if it's an application or a patent,

14  but then I refer back to 1931, everything must be typed

15  so it appears to be [].

16      Q    Is anyone other than Alphaville contributing to

17  the defense of this lawsuit, just purely Alphaville?

Page 159

08-19-2008.txt
 8  or -- nor were these third party.

 9      Q    Okay.  And do you have any idea how customers

10  would be directed to the Alphaville Yahoo store?

11      A    From my limited knowledge, there's things

12  called med I meta tags.  There are things where search

13  engines call your sites to pick up relevant information,

14  and depending on their algorithms, your website might

15  come to the first page of a Google page or Yahoo page or

16  if not relevant, it could be buried in thousands of

17  other pages beyond, but to be on the first page you

18  may -- you can use a third-party company to buy certain

19  names so you can fall into what's called a sponsor

20  search.

21      Q    And does Alphaville employ meta tags in

22  connection with the Yahoo store?

23      A    Well, at that time when we had the store, there

24  was I believe a section that said meta tags.  Or

25  something related to that, and they would do that

                                                            237

□ 1  automatically for you.

 2      Q    And what metatags did Alphaville select?

 3      A    Well, it depends on the item.  It could be

 4  chair, it could be furniture, it could be modern, it may

 5  even be some of the words we're using in here,

 6  Alphaville, may even refer back to Barcelona.  It might

 7  have mentioned Exposition.  And it may say 1929 Mies van

 8  der Rohe.  However, you can, you know, hit -- try to get

 9  as close to what someone is looking for on the Internet.

10      Q    And you pay for these metatags; correct?

11      A    Metatags, no, are kind of a built in feature of

12  most websites.

13      Q    Is there any records maintained at Alphaville
                              Page 196

08-19-2008.txt

11    Q    As -- can you who at Alphaville was primarily

12   involved in setting up the Yahoo store?

13    A    Back in 2003?

14    Q    To 2005.

15    A    That would be me.

16    Q    And how did you go about setting up the Yahoo

17   store for Alphaville in 2003 to 2005?

18    A    Just using the standard Yahoo build it yourself

19   store features.

20    Q    As part of the build it yourself store features

21   that you employed for Yahoo did Alphaville purchase

22   search terms to be affiliated with Alphaville?

23    A    Yes.

24         MR. SMITH:  Objection.  Ambiguous.

25   BY MS. KHACHATOURIAN:

100

0 1    Q    What type of search terms did Alphaville pay

2   for to be associated with Alphaville if someone were to

3   search on Yahoo?

4         MR. SMITH:  Objection.  Ambiguous.

5         THE WITNESS:  Well, can you restate the

6   question one more time.

7   BY MS. KHACHATOURIAN:

8    Q    Can you please read it back?

9    A    Sorry.

10        (Record read by the court reporter as follows:

11        "Q:  []")

12        THE WITNESS:  We paid -- we may have paid for

13   the search term Alphaville.  I don't know.  I don't

14   know.  A lot of it is natural.

15   BY MS. KHACHATOURIAN:

Page 83

08-19-2008.txt

16    Q    Did you pay for the search term Barcelona?

17    A    Did I?  The company did.

18    Q    So Alphaville.  Did Alphaville pay Yahoo for

19 the search term Barcelona?

20    A    I don't think it paid Yahoo.  It paid what are

21 called pay-per-click companies.

22    Q    Did Alphaville pay pay-for-click companies for

23 the search term Knoll?

24    A    I don't recall.

25    Q    Did Alphaville pay pay-for-click companies for

101

□ 1  the search term Barcelona chair?

2    A    Yes, I think it did.

3    Q    Did Alphaville pay pay-for-click companies for

4 the search term Mies van der Rohe?

5    A    Yes, I believe it did or some part of it.

6    Q    As Alphaville's corporate representative and

7 the person who built the Yahoo E store, what is the

8 purpose of paying for these search terms?

9    A    To drive traffic to your site.

10    Q    So if I understand correctly, if a customer

11 were to search the term Barcelona chair or Mies van der

12 Rohe or some derivative of that, there is a certain

13 price involved in directing the traffic to the

14 Alphaville website; is that how it works?

15    A    Something like this, yes.

16    Q    Okay.

17    A    Only if you click on that advertisement.

18         MS. KHACHATOURIAN:  I'd like to mark as

19 exhibit -- Defendant's Exhibit Number 4 this document,

20 and I will provide courtesy copies for counsel.

21         (DEFENDANT'S EXHIBIT 4 WAS MARKED.)
                    Page 84

08-19-2008.txt

25      A    In person.

114

0 1     Q    In person?

 2      A    And also at the Knoll studio in San Francisco.

 3      Q    So you have been at the Knoll studio in San

 4  Francisco?

 5      A    Yes, and I believe I've seen it also at Tint in

 6  Berkeley.

 7      Q    So you do not -- have you ever had an original

 8  Knoll Barcelona chair at Alphaville?

 9      A    No, not that I'm aware of.

10      Q    When did you have occasion to go to the Knoll

11  studio in San Francisco?

12      A    Maybe a year ago, perhaps.  Or several months.

13  within the last year possibly.

14      Q    Was it prior to the filing of the lawsuit and

15  by lawsuit I mean the declaratory relief action that

16  Alphaville filed in 2007?

17      A    I don't recall.  I did go -- the Knoll studio

18  in San Francisco is near by Chinatown.  We just go for

19  lunch and we just walk by it.

20      Q    Have you ever been inside the Knoll studio in

21  San Francisco?

22      A    Yes.  Yes.

23      Q    And what was your purpose for visiting the

24  Knoll studio in San Francisco?

25      A    Looking at furniture.

115

0 1     Q    Did you take any pictures?

 2      A    No.

 3      Q    Has Alphaville ever referred to the Exposition

Page 95

08-19-2008.txt

18  outside cushioned corners are original like are used on

19  the original Knoll Barcelona chair?

20      A    The picture is fuzzy, however, there's four

21  outside corners on the chair, two in the front, two in

22  the back upper ends and that's the face.  Not where you

23  sit on, but the sides.  I'm not even sure if the face is

24  the correct terminology, but it's the side of the

25  cushion, and on the side of the cushion there are no

170

0 1  seams.  It's just one big piece of leather wrapped

 2  around instead of one piece here, system one piece in

 3  each corner, it's just one big piece.

 4      Q    And what is the basis of your statement in

 5  Exhibit 6 the seamless outside cushion corners that are

 6  used in the Mies pavilion lounge chair are also used in

 7  the original Knoll Barcelona chair

 8      A    We reviewed the ones at the Knoll studios, I

 9  believe, or Design within Reach sometime in '06,

10  possibly?

11      Q    Okay.  So when you went to the Knoll studio?

12      A    Or the Design within Reach store.

13      Q    You had mentioned that you had gone to the

14  Knolls studio.  Why had you gone to the Knolls studio

15  in --

16      A    Think it was just last year.  I didn't even

17  know they were so close here in San Francisco, but the

18  Design within Reach was a competitor of ours.  They

19  switched over from their Italian reproductions called

20  the Mies pavilion chair.  In 2005 they started selling a

21  lower cost version of the Knoll Barcelona chair.  So we

22  took a look at it and kind of adjusted our product.

Page 141

08-19-2008.txt

11    Q    But is the Canti chair that Alphaville sells a

12  Mies van der Rohe design?

13    A    I believe that design has been attributed to

14  Mies van der Rohe, and some of his contemporaries at

15  that time, like Brewer.

16    Q    Have you ever seen the Barcelona stools sold by

17  Knoll in person?

18    A    Sold by Knoll.  I believe I've seen at design

19  within reach.

20    Q    Okay.  And does the Exposition chair sold by

21  Alphaville feature hidden double snap closures on the

22  back cushions?

23    A    Yes, it does have hidden double snap

24  cushions -- closures.

25    Q    To your knowledge does the Barcelona chair sold

289

0 1  by Knoll feature hidden double snap closures on the back

 2  cushions?

 3    A    The chairs at -- the chairs at design within

 4  reach do have those.

 5    Q    And the chairs that are designed at reach

 6  you're referring to are Knoll chairs?

 7    A    They are.  I believe they are currently.

 8    Q    Okay.

 9    A    I have seen some Knoll chairs without those

10  double snaps.  Or what appear to be Knoll chairs.

11    Q    Could you please state your address for the

12  record?  I forgot to ask you that.

13    A    Alphaville is headquartered in Fremont, 41460

14  Christy Street, Fremont, California, 94538, I believe.

15    Q    And your home address?

Page 239

EXHIBIT R

**From:** Philip Green [mailto:phil@greenandgreen.com]
**Sent:** Tuesday, July 08, 2008 3:36 PM
**To:** Khachatourian, Karineh
**Cc:** 'Neil Smith'
**Subject:** RE: Knoll/Alphaville - Appointment of a special master
**Importance:** High

NO we are not agreeable to a SM at this time.

Philip Green
Law Offices of Green & Green
Main Office: (415) 457-8300 X 11
MARIN COUNTY:
1000 4th Street Suite 595
San Rafael, CA 94901
SAN FRANCISCO:
1 Embarcadero Center
Suite 500, SF, CA 94111
>>CONFIDENTIALITY NOTICE: DO NOT FORWARD THIS EMAIL! This email is intended only for the addressee(s) named as recipients.  This is a LEGALLY PRIVILEGED communication and may contain trade secrets and privileged attachments. If you received this is error, please destroy it and take all reasonable measures to prevent unauthorized access, copying or any onward transfer. Please notify the sender of this error, and you can be removed from this mail list for free, by email to: remove@greenandgreen.com.
IRS CIRCULAR 230 NOTICE:  To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

Please consider the environment before printing this email 

Fax: (415) 457-8757
phil@greenandgreen.com
www.thatsentertainment.biz
www.greenandgreen.com

**From:** Khachatourian, Karineh [mailto:KKhachatourian@mintz.com]
**Sent:** Tuesday, July 08, 2008 2:29 PM
**To:** phil@greenandgreen.com; Philip Green; phil@iplegal.com
**Cc:** Neil Smith
**Subject:** Knoll/Alphaville - Appointment of a special master

Phil;

As part of our joint CMC, we intend to ask the Court to appoint a special master. Will you agree? Please advise and thank you.

Karineh Khachatourian
Mintz Levin Cohn Ferris Glovsky and Popeo PC
1400 Page Mill Road
Palo Alto, CA 94304
(DD) 650-251-7717
(Fax) 650-251-7739
www.mintz.com

----------------------------------------------------------------

IRS CIRCULAR 230 NOTICE

In compliance with IRS requirements, we inform you that any U.S. tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties or in connection with marketing or promotional materials.

----------------------------------------------------------------

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify Mintz, Levin, Cohn, Ferris, Glovsky and Popeo immediately at either (617) 542-6000 or at ISDirector@Mintz.com, and destroy all copies of this message and any attachments. You will be reimbursed for reasonable costs incurred in notifying us.

EXHIBIT S

Philip Green (CalBN 92389)
Beverly R. Green (CalBN 92388)
Law Offices of Green & Green
1000 4th Street, Suite 595
San Rafael, CA 94901
(415) 457-8300
phil@iplegal.com

Attorneys for Plaintiff Alphaville Design, Inc.
David Lee and Peggy Lee

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHAVILLE DESIGN, INC. a Delaware corporation , <br><br> Plaintiff, <br><br> vs. <br><br> KNOLL, INC. a Delaware corporation , <br><br> Defendant | Case No.:  07-cv-05569-MHP <br><br> **ALPHAVILLE DESIGN, INC. AND DAVID LEE AND PEGGY LEE RESPNONSES TO KNOLL SET 1 REQUEST FOR PRODUCTION OF DOCUMENTS** |
| KNOLL, INC. a Delaware corporation, <br><br> Counterclaim-Plaintiff <br><br> vs. <br><br> ALPHAVILLE DESIGN, INC., DAVID LEE and PEGGY LEE, <br> Counterclaim-Defendants. | |

Pursuant to Federal Rule of Civil Procedure 34 and the Local Rules of this Court, Plaintiff and

Counter-Defendant Alphaville Design, Inc. ("Alphaville")  hereby responds to Defendant and

Counterclaim-Plaintiff Knoll, Inc Request for Production of Documents as follows:

1    **Response to Response No 115.**  Objection: Documents may be privileged under the

2        attorney – client privilege and/or the attorney work product privilege.  Documents

3        identified as privileged may include but not be limited to: correspondence, letters, emails

4        and memos to and from clients and to and from their counsel.  Such documents would be

5        dated from in and about August, 2007 to the present. Alphaville will produce non-

6        privileged documents.

7    <u>**REQUEST FOR PRODUCTION NO. 116:**</u>

8    All documents and things that support Alphaville's allegation in paragraph 15h of the Complaint

9    that Alphaville "makes, distributes and sells many dozens of types of furniture made

10   worldwide."

11   **Response to Response No 116.**  Objection: Documents may be privileged under the

12       attorney – client privilege and/or the attorney work product privilege.  Documents

13       identified as privileged may include but not be limited to: correspondence, letters, emails

14       and memos to and from clients and to and from their counsel.  Such documents would be

15       dated from in and about August, 2007 to the present. Alphaville will produce non-

16       privileged relevant documents.

17   <u>**REQUEST FOR PRODUCTION NO. 117:**</u>

18   All documents and things that support Alphaville's allegation in paragraph 18 of the Complaint

19   that "Knoll has sent other such Cease & Desist letters to customers of Plaintiff Alphaville and

20   has even sued customers of Alphaville."

21   **Response to Response No 117.**  Objection: Documents may be privileged under the

22       attorney -- client privilege and/or the attorney work product privilege.  Documents

23       identified as privileged may include but not be limited to: correspondence, letters, emails

24       and memos to and from clients and to and from their counsel.  Such documents would be

25       dated from in and about August, 2007 to the present.

| Case No.:  07-cv-05569-MHP | |
|---|---|
| | Alphaville Responses to Knoll 1st set of Request Documents |

1   **REQUEST FOR PRODUCTION NO. 118:**

2   All documents and things that support Alphaville's allegation in paragraph 19 of the Complaint

3   that "many manufacturers were and still are making, selling and distribution [sic] 20th Century

4   design furniture similar to that of Alphaville."

5       **Response to Response No 118.** Objection: Documents may be privileged under the

6           attorney – client privilege and/or the attorney work product privilege. Documents

7           identified as privileged may include but not be limited to: correspondence, letters, emails

8           and memos to and from clients and to and from their counsel. Such documents would be

9           dated from in and about August, 2007 to the present.

10  **REQUEST FOR PRODUCTION NO. 119:**

11  All documents and things that support Alphaville's allegation in paragraph 24 of the Complaint

12  that "the name Barcelona is generic for this genre and line of furniture."

13      **Response to Response No 119.** Objection: Documents may be privileged under the

14          attorney – client privilege and/or the attorney work product privilege. Documents

15          identified as privileged may include but not be limited to: correspondence, letters, emails

16          and memos to and from clients and to and from their counsel. Such documents would be

17          dated from in and about August, 2007 to the present.

18  **REQUEST FOR PRODUCTION NO. 120:**

19  All documents and things that support Alphaville's allegation in paragraph 25 of the Complaint

20  that the Barcelona mark is geographically misdescriptive.

21      **Response to Response No 120.** Objection: Documents may be privileged under the

22          attorney – client privilege and/or the attorney work product privilege. Documents

23          identified as privileged may include but not be limited to: correspondence, letters, emails

24          and memos to and from clients and to and from their counsel. Such documents would be

25          dated from in and about August, 2007 to the present.

| Case No.: 07-cv-05569-MHP | |
|---|---|
| | Alphaville Responses to Knoll 1st set of Request Documents |

1    **REQUEST FOR PRODUCTION NO. 121:**

2    All documents and things that support Alphaville's allegation in paragraph 34 of the Complaint

3    that "selling 20th Century designer furniture is a large business."

4        **Response to Response No 121.**   Objection: Documents may be privileged under the

5            attorney – client privilege and/or the attorney work product privilege.  Documents

6            identified as privileged may include but not be limited to: correspondence, letters, emails

7            and memos to and from clients and to and from their counsel.  Such documents would be

8            dated from in and about August, 2007 to the present.

9    **REQUEST FOR PRODUCTION NO. 122:**

10    All documents and things that support Alphaville's allegation in paragraph 40a of the Complaint

11    that "the right to make van der Rohe furniture was being used by many makers long before Knoll

12    obtained a license."

13        **Response to Response No 122.**   Objection: Documents may be privileged under the

14            attorney – client privilege and/or the attorney work product privilege.  Documents

15            identified as privileged may include but not be limited to: correspondence, letters, emails

16            and memos to and from clients and to and from their counsel.  Such documents would be

17            dated from in and about August, 2007 to the present.

18            Alphaville will produce non-privileged documents that indicate other makes than Knoll

19            were making Mies van der Rohe furniture before Knoll, Inc.

20    **REQUEST FOR PRODUCTION NO. 123:**

21    All documents and things that support Alphaville's allegation in paragraph 40d of the Complaint

22    that "Knoll has allowed many other makes of designer furniture to produce, manufacture,

23    distribute and sell Barcelona look-alike furniture."

24        **Response to Response No 123.**   Objection: Documents may be privileged under the

25            attorney – client privilege and/or the attorney work product privilege.  Documents

Case No.:  07-cv-05569-MHP

Alphaville Responses to Knoll 1st set of Request Documents

1    identified as privileged may include but not be limited to: correspondence, letters, emails

2    and memos to and from clients and to and from their counsel.  Such documents would be

3    dated from in and about August, 2007 to the present.

4    **REQUEST FOR PRODUCTION NO. 124:**

5    All documents and things that support Alphaville's allegation in paragraph 40e of the Complaint

6    that "Knoll has caused great prejudice to Alphaville and indeed to many other makers of

7    designer furniture."

8    **Response to Response No 124.**   Objection: Documents may be privileged under the

9    attorney – client privilege and/or the attorney work product privilege.  Documents

10    identified as privileged may include but not be limited to: correspondence, letters, emails

11    and memos to and from clients and to and from their counsel.  Such documents would be

12    dated from in and about August, 2007 to the present.

13    **REQUEST FOR PRODUCTION NO. 125:**

14    All documents and things that support Alphaville's allegation in paragraph 40f of the Complaint

15    that "the alleged designs of the trademarks in suit were made by others in worldwide before

16    Knoll's alleged manufacture of van der Rohe designs."

17    **Response to Response No 125.**   Objection: Documents may be privileged under the

18    attorney – client privilege and/or the attorney work product privilege.  Documents

19    identified as privileged may include but not be limited to: correspondence, letters, emails

20    and memos to and from clients and from their counsel.  Such documents would be dated

21    from in and about August, 2007 to the present.

22

23    Dated: May 1, 2008

24    Respectfully submitted and reserving the right

25    to amend and supplement,

| Case No.:  07-cv-05569-MHP | |
| --- | --- |
| | Alphaville Responses to Knoll 1st set of Request Documents |

1

2

3

_Philip R. Green_

4

Philip Green Attorney for Alphaville and
David Lee and Peggy Lee

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| Case No.:  07-cv-05569-MHP | |
|---|---|
| | Alphaville Responses to Knoll 1st set of Request Documents |