United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALPHAVILLE DESIGN, INC.,

    Plaintiff(s),

vs.

KNOLL, INC.,

    Defendant(s).
_____/

KNOLL, INC.,

    Counterclaim-Plaintiff,

vs.

ALPHAVILLE DESIGN, INC., et al.,

    Counterclaim-Defendants.
_____/

No. 07-05569 MHP

**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR PROTECTIVE ORDER**

    Having reviewed the pleadings and requests for production submitted by the parties, this court finds that:

    1. Defendant Knoll, Inc.'s Second Set of Requests for Admissions to plaintiff Alphaville Design, Inc. is unduly burdensome and abusive in number in view of the issues to be addressed by the upcoming summary judgment motion;

    2. Plaintiff's motion for a protective order is GRANTED except as to Requests ##234-247 and 546 which shall be answered on or before September 30, 2008;

3. All other Requests are stayed until the next hearing, which is the hearing on summary judgment re invalidity. At that time the court will set reasonable limits on the number of Requests for Admission.

IT IS SO ORDERED.

Date: September 11, 2008

_____
MARILYN HALL PATEL
Judge
United States District Court
Northern District of California