1  PHILIP GREEN, Cal. Bar No. 92389)
   BEVERLY R. GREEN, Cal. Bar No. 92388)
2  LAW OFFICES OF GREEN & GREEN
   1000 4th Street, Suite 595
3  San Rafael, CA  94901
   (415) 457-8300
4  phil@iplegal.com

5  Attorneys for Plaintiff/Counterclaim-Defendant Alphaville Design, Inc.
   and Counterclaim-Defendants David Lee and Peggy Lee

6
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
7     A Limited Liability Partnership
      Including Professional Corporations
8  NEIL A. SMITH, Cal. Bar No. 63777
   P. CRAIG CARDON, Cal. Bar No. 168646
9  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4109
10 Telephone:    415-434-9100
   Facsimile:    415-434-3947
11 nsmith@sheppardmullin.com
   ccardon@sheppardmullin.com
12
   Attorneys for Plaintiff/Counterclaim-Defendant
13 Alphaville Design, Inc.

14

15            UNITED STATES DISTRICT COURT

16      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17

18 | ALPHAVILLE DESIGN, INC., a Delaware corporation, | Case No. 07-CV-05569 MHP |
|---|---|
| Plaintiff, | **EXHIBIT 4: Letter From Knoll-Metal Corporation** |
| v. | |
| KNOLL, INC., a Delaware corporation, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

## MANUAL FILING NOTIFICATION

Regarding: Exhibit 4 to the Declaration of Philip Green.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

DATED: November 3, 2008

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                By        /s/ Neil A. Smith
                          NEIL SMITH
                        P. CRAIG CARDON
                          Attorneys for
                  ALPHAVILLE DESIGN, INC.