1  KARINEH KHACHATOURIAN (CalBN 202634)
   Email: kkhachatourian@mintz.com
2  BRYAN J. SINCLAIR (CalBN 205885)
   MINTZ LEVIN COHN FERRIS GLOVSKY
3  AND POPEO P.C.
   1400 Page Mill Road
4  Palo Alto, California 94304
   Tel.: (650) 251-7700
5  Fax: (650) 251-7739

6  Attorneys for Defendant and Counterclaimant Knoll, Inc.

7
   PHILIP GREEN (CalBN 92389)
8  BEVERLY R. GREEN (CalBN 92388)
   LAW OFFICES OF GREEN & GREEN
9  1000 4th Street, Suite 595
   San Rafael, CA  94901
10 (415) 457-8300
   phil@iplegal.com
11
   Attorneys for Plaintiff/Counterclaim-Defendant Alphaville Design, Inc.
12 and Counterclaim-Defendants David Lee and Peggy Lee

13 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
14   Including Professional Corporations
   NEIL A. SMITH, Cal. Bar No. 63777
15 P. CRAIG CARDON, Cal. Bar No. 168646
   Four Embarcadero Center, 17th Floor
16 San Francisco, California  94111-4109
   Telephone:    415-434-9100
17 Facsimile:    415-434-3947
   nsmith@sheppardmullin.com
18
   Attorneys for Plaintiff/Counterclaim-Defendant Alphaville Design, Inc.
19

20              UNITED STATES DISTRICT COURT

21    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

22

23 | ALPHAVILLE DESIGN, INC.,           | Case No. 07-CV-05569 MHP

                    Plaintiff,
24
25         v.                          **STIPULATION [AND PROPOSED
                                       ORDER] FOR LIMITED PROTECTIVE
   KNOLL, INC.,                        ORDER CONCERNING CONFIDENTIAL
26                                     SETTLEMENT DOCUMENTS**
                    Defendant.
27

28 AND RELATED COUNTERCLAIMS.

                                  -1-

# STIPULATION

This Stipulation For Limited Protective Order Concerning Confidential Settlement Documents ("Stipulation") is entered into by plaintiff/counterclaim defendant Alphaville Design, Inc., counterclaim defendants David and Peggy Lee (collectively "Alphaville") and defendant/counterclaimant Knoll, Inc. ("Knoll") based on the following facts:

A.     There is currently no protective order entered by the Court in this action.  Knoll had previously filed a motion for entry of protective order, Docket No. 44, which the Court refused to hear and ordered Alphaville and Knoll ("collectively the "Parties") to meet and confer at the July 21, 2008 Case Management Conference.  The Parties have not yet finalized a stipulated protective order.   The Parties disagree on the reasons for the delay.

B.     Alphaville has requested the production from Knoll of confidential settlement agreements between Knoll and Casprini, Gordon, and Palazzetti (Settlement Documents), and Knoll has agreed to produce the Settlement Documents subject to a protective order;

C.     Knoll has sought permission from these third parties to produce the Settlement Documents to Alphaville and said third parties have allowed Knoll to produce redacted versions that do not include sensitive information such as financial information.

D.     Knoll has informed Alphaville that the Settlement Documents contain confidentiality provisions and Knoll asserts that production can only be made pursuant to a stipulated protective order entered by the Court.

E.     Since Alphaville believes it is necessary to receive these documents immediately, and the Parties must file their respective oppositions to motions for summary

-2-

1  judgment on November 17 and November 19, 2008, and the hearing on said motions will

2  be heard by this Court on December 15, 2008, the Parties enter into this Stipulation for

3  Limited Protective Order for the purpose of production of the Settlement Documents at

4  this time.

5

6          IT IS HEREBY STIPULATED, by and between Alphaville Design, Inc.,

7  David Lee, Peggy Lee and Knoll, Inc., through their counsel of record, that:

8

9          1.    This Limited Stipulated Protective Order is applicable to the

10  production of the Settlement Documents and will not be superceded by the entry of a

11  future protective order unless specifically agreed to by the Parties or so ordered by the

12  Court.

13

14          2.    The Settlement Documents produced pursuant to the terms of this

15  Stipulation for Limited Protective Order may be disclosed only to outside counsel of

16  record for the Parties.. Outside counsel of record for Alphaville agrees that it shall not

17  disclose the contents or discuss the terms of the Settlement Documents with any one at

18  Alphaville or any third party unless otherwise ordered by the Court.

19

20          3.    All documents produced pursuant to the terms of this Stipulation for

21  Limited Protective Order shall be marked "Outside Counsel of Record Only – Settlement

22  Documents".

23

24          4.    Any submission to the Court of the Settlement Documents produced

25  pursuant to this Stipulation for Limited Protective Order must be made under an

26  application to file such documents under seal.   Alphaville's outside counsel of record

27  agrees that said request must be made in a separate document from any other application to

28  file documents under seal.

-3-

1    5.    Any references to and/or the contents of the Settlement Documents

2  produced pursuant to this Stipulation for Limited Protective Order must be redacted in the

3  public versions of documents filed or submitted to this Court.

4

5    6.    Any references to and/or the contents of the Settlement Documents

6  produced pursuant to this Stipulation for Limited Protective Order in any unredacted

7  versions of documents lodged or submitted to this Court must be submitted under seal.

8  Alphaville's outside counsel of record shall not under any circumstance request to e-file or

9  take any action to disclose the contents of the Settlement Documents to the public and

10  shall return any copies lodged with the Court to Knoll's counsel of record if returned by

11  the Court.

12

13    7.    The Parties enter into this Stipulation for Limited Protective Order

14  without prejudice to each Party's rights, expressly reserving all rights to challenge the

15  production, lack thereof, discoverability or admissibility of the Settlement Documents.

16

Dated: November 17 2008          MINTZ LEVIN COHN FERRIS GLOVSKY AND
17                               POPEO P.C.

18

19                               By:

20                                  KARINEH KHACHATOURIAN
                                 Attorneys for Defendant/Counter-claimant
21                               Knoll, Inc.

22

23

24

25

26

27

28

-4-

STIPULATION [AND PROPOSED ORDER] FOR
LIMITED PROTECTIVE ORDER

1    Dated: November ⟨17⟩, 2008       SHEPPARD, MULLIN, RICHTER & HAMPTON
LLP

2

3

4                                   NEIL A. SMITH
                                  P. CRAIG CARDON

5                                   Attorneys for Plaintiff/Counterclaimant
                                  Alphaville Design, Inc.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-

STIPULATION [AND PROPOSED ORDER] FOR
LIMITED PROTECTIVE ORDER

1

## ORDER

2

3          Having reviewed the foregoing stipulation and good cause appearing

4   therefor, the Stipulation for Limited Protective Order is approved and hereby entered as

5   this Court's Order.

6          IT IS SO ORDERED.

7

8   DATED: _____11/18_____, 2008

9

10

11  The Hon

    Unite

12

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-