1  PHILIP GREEN (CalBN 92389)
   BEVERLY R. GREEN (CalBN 92388)
2  LAW OFFICES OF GREEN & GREEN
   1000 4th Street, Suite 595
3  San Rafael, CA  94901
   (415) 457-8300
4  phil@iplegal.com
   Attorneys for Plaintiff Alphaville Design, Inc.,
5  David Lee and Peggy Lee

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
7     Including Professional Corporations
   NEIL A. SMITH, Cal. Bar No. 63777
8  P. CRAIG CARDON, Cal. Bar No. 168646
   NICOLE M. LEE, Cal. Bar No. 222344
9  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4109
10 Telephone:    415-434-9100
   Facsimile:    415-434-3947
11 nsmith@sheppardmullin.com
   ccardon@sheppardmullin.com
12 nlee@sheppardmullin.com

13 Attorneys for Plaintiff Alphaville Design, Inc.,
   David Lee, and Peggy Lee

14

15                    UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18  ALPHAVILLE DESIGN, INC., a Delaware corporation, | Case No. 07-CV-05569 MHP |
| 19                     Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL, AND [PROPOSED] ORDER THEREON** |
| 20        v. | |
| 21  KNOLL, INC., a Delaware corporation, | [Civil L.R. 11-5] |
| 22                     Defendant. | The Hon. Marilyn H. Patel |
| 23  KNOLL, INC., | |
| 24                     Counterclaimant, | |
| 25        v. | |
| 26  ALPHAVILLE DESIGN, INC., DAVID LEE and PEGGY LEE, | |
| 27                     Counterdefendants. | |

28

---

W02-WEST:6NB1\401648266.1          NOTICE OF WITHDRAWAL OF COUNSEL, AND [PROPOSED] ORDER
                                                                               THEREON

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil L.R. 11-5, **Sheppard Mullin Richter & Hampton LLP** (including specifically the named attorneys **P. Craig Cardon, Neil A. Smith, and Nicole M. Lee**) hereby provides notice of its withdrawal from this action as counsel of record for plaintiff/counterdefendant Alphaville Design, Inc. and counterdefendants David Lee and Peggy Lee.

Written notice of this withdrawal has been given to, and has been consented to by, plaintiff/counterdefendant Alphaville Design, Inc. and counterdefendants David Lee and Peggy Lee, who are still represented in this action by separate counsel of record Philip R. Green of the Law Offices of Green & Green.

DATED: July 13, 2009

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ P. Craig Cardon*
P. CRAIG CARDON
NEIL A. SMITH
NICOLE M. LEE

Attorneys for
ALPHAVILLE DESIGN, INC., DAVID LEE, AND PEGGY LEE

**Consented to by:**

DATED: July 13, 2009

LAW OFFICES OF GREEN & GREEN

By  *Philip R. Green*
PHILIP R. GREEN

Attorneys for
ALPHAVILLE DESIGN, INC., DAVID LEE, AND PEGGY LEE

## ORDER

IT IS HEREBY ORDERED that this Court enters the withdrawal **Sheppard Mullin Richter & Hampton LLP** (including specifically the named attorneys **P. Craig Cardon, Neil A. Smith, and Nicole M. Lee**), and relieves counsel of any duties as counsel of record in this action for plaintiff/counterdefendant Alphaville Design, Inc. and counterdefendants David Lee and Peggy Lee.

**IT IS SO ORDERED.**

Dated: July 24, 2009



_____
THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

W02-WEST:6NB1\401648266.1

-2-

NOTICE OF WITHDRAWAL OF COUNSEL, AND [PROPOSED] ORDER THEREON