UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHAVILLE DESIGN, INC., | No. C-07-5569 MHP (EMC) |
| Plaintiff, | |
| v. | **RECUSAL ORDER** |
| KNOLL, INC., | |
| Defendant. _____/ | |
| KNOLL, INC., | |
| Counterclaim-Plaintiff, | |
| v. | |
| ALPHAVILLE DESIGN, INC., *et al.*, | |
| Counterclaim-Defendants. _____/ | |

This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

IT IS SO ORDERED.

Dated: August 4, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge