PHILIP GREEN (State Bar No. 92389)
BEVERLY R. GREEN (State Bar No. 92388)
LAW OFFICES OF GREEN & GREEN
1000 4th Street, Suite 595
San Rafael, California  94901
Telephone:  415.457.8300
Facsimile:  415.457.8757
Email:  phil@iplegal.com

JEFFREY G. KNOWLES (State Bar No. 129754)
JULIA D. GREER (State Bar No. 200479)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone:  415.391.4800
Facsimile:  415.989.1663
Email:   ef-jgk@cpdb.com,
         ef-jdg@cpdb.com

Attorneys for Plaintiff ALPHAVILLE DESIGN,
INC. and Counter-Claim Defendants
ALPHAVILLE DESIGN, INC.,
DAVID LEE  and PEGGY LEE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALPHAVILLE DESIGN, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KNOLL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND RELATED ACTIONS. | Case No. CV 07-5569 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE DATE**<br><br>Judge:  Hon. Marilyn H. Patel<br>　　　　　Courtroom 15, 18th Floor<br><br>Complaint Filed:  November 1, 2007<br>Counter Claims Filed:  January 15, 2008<br>Trial Date:  Not set. |

WHEREAS, on July 29, 2009 the law firm of Coblentz, Patch, Duffy & Bass LLP filed a Notice of Association of Counsel as co-counsel of record for Plaintiff and Counterclaim Defendants in the above-captioned action;

WHEREAS, a case management conference has been scheduled for August 17, 2009 in

1  this matter;

2      WHEREAS, Jeffrey Knowles of Coblentz, Patch, Duffy & Bass LLP is unavailable to

3  attend the case management conference on that date as he will be out of town on a trip scheduled

4  several months ago;

5      WHEREAS, all counsel of record are available to attend a case management conference on

6  August 31, 2009;

7      THEREFORE, the parties stipulate and agree that the case management conference

8  currently scheduled for August 17, 2009 may be moved at the Court's convenience to August 31,

9  2009, at 3:00 p.m.

10 DATED: July ___, 2009        COBLENTZ, PATCH, DUFFY & BASS LLP

11

12                         By: /s/ Julia D. Greer

13                             Jeffrey G. Knowles
                              Attorneys for Plaintiff ALPHAVILLE DESIGN,

14                               INC. and Counter-Claim
                              DefendantsALPHAVILLE DESIGN, INC.,

15                               DAVID LEE AND PEGGY LEE

   DATED: July ___, 2009        MINTZ LEVIN COHN FERRIS GLOVSKY AND

16                               POPEO P.C.

17

18                         By: /s/ Karineh Khachatourian
                            Karineh Khachatourian

19                             Attorneys for Defendant and and Counter-Claim
                            Plaintiff KNOLL, INC.

20

21     IT IS SO ORDERED
       August 3,

22 DATED: ~~July ___,~~ 2009

23

24                          HONORABLE

25 .



IT IS SO ORDERED — Judge Marilyn H. Patel

13951.001.1205937v1              2              Case No. CV 07-5569 MHP

**STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE DATE**