1  KARINEH KHACHATOURIAN (SBN 202634)
   Email: kkhachatourian@mintz.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY
   AND POPEO P.C.
4  5 Palo Alto Square - 6th Floor
   3000 El Camino Real
5  Palo Alto, California  94306
   Telephone:  650-251-7700
6  Facsimile:   650-251-7739

7  GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
   Email: ggottlieb@grr.com
8  MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
   Email: mmisthal@grr.com
9  GOTTLIEB RACKMAN & REISMAN, P.C.
   270 Madison Avenue
10 New York, NY  10016-0601
   Telephone:  (212) 684-3900
11 Facsimile:   (212) 684-3999

12 Attorneys for Defendant and Counterclaimant,
   KNOLL, INC.
13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                         **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 17  ALPHAVILLE DESIGN, INC., a Delaware corporation, | Case No. 07-CV-05569 MHP (BZ) |
| 18           Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: SETTLEMENT CONFERENCE SCHEDULE** |
| 19    vs. | |
| 20  KNOLL, INC., a Delaware corporation, | |
| 21           Defendant. | |
| 22 | |
| 23 | |
| 24  AND RELATED COUNTERCLAIMS. | Complaint filed:  November 1, 2007<br>Trial Date:       None set |

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: SETTLEMENT CONFERENCE SCHEDULE
CASE NO. 07-CV-05569 MHP (BZ)

**STIPULATION**

WHEREAS, at the July 6, 2009 Case Management Conference the Court ordered that the parties attend private mediation at JAMS before the Honorable Edward A. Infante (Ret.) at JAMS. *See* July 6, 2009 Transcript (Dkt. No. 244) at 35:15-37:18.

WHEREAS, Plaintiff and Counter-Defendant Alphaville Design, Inc., Counter-Defendants David and Peggy Lee, and Defendant and Counterclaimant Knoll, Inc. (collectively the "parties") subsequently scheduled a settlement conference before the Honorable Edward A. Infante (Ret.) to be held on October 28, 2009.

WHEREAS, at the August 31, 2009 Case Management Conference, the parties informed the Court of this scheduled settlement conference, which the Court acknowledged and approved.

WHEREAS, on September 1, 2009, the Court referred this matter to the Honorable Bernard Zimmerman for settlement.

WHEREAS, on September 3, 2009, the Honorable Bernard Zimmerman issued an order setting a settlement conference to be held October 9, 2009. *See* Dkt. No. 256.

WHEREAS, the parties agree that it is not in the interest of judicial economy to have two settlement conferences scheduled closely together before two different mediators.

WHEREAS, the parties further agree that they should go forward with the previously scheduled conference before the Honorable Edward A. Infante (Ret.) and respectfully request that the Court take the settlement conference before the Honorable Bernard Zimmerman off-calendar to conserve the resources of the parties and the Court.

ACCORDINGLY, the parties, by and through the undersigned counsel, HEREBY STIPULATE THAT:

1.     The September 1st order and September 3rd (Dkt. No. 256) order referring this matter to the Honorable Bernard Zimmerman for a settlement conference be vacated; and

/ / /

/ / /

/ / /

/ / /

2. The parties shall proceed with the previously scheduled settlement conference before the Honorable Edward A. Infante (Ret.) on October 28, 2009.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  September 11, 2009        MINTZ LEVIN COHN FERRIS GLOVSKY AND
                                  POPEO P.C.

                                  /s/  Karineh Khachatourian
                                  By:  KARINEH KHACHATOURIAN
                                       JEFFREY M. RATINOFF
                                       Attorneys for Defendant and Counterclaimant,
                                       Knoll, Inc.

Dated:  September 11, 2009        COBLENTZ, PATCH, DUFFY & BASS LLP

                                  /s/  Jeffrey G. Knowles
                                  By:  JEFFREY G. KNOWLES
                                       JULIA D. GREER
                                       Attorneys for Plaintiff Alphaville Designs, Inc., and
                                       Attorneys for Counter-Defendants, Alphaville
                                       Designs, Inc., David Lee and Peggy Lee

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated:  9/11/2009

                                  THE HONORABLE MARILYN H. PATEL
                                  UNITED STATES DISTRICT COURT
                                  NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED — Judge Marilyn H. Patel*

4710196v.1

- 2 -
STIPULATION AND [PROPOSED] ORDER RE: SETTLEMENT CONFERENCE SCHEDULE
CASE NO. 07-CV-05569 MHP (BZ)