PHILIP GREEN (State Bar No. 92389)
BEVERLY R. GREEN (State Bar No. 92388)
LAW OFFICES OF GREEN & GREEN
1000 4th Street, Suite 595
San Rafael, California  94901
Telephone:  415.457.8300
Facsimile:  415.457.8757
Email:  phil@iplegal.com

JEFFREY G. KNOWLES (State Bar No. 129754)
JULIA D. GREER (State Bar No. 200479)
JONATHAN M. ELDAN (State Bar No. 222178)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone:  415.391.4800
Facsimile:  415.989.1663
Email:   ef-jgk@cpdb.com,
         ef-jdg@cpdb.com,
         ef-jme@cpdb.com

Attorneys for Plaintiff. and Counter-Claim Defendant
ALPHAVILLE DESIGN, INC. and
Counter-Claim Defendants
DAVID LEE  and PEGGY LEE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHAVILLE DESIGN, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>KNOLL, INC., a Delaware corporation,<br><br>        Defendant.<br><br>AND RELATED ACTIONS. | Case No. CV 07-5569 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALTER BRIEFING ON KNOLL, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: April 12, 2010<br>Time: 2:00 p.m.<br>Judge:        Hon. Marilyn H. Patel<br>Courtroom:    15, 18th Floor<br><br>Complaint Filed:      November 1, 2007<br>Counter Claims Filed: January 15, 2008<br>Trial Date:           May 19, 2010 |

WHEREAS, on March 15, 2010, all parties and their counsel attended an all-day mediation

of this action; and

WHEREAS, the parties have reached agreement in principle conceptually for a possible

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA  94111-4213
415.391.4800 · FAX 415.989.1663

1  settlement of all claims, and are in the process of drafting a final agreement, after which the parties

2  intend that this action will be dismissed in its entirety; and

3  WHEREAS, on March 3, 2010, the Court entered an order continuing the hearing on

4  Knoll, Inc.'s pending motion for partial summary judgment in the above-captioned action from

5  March 29, 2010 to April 12, 2010; continuing to March 19 the time for Alphaville Design, Inc. to

6  file its memorandum in opposition to that motion; and continuing to March 29, 2010 the time for

7  Knoll, Inc. to file its reply memorandum in support of that motion; and

8  WHEREAS, under the current briefing schedule, Alphaville Design, Inc.'s memorandum in

9  opposition to Knoll's motion for summary judgment must be filed no later than March 19, 2010;

10  and

11  WHEREAS, the parties wish to devote their energies to drafting and finalizing a settlement

12  agreement, at which point the pending motion will be removed from the Court's calendar; and

13  WHEREAS, in the event that the settlement is not finalized prior to the hearing date on this

14  motion, the change in the briefing schedule requested herein **will not affect the current hearing**

15  **date or the date that final briefing will be completed;**

16  THEREFORE, the parties stipulate and agree:

17  1.  To a continuance of the deadline for Alphaville's memorandum in opposition to

18  Knoll, Inc.'s motion for partial summary judgment from March 19 to March 24, 2010.

19  3.  That the deadline for Knoll, Inc.'s reply memorandum in support of its motion for

20  partial summary judgment shall remain March 29, 2010, and that the hearing date on that motion

21  shall remain April 12 unless and until such time as the motion is removed from the Court's

22  calendar or the case is dismissed.

23  DATED:  March 16, 2010          COBLENTZ, PATCH, DUFFY & BASS LLP

24

25                                    By:   _/s/  Julia D. Greer_____
                                          Julia D. Greer

26                                        Attorneys for Plaintiff
                                          ALPHAVILLE DESIGN, INC. and Counter-

27                                        Claim Defendants ALPHAVILLE DESIGN,
                                          INC., DAVID LEE AND PEGGY LEE

28

**STIPULATION AND [PROPOSED] ORDER TO ALTER BRIEFING ON KNOLL, INC.'S MOTION FOR SUMMARY JUDGMENT**

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

DATED:  March 16, 2010                    K & L GATES LLP


                                          By: _____
                                               Karineh Khachatourian
                                               Attorneys for Defendant and Counter-Claim
                                               Plaintiff KNOLL, INC.

**IT IS SO ORDERED.**

DATED:


                                          _____

                                               Hon. Marilyn Hall Patel

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

**STIPULATION AND [PROPOSED] ORDER TO ALTER BRIEFING ON KNOLL, INC.'S MOTION FOR SUMMARY JUDGMENT**

1

<u>ATTESTATION PER GENERAL ORDER 45, § X.B.</u>

2

I hereby attest that Karineh Khachatourian, counsel for Defendant, concurs in the filing of

3

this document, and that I have on file concurrence of counsel for Defendant indicated by a

4

"conformed" signature (/s/) within this e-filed document.

5

DATED: March 16, 2010                    COBLENTZ, PATCH, DUFFY & BASS LLP

6

7

By:   <u>/s/ Julia D. Greer</u>

8

Julia D. Greer
Attorneys for Plaintiff

9

ALPHAVILLE DESIGN, INC. and Counter-
Claim Defendants ALPHAVILLE DESIGN,

10

INC., DAVID LEE AND PEGGY LEE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COBLENTZ, PATCH, DUFFY & BASS LLP

ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

**STIPULATION AND [PROPOSED] ORDER TO ALTER BRIEFING ON KNOLL, INC.'S MOTION FOR SUMMARY JUDGMENT**