1  KARINEH KHACHATOURIAN (SBN 202634)
   Email: karineh.khachatourian@klgates.com
2  JEFFREY M. RATINOFF (SBN 205885)
   Email: jeffrey.ratinoff@klgates.com
3  K & L GATES LLP
   630 Hansen Way
4  Palo Alto, California 94304
   Telephone: (650) 798-6700
5  Facsimile: (650) 798-6701

6  GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
   Email: ggottlieb@grr.com
7  MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
   Email: mmisthal@grr.com
8  GOTTLIEB RACKMAN & REISMAN, P.C.
   270 Madison Avenue
9  New York, NY 10016-0601
   Telephone: (212) 684-3900
10 Facsimile: (212) 684-3999

11 Attorneys for Defendant and Counterclaimant,
   KNOLL, INC.
12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  ALPHAVILLE DESIGN, INC., a Delaware corporation, | Case No. 07-CV-05569 MHP |
| 16                  Plaintiff, | **STIPULATED PERMANENT INJUNCTION** |
| 17       vs. | |
| 18  KNOLL, INC., a Delaware corporation, | Judge: Honorable Marilyn H. Patel |
| 19                  Defendant. | Complaint filed: November 1, 2007<br>Trial Date: May 18, 2010 |
| 20  AND RELATED COUNTERCLAIMS. | |

It being so agreed by and between Plaintiff Alphaville Design, Inc. and Counterclaim Defendants David Lee and Peggy Lee (collectively "Alphaville Design") and Defendant Knoll, Inc. ("Knoll"), it is ORDERED AND ADJUDGED that:

1. This Court has subject matter jurisdiction over this action, as it arises under the Trademark Laws of the United States, specifically the Lanham Act, 15 U.S.C. § 1051, et seq. and the common

13951.001.1389643v1

Case No. 07-CV-05569 MHP

1. law of the state of California, and has jurisdiction and venue over the parties.

2. Knoll is the owner of United States Trademark Registration No. 2,893,025 for the configuration of the Barcelona Chair (Exhibit 1); Registration No. 2,894,977 for the configuration of the Barcelona Stool (Exhibit 2); Registration No 2,894,980 for the configuration of the Barcelona Couch (Exhibit 3); Registration No. 2,894,979 for the configuration of the Barcelona Table (Exhibit 4); Registration No. 2,894,978 for the configuration of the Flat Brno Chair (Exhibit 5); and Registration No. 772,313 for the mark BARCELONA (hereinafter "the marks"). All of the aforementioned trademark registrations are valid and enforceable, and Alphaville Design acknowledges the same.

3. Alphaville Design distributed, displayed, sold, offered for sale, advertised and promoted products which Knoll believes are likely to cause confusion with the marks that are the subject of Knoll's aforementioned trademark registrations, in violation of Knoll's exclusive trademark rights. Except with respect to the limited sales permitted under the March 29, 2010 Settlement Agreement between Alphaville Design and Knoll executed in this action, Alphaville Design and its officers, agents, servants, employees, and attorneys, and all persons acting in active concert with it are hereby permanently enjoined from importing, displaying, distributing, selling, offering for sale, advertising or promoting, or inducing others to import, display, distribute, sell, offer for sale, advertise or promote any products a) in the configurations shown in Exhibits 1 through 5 or substantially identical to the products in the configurations shown in Exhibits 1 through 5, or b) using the BARCELONA mark.

4. The court's July 21, 2008 order prohibiting Knoll from contacting the U.S. Customs Service with regard to Alphaville Design is hereby vacated.

5. The action, including all claims and counterclaims, is dismissed with prejudice in its entirety. The action is dismissed without an award of damages, costs or attorneys' fees to any party.

```
 1                                      GOTTLIEB, RACKMAN & REISMAN, P.C.
                                        Attorneys for Knoll, Inc.
 2                                      270 Madison Avenue
                                        New York, New York 10016-0601
 3                                      (212) 684-3900

 4

 5  Date: March ___, 2010         By:_____
                                        George Gottlieb (GG 5761)
 6                                      Marc P. Misthal (MM 6636)

 7
                                        COBLENTZ, PATCH, DUFFY
 8                                      Attorneys for Alphaville Design, Inc.,
                                        David Lee and Peggy Lee
 9                                      One Ferry Building, Suite 200
                                        San Francisco, CA 94111
10

11

12
    Date: March 29, 2010          By:_____
13                                      Jeffrey Knowles

14
                                        LAW OFFICES OF GREEN & GREEN
15                                      Attorneys for Alphaville Design, Inc.,
                                        David Lee and Peggy Lee
16                                      1000 4th Street, Suite 595
                                        San Rafael, CA 94901
17

18

19
    Date: March 29, 2010          By:_____
20                                      Philip Green

21
                                        SO ORDERED:
22

23
    Date:_____           _____
24                                U.S.D.J.

25

26

27
```

13951.001.1389643v1

Case No. 07-CV-05569 MHP

|  |  |
|---|---|
|  | **GOTTLIEB, RACKMAN & REISMAN, P.C.**<br>Attorneys for Knoll, Inc.<br>270 Madison Avenue<br>New York, New York 10016-0601<br>(212) 684-3900 |
| Date: March 26 2010 | By: _[signature]_<br>George Gottlieb (GG 5761)<br>Marc P. Misthal (MM 6636) |
|  | **COBLENTZ, PATCH, DUFFY**<br>Attorneys for Alphaville Design, Inc.,<br>David Lee and Peggy Lee<br>One Ferry Building, Suite 200<br>San Francisco, CA 94111 |
| Date: March __, 2010 | By:_____<br>Jeffrey Knowles |
|  | **LAW OFFICES OF GREEN & GREEN**<br>Attorneys for Alphaville Design, Inc.,<br>David Lee and Peggy Lee<br>1000 4th Street, Suite 595<br>San Rafael, CA 94901 |
| Date: March __, 2010 | By:_____<br>Philip Green |

SO ORDERED:

Date: 3/30/2010   _____
U.S.D.J.

*IT IS SO ORDERED*
*[signature]*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

13951.001.1389643v1                                Case No. 07-CV-05569 MHP